FILED

2015 JUN 17 PM 1:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>                    Defendant. | No. SA CR **SACR15-00063**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2),<br>(b)(1): Distribution of Child<br>Pornography; 18 U.S.C.<br>§§ 2252A(a)(5)(B), (b)(2):<br>Possession of Child<br>Pornography] |

     The Grand Jury charges:

                         COUNT ONE

          [18 U.S.C. §§ 2252A(a)(2), (b)(1)]

     On or about October 16, 2014, in Orange County, within the

Central District of California, defendant TODD CHRISTIAN HARTMAN

knowingly distributed at least one image of child pornography

and material containing child pornography, as defined in Title

18, United States Code, Section 2256(8)(A), namely, a video

titled "(~pthc center~)(opva)(2013) Cumming over loli_s pussy

1   2010 7yo_and_Dad BRILLIANT.wmv" that had been mailed, and
2   shipped and transported using any means or facility of
3   interstate and foreign commerce, and in and affecting interstate
4   and foreign commerce by any means, including by computer,
5   knowing that the video was child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2), (b)(1)]

From on or about December 29, 2014, to on or about December 30, 2014, in Orange County, within the Central District of California, defendant TODD CHRISTIAN HARTMAN knowingly distributed at least one image of child pornography and material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video titled "Kidcam - Mirey-12Y (2010)Pthc!!.avi" that had been mailed, and shipped and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 5, 2015, in Orange County, within the Central District of California, defendant TODD CHRISTIAN HARTMAN knowingly possessed an HP Pavilion a1640n Computer Tower, bearing serial number CNH6441569, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by

///

///

///

1   any means, including by computer, knowing that the image was

2   child pornography.

3                                          A TRUE BILL

4

5                                          _____
                                           Foreperson

6   STEPHANIE YONEKURA
    Acting United States Attorney
7

8

    ROBERT E. DUGDALE
9   Assistant United States Attorney
    Chief, Criminal Division
10

    DENNISE D. WILLETT
11  Assistant United States Attorney
    Chief, Santa Ana Office
12

    JOSEPH T. MCNALLY
13  Assistant United States Attorney
    Deputy Chief, Santa Ana Office
14

    IVY A. WANG
15  Assistant United States Attorney
    Santa Ana Office
16

17

18

19

20

21

22

23

24

25

26

27

28