UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF | CASE NUMBER: SACR15-00063 |
|---|---|
| v. Todd Christian Hartman DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

FILED 2015 JUN 19 AM 10:07 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/19/2015  7:05   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 2252A(a)(2),(b)(1): Distribution of Child Pornography
   18 USC 2252A(a)(5)(B),(b)(2): Possession of Child Pornography

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: Ronald Perez   (please print)

12. Office Phone Number: 714-972-4197   13. Agency: HSI

14. Signature: [signature]   15. Date: 6/19/2015

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION