# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | **SACR15-00063** |
| v. | |
| TODD CHRISTIAN HARTMAN, | **WARRANT FOR ARREST** |
| Defendant(s). | |

**TO:** UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest TODD CHRISTIAN HARTMAN

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☑ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. §§ 2252A(a)(2), (b)(1): Distribution of Child Pornography;
18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography

*FILED — CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., SANTA ANA — 2015 JUN 19 AM 10: 07 — BY_____*

in violation of Title 18 United States Code, Section(s) 2252A(a)(2),(b)(1), & 2252A(a)(5)(B),(b)(2)

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | JUN 17 2015   SANTA ANA CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| DODJIE LAGMAN (signature) | JAY C. GANDHI |
| SIGNATURE OF DEPUTY CLERK | By_____ NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

217 ½ 35th St, Newport Beach, CA

| 6/17/2015 | Ronald Perez |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 6/19/2015 | Special Agent |
| DATE OF ARREST | TITLE |
| | (signature) |
| | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO