UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>    Defendant. | SA CR 15-00063-JLS<br><br>ORDER |

   Having reviewed the Stipulation for Protective Order, filed by the parties, and good cause appearing,

   IT IS HEREBY ORDERED that:

   1. Information disclosing the name or any other information concerning a child is referred to herein as "Confidential Information."

   2. All discovery containing Confidential Information to be produced by the government in this case is governed by the terms and conditions set forth in this Order.

3. This Order applies to all persons acting in the capacities set forth in 18 U.S.C. § 3509(d)(1)(B) and to any individual who is assisting defendant or his attorney in any way in connection with this case. All persons covered by this Order will keep any Confidential Information in a secure place to which no person who does not have reason to know the Confidential Information has access, will disclose the Confidential Information only to persons who, by reason of their participation in this case, have reason to know such information, and will file under seal all papers that disclose Confidential Information.

4. Defendant may review documents and other materials containing Confidential Information only in the presence of defense counsel or a member of the legal defense team and under the direct supervision and control of defense counsel or a member of the legal defense team. Defendant may not keep in his possession any Confidential Information, or any copies of documents or other materials containing Confidential Information, including any pleadings containing Confidential Information that have been lodged or filed with the Court. Defendant must return all Confidential Information, and any copies thereof, to defense counsel or a member of the legal defense team at the conclusion of each meeting. Defendant may not take the Confidential Information, or any copies thereof, out of the room in which he has met with defense counsel or a member of the legal defense team. Defendant may not write down or memorialize the contents of any Confidential Information or any copies thereof.

5. The government shall label or otherwise mark any discovery containing Confidential Information with the words "Contains Confidential Information."

6. The privacy protection measures set forth in 18 U.S.C. § 3509(d)(2) apply to all filings in this case containing Confidential Information.

7. A knowing violation of this Order is punishable by contempt of court, in addition to any punishment applicable to a violation of 18 U.S.C. § 3509.

8. Within fourteen (14) business days of the final disposition of the above-captioned matter -- by dismissal of the case, by entry of judgment by the Court, or by issuance of the mandate on any appeal taken by the defendant or the government -- defendant's counsel shall return all material containing Confidential Information, and any copies thereof, to the United States Attorney's Office for the Central District of California. However, defense counsel may retain after this fourteen-day period, in a locked filing room in the Office of the Federal Public Defender, any copies of documents containing Confidential Information that also contain the work product of defense counsel.

9. Defendant shall avoid all contact, either directly or indirectly through a third party, with the alleged victims of (a) the crimes alleged in the indictment or (b) violations detailed in the discovery provided in this case.  Defendant's counsel or legal

\\
\\
\\

defense team may seek to contact these victims in the course of their pre-trial investigation.

July 15, 2015
DATE

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE