**EXHIBIT A**

(TO NOTICE OF MOTION; MOTION TO SUPPRESS EVIDENCE;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF
TODD CHRISTIAN HARTMAN; DECLARATION OF COUNSEL;

EXHIBITS A-C)

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS

00116

## Personnel Assignments
### (Attach additional copies if needed)

| # | Name | Call Sign | Contact Number(s) | Vehicle Description | Assignment(s) |
|---|------|-----------|-------------------|---------------------|---------------|
| | K. Speakman, SA | | | | ET 1; ST |
| | R. Perez, SA | | | | TL; ET 2; K&A; Sketch; ST |
| | M. Abend, SA | | | | ET 3; ST |
| | D. Asbury | | | | ET 4; ST |
| | S. Wittmer | | | | ET 5; Video/Photos |
| | S. Longnecker, TFO | | | | ET 6; ST |
| | T. Monarch | | | | ET 7; ST |
| | T. Kirkham, SA | | | | ET 8; Breacher, Evidence |
| | D. Angebrandt, GS | | | | Perimeter |
| | D. Syvock, TFO | | | | Perimeter, Interview |
| | K. Fox | | | | Perimeter, Interview |
| | D. Jones, Sgt. | | | | Perimeter |
| | J. Whitaker | | | | Perimeter, Forensics |
| | T. Bard | | | | ST |
| | | | | | |
| | | | | | |
| | | | | | |

For Official Use Only
Law Enforcement Sensitive

**EXHIBIT B**

(TO NOTICE OF MOTION; MOTION TO SUPPRESS EVIDENCE;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF
TODD CHRISTIAN HARTMAN; DECLARATION OF COUNSEL;

EXHIBITS A-C)

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS



2/5/2015

sketch: SA R. Perez

*- Not to scale

D

C

E

A

B

← stairs

Balcony.

0069

## IMMIGRATION AND CUSTOMS ENFORCEMENT
## HOMELAND SECURITY INVESTIGATIONS

**CASE NUMBER:** OR07QSISOR2014

**NAME:** HARTMAN, Todd Christian

**LOCATION:** ████████████████████████

SA Wittmier

| Photo | Room | SUBJECT |
|-------|------|---------|
| 1 | Entrance | Front Door |
| 2 | A | Kitchen |
| 3 | B | Living Room |
| 4 | E | Bathroom |
| 5 | D | Bedroom (Mom) |
| 6 | C | Bedroom (subject) |
| 7 | C | Computer in subjects room |
| 8 | C | Tablet (computer) on subjects bed. |
| 9 | C | Phone & Thumb Drive on subjects desk |
| 10 | C | Phone on subjects night stand. |
| 11 | C | Computer upper closet |
| 12 | C | Computers upper closet |
| 13 | C | Apple laptop comp. subjects closet |
| 14 | C | Box w/computer parts - upper closet |
| 15 | C | Camera on book shelf |
| 16 | C | Camera SD card |

Page 1 of 2

## IMMIGRATION AND CUSTOMS ENFORCEMENT
## HOMELAND SECURITY INVESTIGATIONS

**CASE NUMBER:** OR07QS1SOR2014

**NAME:** HARTMAN, Todd Christian

**LOCATION:**

| Photo | Room | SUBJECT |
|---|---|---|
| 17 | C | Cell phones on nightstand |
| 18 | C | Notebook in box upper closet |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Page 2 of 2

**EXHIBIT C**

(TO NOTICE OF MOTION; MOTION TO SUPPRESS EVIDENCE;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF
TODD CHRISTIAN HARTMAN; DECLARATION OF COUNSEL;

EXHIBITS A-C)

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS







