# EXHIBIT A

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET, SUITE 7110
SANTA ANA, CALIFORNIA 92701-4598
714-338-4500
714-338-4520 FACSIMILE

**HILARY POTASHNER**
*Federal Public Defender*
**CHRISTOPHER DYBWAD**
*Chief Deputy*

**AMY M. KARLIN**
*Directing Attorney*
*Santa Ana Office*
**JEFFREY A. AARON**
*Directing Attorney*
*Riverside Office*

September 9, 2015

ANNE GANNON
Assistant United States Attorney
United States Attorney's Office - Southern Division
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
*Via interoffice delivery and email*

Re:   Supplemental Discovery Request
      United States v. Todd Christian Hartman, SA CR 15-63-JLS

Dear Counsel:

Please provide us with the following:

1. An installable copy of the Peer Spectre program used by Detective David Syvock of the Newport Beach Police Department, as described in his Affidavit in Support of Search Warrant dated February 3, 2015. If different versions of the program exist, please provide a copy of the version used by Detective Syvock during his investigation of our client.

2. All documents in the government's possession, custody or control – and in the possession, custody or control of other law enforcement agencies involved with this investigation, including the Newport Beach Police Department – regarding Peer Spectre, including documents regarding the program's technical specifications.

3. All documents and records in the government's possession, custody or control – and in the possession, custody or control of other law enforcement agencies involved with this investigation, including the Newport Beach Police Department – regarding any other software, computer programs, or the like, used by Detective Syvock during his investigation of our client.

Thank you for your prompt attention to these matters.

Sincerely,

CUAUHTÉMOC ORTEGA
ANDREA JACOBS
Deputy Federal Public Defenders