EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON (Cal. Bar No. 214198)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92627
     Telephone: (714) 338-3548
     Facsimile: (714) 338-3561
     E-mail:    anne.gannon@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>Defendant. | No.  SA CR 15-63(A)-JLS<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS<br><br>MOTION HEARING:    10/16/2015<br>                   11:00 a.m.<br>ESTIMATE:          5 minutes |
|---|---|

The government files its response to defendant's motion in limine to exclude evidence of other crimes, wrongs or acts.

Dated: September 24, 2015          Respectfully submitted,

                                   EILEEN M. DECKER
                                   United States Attorney

                                   DENNISE D. WILLETT
                                   Assistant United States Attorney
                                   Chief, Santa Ana Branch Office


                                        /s/
                                   _____
                                   ANNE C. GANNON
                                   Assistant United States Attorney

                                   Attorneys for Respondent
                                   UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Todd Christian Hartman ("defendant") is currently charged with two counts of transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), (b)(1) and one count of possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), (b)(2). Trial is scheduled for October 27, 2015. On September 18, 2015, defendant filed a motion in limine to exclude (1) evidence of a journal seized from his house, (2) related testimony from witness H.S., (3) interview statements related to defendant's possible inappropriate contact with minors, and (4) other acts for which the government has not given sufficient notice.

Defendant's motion is moot. After reviewing the journal and the anticipated testimony of H.S., the government has elected not to introduce this evidence in its case-in-chief. In its opposition to defendant's motion to suppress evidence, the government details which portions of defendant's recorded statement it intends to introduce at trial. The select portions do not include discussion of defendant's suspected misconduct with minors with whom he had physical contact. However, as set forth in its letter to defense counsel addressing other potential evidence admissible pursuant to Federal Rule of Evidence 404(b), the government reserves the right to introduce such evidence if defendant "opens the door" and it becomes relevant. (Def. Mot., Ex A.) In addition, the government reserves to the right to use evidence of these items and acts for impeachment purposes. Finally, without additional specificity, the government cannot

\\

1

respond to the other acts for which it purportedly did not give sufficient notice.