HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CUAUHTEMOC ORTEGA (Bar No. 257443)
(E-Mail: Cuauhtemoc_Ortega@fd.org)
ANDREA JACOBS (Bar No. 236892)
Deputy Federal Public Defender
(E-mail: Andrea_Jacobs@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TODD CHRISTIAN HARTMAN, <br><br> Defendant. | Case No. SA CR 15-63-JLS <br><br> AMENDED <br> **ORDER DENYING UNDER SEAL FILING** |

Defendant's Unopposed *Ex Parte* Application for Order Permitting Under Seal Filing is denied. Defense counsel will retrieve from the clerk the chambers copy of the documents sought to be filed under seal.

IT IS SO ORDERED.

DATED: September 23, 2015

_____
HON. JOSEPHINE L. STATON
United States District Judge