EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office
ANNE C. GANNON (Cal. Bar No. 214198)
Assistant United States Attorney
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3548
     Facsimile: (714) 338-3561
     E-mail:    anne.gannon@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR 15-63(A)-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBIT 1 TO THE GOVERNMENT'S OPPOSTIION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE; DECLARATION OF ANNE C. GANNON |
| v. | |
| TODD CHRISTIAN HARTMAN, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby applies ex parte for an order directing that exhibit 1 to the government's opposition to defendant's motion to suppress evidence (docket #35) in the above-captioned case be kept under seal until further order of the court.

//

//

This ex parte application is based on the attached memorandum of points and authorities, and declaration of Assistant United States Attorney Anne C. Gannon.

Dated: September 24, 2015    Respectfully submitted,

EILEEN M. DECKER
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office


       \s\
ANNE C. GANNON
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

The government requests that this court seal exhibit 1 to the government's opposition to defendant's motion to suppress evidence (docket #35) because it is a video recording of an interview of defendant Todd Christian Hartman that contains minors' personal identifying information.  Approval from this court to seal documents is required under Local Rule 79-5.1.

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the privacy of minors.  The government accordingly requests that the exhibit described in the attached declaration be maintained under seal until further order of the court.

<u>DECLARATION OF ANNE C. GANNON</u>

I, Anne C. Gannon, do hereby declare and affirm:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the case of <u>United States v. Todd Christian Hartman</u>, SA CR 15-63(A)-JLS in which the government has filed an opposition to defendant's motion to suppress evidence (docket #35).

2. The government's opposition relies on Exhibit 1, a DVD containing a video recording of an interview of defendant Hartman. During the course of that interview, the investigating officer, Newport Beach Police Department Detective David Syvock, and defendant Hartman discuss the name of and information concerning several minors.

3. The government is filing a notice of manual filing and will be submitting to the clerk's office, a DVD containing the video recording of the interview, Exhibit 1 to docket #35.

4. Pursuant to the local rules, defense counsel, Deputy Federal Public Defenders Cuauhtemoc Ortega and Andrea Jacobs have been notified of this request.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 24, 2015 at Santa Ana, California.

/s/
_____
ANNE C. GANNON