EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office
ANNE C. GANNON (Cal. Bar No. 214198)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3548
    Facsimile: (714) 338-3561
    E-mail:   anne.gannon@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR 15-63(A)-JLS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| TODD CHRISTIAN HARTMAN, | |
| Defendant | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's request to file Exhibit 1 to its opposition to defendant's motion to suppress evidence (docket #35) under seal is GRANTED. The clerk's office shall file Exhibit 1 to the Government's Opposition to Defendant's Motion to Suppress Evidence UNDER SEAL and maintain it accordingly.

_____    _____
DATED                                       HONORABLE JOSEPHINE L. STATON
                                             UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

    The government's <u>ex parte</u> application for the filing of an under seal exhibit is DENIED.  Exhibit 1 to the government's Opposition to Defendant's Motion to Suppress Evidence (docket #35) shall be returned to the government without filing.

_____    _____
DATED                             HONORABLE JOSEPHINE L. STATON
                                  UNITED STATES DISTRICT JUDGE