UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 15-63(A)-JLS |
| Plaintiff, | ORDER |
| v. | |
| TODD CHRISTIAN HARTMAN, | |
| Defendant | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's request to file Exhibit 1 to its opposition to defendant's motion to suppress evidence (docket #35) under seal is GRANTED. The clerk's office shall file Exhibit 1 to the Government's Opposition to Defendant's Motion to Suppress Evidence UNDER SEAL and maintain it accordingly

September 29, 2015

DATED

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE