# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:15-CR-00063(A)-JLS         Recorder: CS 09/28/2015         Date: 09/28/2015

Present: The Honorable Karen E. Scott, U.S. Magistrate Judge

Court Clerk: Jazmin Dorado                    Assistant U.S. Attorney: Christina Burgart w/ Scott Tenley, AUSA

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Todd Christian Hartman, Custody | Cuauhtemoc Ortega, DFPD, Appointed | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Josephine L. Staton.
   All dates previously set remain.

PIA: 00 : 04
Initials of Deputy Clerk: JD

CR-85 (09/12)                              CRIMINAL MINUTES - ARRAIGNMENT                              Page 1 of 1