# EXHIBIT A

## (TO **REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. CRIM. P. 16; EXHIBIT A**

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Anne C. Gannon*
*Phone: (714) 338-3548*
*E-mail: anne.gannon@usdoj.gov*

*411 West Fourth Street*
*Suite 8000*
*Santa Ana, California 92701*

September 23, 2015

**VIA HAND DELIVERY**

Cuauhtemoc Ortega
Office of the Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701

      Re:    United States v. Todd Christian Hartman,
                SA CR No. 15-63-JLS

Dear Mr. Ortega:

Pursuant to your request for discovery and the Stipulation Re: Protective Order in this matter, enclosed please find one compact disc containing the following:

- A compact disc entitled "63 files relating to file downloads"

The contents of this disc include the logs that were shown during the evidence review at the U.S. Attorney's Office.

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional Jencks material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal Jencks material at that time or affirmatively represent that you have no Jencks material to produce. Please inform me whether such an arrangement is acceptable to you.

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by your client which are referenced in the enclosed items pursuant to Rules 404(b), 608, and/or 609 of the Federal Rules of Evidence, or on the theory that they are inextricably intertwined with the charged conduct. Please contact me if you believe this notice is insufficient.

Cuauhtemoc Ortega
RE: U.S. v. Hartman - Discovery Letter
September 23, 2015
Page 2

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense. Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery. Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

*[signature]*

ANNE C. GANNON
Assistant United States Attorney


Enclosure