HILARY L. POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
CUAUHTEMOC ORTEGA (Bar No. 257443)
Deputy Federal Public Defender
(E-mail: Cuauhtemoc_Ortega@fd.org)
ANDREA JACOBS (Bar No. 236892)
Deputy Federal Public Defender
(E-mail: Andrea_Jacobs@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>　　　　Defendant. | Case No. SA CR 15-63-JLS<br><br>**REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS** |

　　　Defendant Todd Christian Hartman, through his attorneys of record, Deputy Federal Public Defenders Cuauhtémoc Ortega and Andrea Jacobs, files this reply in support of his motion *in limine* for an order limiting the use of other crimes, wrongs or acts at trial.

**REPLY**

The government no longer intends to offer evidence regarding a journal seized from Mr. Hartman's home or the testimony of H.S. It also intends to redact Mr. Hartman's videotaped interview, if it is not suppressed, to exclude objected-to content.[1] The government states that it may, however, seek to introduce the aforementioned evidence if defendant "opens the door." It is unclear what the government believes would constitute "open[ing] the door." Mr. Hartman through this reply makes clear that he does not concede that the evidence sought to be excluded by his motion would be admissible even if, for example, he testified.

                                              Respectfully submitted,

                                              HILARY POTASHNER
                                              Federal Public Defender

DATED: October 2, 2015        By  */s/ Cuauhtemoc Ortega & Andrea Jacobs*
                                              CUAUHTEMOC ORTEGA
                                              ANDREA JACOBS
                                              Deputy Federal Public Defenders

---

[1] Defendant will raise any objections regarding the "final cut" of the video to be presented to the jury, if it is not suppressed, once the government provides him a copy.