# DECLARATION OF VICTOR GOMEZ

I, Victor Gomez, state as follows:

1. I am an investigator with the Office of the Federal Public Defender. I have been assigned to work on *United States v. Hartman*, SA CR 15-63-JLS.

2. On September 29, 2015, I measured the apartment home of Todd Christian Hartman in Newport Beach, California. Mr. Hartman's mother, Judy Hartman, provided me access to the apartment. The footprint of the apartment is rectangular in shape. The length of the apartment is approximately 34 feet and the width is approximately 18 feet. The total square footage of the apartment is approximately 612 feet.

3. On the morning of October 1, 2015, I spoke with Philip Mainolfi regarding the search warrant execution at Mr. Hartman's home. Later, I spoke with Kurtis Paul Klocke regarding the same. The gentlemen live in different homes; they were not affiliated with each other as far as I know and I did not interview them together. I spoke to each gentleman separately. Later in the day, I separately presented each gentleman with a declaration based on their statements to me. I observed them read the declarations. I observed them sign the declarations.

4. On October 2, 2015, I spoke with Theresa Bard of the Orange County Sheriff's Department. She told me that she participated in the search warrant execution at the home of Mr. Hartman. According to Officer Bard, when she arrived at the scene, she heard knocking and police identifying themselves. From the street, she observed Todd Hartman being walked out of his home. She saw him wearing boxers or pajama pants, and no shirt, on the outdoor deck of his home. She saw an officer come out of the Hartman home with a shirt. The officer gave the shirt to Todd Hartman. She left the area shortly thereafter. I contacted Officer Bard a second time to ask her to meet with me and review a declaration. Officer Bard indicated she would call me back. I called Officer Bard a third time and provided her the option of receiving the declaration

by fax. She agreed, and I faxed her the declaration. She then stated that prior to signing it she would need to speak to a supervisor. I have not received a call back from Officer Bard as of the time of this filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 2, 2015

_____
VICTOR GOMEZ

2

## DECLARATION OF PHILLIP MAINOLFI

I, Phillip Mainolfi, state as follows:

1. I am a neighbor of the Hartmans. I live two doors down from their residence. I saw a police raid take place at the Hartman home in February 2015.

2. I came out of my home when I heard loud knocks and people shouting "police." I saw an adult male on the deck wearing only boxer shorts.

3. At some point, police went inside the home and brought clothing for the adult male.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 1, 2015

_____
PHILLIP MAINOLFI

## DECLARATION OF KURTIS PAUL KLOCKE

I, Kurtis Paul Klocke, state as follows:

1. I am a neighbor of the Hartmans. I live in the unit below the Hartman home. I saw a police raid take place at the Hartman home in February 2015.

2. I came out of my home when I heard loud pounding. I observed officers wearing black vests. Some had hand guns. At least one had a shotgun, and another had an assault rifle. I also saw a battering ram.

3. I saw the officers remove an adult male from the Hartman home wearing only boxers. His hands were either handcuffed or held behind his back as officers escorted him out of the Hartman home.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 1, 2015

_____
KURTIS PAUL KLOCKE