HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CUAUHTÉMOC ORTEGA (Bar No. 257443)
(E-Mail: Cuauhtemoc_Ortega@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>Defendant. | Case No. SA CR 15-00063-JLS<br><br>**SUPPLEMENT IN SUPPORT OF MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. CRIM. P. 16; AFFIDAVIT OF TAMI L. LOEHRS** |

Defendant Todd Christian Hartman, through undersigned counsel, files the affidavit of Tami L. Loehrs, a computer forensics expert, in support of his Motion to Compel Discovery pursuant to Fed. R. Crim. P. 16.  Ms. Loehrs is unavailable to testify at the motions hearing on October 16, 2015.  She is available to testify on October 23, 2015.

                                                Respectfully submitted,

                                                HILARY POTASHNER
                                                Federal Public Defender

DATED: October 8, 2015        By  */s/ Andrea Jacobs & Cuauhtémoc Ortega*
                                                  Andrea Jacobs and Cuauhtémoc Ortega
                                                  Deputy Federal Public Defenders