*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

loehrs & associates

| | |
|---|---|
| EDUCATION | University of Arizona - Business Administration |
| | Pima College  - Legal Assistant Sciences |
| | University of Phoenix - Bachelor of Science, Information Systems (With Honors) |
| | |
| CERTIFICATIONS AND LICENSES | Licensed Private Investigator, AZ Department of Public Safety, License No. 1594838 |
| | EnCase Certified Examiner (ENCE), Guidance Software (Since 2005) |
| | Access Data Certified Examiner (ACE) (Since 2008) |
| | Computer Hacking Forensic Investigator (CHFI) (Since 2010) |
| | Certified Computer Forensic Examiner (CCFE) (Since 2011) |
| | |
| SPECIALIZED TRAINING | EnCase Incident Response, Forensic Analysis and Discovery Course |
| | Arizona Semi Annual Conference Computer Crimes / Internet Fraud |
| | Access Data Boot Camp |
| | Access Data Windows Forensics |
| | How to Create and Perform Effective Keyword Searches |
| | Cell Phone Forensics |
| | Email Investigations |
| | File Recovery Through Data Carving |
| | Basic Investigations of Windows Vista |
| | Reverse Engineering Malware |
| | Incident Investigations |
| | Examining the Windows Registry |
| | Investigating Linux from a Forensic and Incident Response Perspective |
| | MySpace Investigations |
| | Cyber child Exploitation I - Investigations in the Workplace |
| | Mastering Conditions Forensics |
| | File Identification and Recovery Using Black-Hashed Hash Analysis |
| | Case Study Firefox Artifacts and Unallocated Space |
| | Hacking Malware |
| | Technical Profiling for Law Enforcement and Intelligence |
| | Vista Deep Dive I - Basic Investigations of Windows Vista |
| | Vista Deep Dive III - File and Registry Virtualization |
| | Malicious Artifacts Identification and Analysis |
| | Essential Macintosh Forensics |
| | FTK Transition 1.7 to 2.0 |
| | ACE Prep |
| | Computer Forensics and Ethical Hacking |
| | IOS Forensics – A comprehensive Approach |
| | Mac OS X Lion Forensics Update |
| | Tracks Left by Covering Your Tracks |
| | What's New in Windows Forensics |
| | A Forensic Look at Windows 8 Immersive Applications: What's Behind the Tiles |
| | Smart Device App Analysis |
| | Windows 8 File History Artifacts |
| | Ares and LimeWire Pro Peer to Peer Files Sharing Software Analysis |
| | Mac OS X Delving a Little Deeper |
| | Vehicle Systems Forensics |
| | How to Catch an Insider Data Thief |
| | Forensic Testimony in Court |
| | Ubiquity Forensics – Your iCloud and You |
| | Searching in EnCase 8 with EQL |

*Curriculum Vitae*

# TAMI **LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona 85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | **Computer Forensics Examiner**
Loehrs & Associates, LLC. (Formerly Law2000, Inc.)

Computer forensics services, particularly pertaining to legal evidence, including forensic acquisitions of digital artifacts including computers, cell phones, removable storage media, digital cameras, gaming consoles, etc.; data collection and recovery from allocated and unallocated space; data analysis and conclusions regarding who, what, when, where and how data came to be on an artifact; detailed reporting of conclusions and analysis; and testimony regarding forensic procedures, analysis and conclusions.

Technical experience also includes all aspects of information technology including designing, implementing, maintaining and troubleshooting networks; building and repairing computer systems including workstations and servers; software implementation and support for hundreds of applications; programming;  configuring, maintaining and troubleshooting switches and routers;  Internet services and web design; designing, maintaining and troubleshooting backup and disaster recovery systems. |
| **TESTIFYING EXPERIENCE** | **Trials: 47**
**Hearing: 48**

Trials: 47
Hearings: 48

Hearing: Maricopa County Superior Court, Arizona
Child Pornography
Attorney: Craig Gillespie
Case No. CR2014-005922-001

Trial: Yavapai County Superior Court, Arizona
Luring of a Minor
Attorney: Michael Alarid
Case No. CR201300970

Hearing: Pima County Superior Court, Arizona
Divorce
Attorney: Nicole Hinderaker
Case No. N/A

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Paul Skitzki
Case No. CR-20141915

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Tatiana Struthers
Case No. CR20111156-001

Hearing: The University of the State of New York Education Department
Determination of Good Moral Character
Attorney: Carolyn Gorczynski
Case No. N/A

Hearing: USDC, Central District of California |

Child Pornography
Attorney: James D. Riddet
Case No. SACR14-00188

Hearing: USDC, Eastern District of California
Child Pornography
Attorney: Michael Chastaine
Case No. 2:12-CR-0401 KJM

Hearing: Yavapai County Superior Court, Arizona
Child Pornography
Attorney: Michael Alarid
Case No. CR201300970

Trial: Essex Superior Court, Massachusetts
Child Pornography
Attorney: Mark Schmidt
Case No. ESCR09-1514

Trial: San Francisco Superior Court, California
Impersonating Police Officer and Coercing Sex Acts
Attorney: Phoenix Streets
Case No. 14025591

Trial: In the Crown Court at Kingston
Child Pornography
Attorney: Alex Chowdhury
Case No. 01TW0018610/1

Hearing: USDC, District of Nebraska
Child Pornography
Attorney: John H. Rion
Case No. 8:13CR107

Trial: County of Bernalillo District Court, New Mexico
Homicide
Attorney: Thomas M. Clark
Case No. D-202-CR-2012-03537

Trial: New Castle County Superior Court, Delaware
Child Pornography
Attorney: Thomas Foley
Case No. 13-01-011058

Trial: Snohomish County District Court, Washington
Child Pornography
Attorney: Sarah Silbovitz
Case No. CR13-1-01219-1

Hearing: New Castle County Superior Court, Delaware
Child Pornography
Attorney: Thomas Foley


Case No. 1310019248

Trial: Pima County Superior Court, Arizona
Homicide
Attorney: Paul Eckerstrom and Alicia Cata
Case No. CR20084012

Trial: USDC, Southern District of New York
Conspiracy, Wire Fraud
Attorney: Marlon Kirton
Case No.1:09-CR-01002-WHP

Hearing: USDC, District of New Mexico
Child Pornography
Attorney: Jon Paul Rion
Case No. 11CR-1690-MV

Trial: USDC, Eastern District of Pennsylvania
Child Pornography
Attorney: Mark Greenberg
Case No. CR12-228

Trial: Ontario Court of Justice, Central West Region, Canada
Child Pornography
Attorney: Antal Bakaity
Case No. SA 07 CR-267

Hearing: USDC, District of Vermont
Child Pornography
Attorney: David McColgin
Case No. 5:12-CR-44

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Katherine Estavillo
Case No. CR20102131-001

Trial: USDC, Western District of New York
Child Pornography
Attorney: Igor Niman
Case No. M-09-1129

Hearing: Cochise County Superior Court, Arizona
Child Pornography
Attorney: Steve Sherick
Case No. CR2010-00305

Hearing: Maricopa County Superior Court, Arizona
Homicide
Attorney: Alan Tavassoli
Case No. 2009-030306-001 SE

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Hearing: Pima County Superior Court, Arizona
Child Pornography
Attorney: Katherine Estavillo
Case No. CR-20102131-001

Trial: USDC, Northern Mariana Islands
Child Pornography
Attorney: Samuel Mok
Case No. 12-00017

Trial: USDC, Western District of Texas
Child Pornography
Attorney: Luis Islas
Case No. 12-CR-217

Hearing: USDC, Western District of Texas
Child Pornography
Attorney:  Luis Islas
Case No. 12-CR-217

Trial:  Yuma County Superior Court, Arizona
Homicide
Attorney: Kristi Riggins
Case No. 1400CR2008-005

Hearing:  Collin County Superior Court, Texas
Homicide
Attorney:  Jim Burnham
Case No. 296-81605-2011

Hearing: USDC, New Mexico, Santa Fe Divisional Office
Child Pornography
Attorney: John Paul Rion
Case No. 11-23-6-0010

Hearing: USDC, Central District of California
Child Pornography
Attorney: Gary Dubcoff
Case No. CR 06-19 DSF

Hearing: USDC, Northern District of Georgia
Child Pornography
Attorney: Ann Fitz
Case No. 1:11-CR-00067-RWS-JFK

Trial: Cochise County Superior Court
Child Pornography
Attorney: Tanja Kelly
Case No. CR201100293

Trial: USDC, District of Arizona
Hate Crime

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net



loehrs & associates

Attorney: Barbara Hull
Case No. CR-09-712-PHX-DGC

Trial: USDC, Western District of Wisconsin
Fraud
Attorney: David Mandell
Case No. CR2011 0082

Trial: Superior Court of Forsyth County
Child Pornography
Attorney: Romin Alavi
Case No. 10CR-0118

Hearing: Cochise County Superior Court
Child Pornography
Attorney: Mark Beradoni
Case No. CR201000769

Hearing:  USDC, Middle District of Louisiana
Child Pornography
Attorney:  Michael Reese Davis, Sr.
Case No. 3-11-CR-000038-JJB-DLD

Trial:  Pima County Superior Court
Child Pornography
Attorney:  Paul Skitzki
Case No. CR-2010-2663

Hearing:  Maricopa County Superior Court
Child Pornography
Attorney:  Craig Gillespie
Case No. CR2009-114677001

Trial: USDC, Northern District of California
Computer Fraud
Attorney: Manuel Araujo
Case No. CR05-0812 RMW

Hearing:  Pima County Superior Court
Child Pornography
Attorney:  Katherine Estavillo
Case No. CR2010-1967

Hearing:  Forsyth County Superior Court
Child Pornography
Attorney: Romin Alavi
Case No.10CR-0118

Trial:  USDC, District of Maine
Child Pornography
Attorney:  Theodore Fletcher
Case No. SA 07 CR-256

*Curriculum vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Trial:  USDC, Northern District of California
Forgery
Attorney:  Elizabeth Falk
Case No. CR10-0068

Hearing:  Commonwealth Court of Pennsylvania
Child Pornography
Attorney:  John Abom
Case No. CP-21-CR-724-20

Trial:  USDC, District of Arizona
Child Pornography
Attorney:  David Cantor
Case No. CR09-0794TUCJMR

Trial:  USDC, Middle District of Alabama
Child Pornography
Attorney:  Susan James
Case No. 2:09CR 73-MEF

Trial: USDC, District of Alabama
Child Pornography
Attorney:  Tim Halstrom
Case No. 3:09-CR-159-WKW

Trial:  USDC, District of Delaware
Child Pornography
Attorney:  Luis Ortiz
Case No. 09-43-SLR

Settlement Conference:  Maricopa County Superior Court
Child Pornography
Attorney:  Adrian Little
Case No. CR09-000282

Sentencing Hearing:  USDC, Northern District of Texas
Child Pornography
Attorney:  Jim Burnham
Case No. 3:09-CR-339-M

Hearing:  Maricopa County Superior Court
Child Pornography
Attorney:  William Foreman
Case No. CR2009-007925-001 DT

Civil Service Hearing: State of Arizona
Unauthorized Use of Computer
Attorney: Jeff Jacobson
Case No. C2009-8685

Hearing: USDC, District of Arizona

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Child Pornography
Attorney: Leslie Bowman / Clint Liechty
Case No. CR-09-441-TUC

Trial: USDC, District of Arizona
Child Pornography
Attorney: Gary Kneip
Case No. CR-08-433

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Harold Higgins
Case No. CR09-1322TUC

Trial: USDC, District of Arizona
Child Pornography
Attorney: Beau Brindley
Case No. 05-CR-931

Sentencing Hearing: USDC, District of Arizona
Child Pornography
Attorney: Neal Taylor
Case No. CR08-310-PHX-PR

Trial: USDC, District of California
Child Pornography
Attorney: Caro Marks
Case No. CR S-07-290 WBS

Trial: Commonwealth of Pennsylvania
Child Pornography
Attorney: Stanton Levenson
Case No. CR 458-07

Trial: USDC, District of New Mexico
Homicide
Attorney: Barbara Mandel
Case No. 07614-RB

Trial: Humboldt County Superior Court
Child Pornography
Attorney: Cathy Dreyfuss
Case No. 55-08-001612

Trial: USDC, District of Georgia
Child Pornography
Attorney: Ann Fitz,
Case No.2:08 CR000033

Hearing: Pinal County Superior Court
Harassment
Attorney: Morgan Alexander

Case No. CR2008-00286

Trial: Pima County Superior Court
Child Pornography
Attorney: David Euchner
Case No.CR2004-2573

Trial: USDC, District of California
Violating Terms of MySpace
Attorney: Dean Steward
Case No. CR-08-582-GW-001

Trial: USDC, District of Wyoming
Child Pornography
Attorney: Tom Smith
Case No.07-CR-32-B

Trial: USDC, District of Puerto Rico
Child Pornography
Attorney: Victor Gonzalez-Bothwell
Case No. 07-140(CCC)

Trial: USDC, District of Arizona
Prostituting a Minor
Attorney: Barbara Hull
Case No. CR07-00871-001-PHX-ROS

Trial: USDC, District of Arizona
Child Pornography
Attorney: Ralph Ellinwood
Case No. CR05-1049-TUC-FRZ

Hearing: USDC, District of California
Child Pornography
Attorney: Rachelle Barbour
Case No. CR-S-07-0020

Hearing: USDC, 379th Judicial District, Bexar County Texas
Child Pornography
Attorney: Evelyn Martinez
Case No. 2006-CR-0477W

Trial: USDC, District of Arizona
Child Pornography
Attorney: Laura Udall
Case No. CR06-0825

Trial: Coconino County Superior Court
Child Pornography
Attorney: Brad Bransky
Case No. CR2006-1045

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Hearing: Pima County Superior Court
Murder
Attorney: Creighton Cornell
Case No. CR2007-0403

Hearing: Pima County Superior Court
Evidence Tampering
Attorney: Todd Jackson
Case No. C2006-5273

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Jason Lamm
Case No. CR2007-006060

Hearing: Coconino County Superior Court
Child Pornography
Attorney: David Bednar
Case No. CR2007-0519

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Gary Hendrickson
Case No. CR2006-171689-001

Trial: USDC, District of Arizona
Can Spam
Attorney: Michael Black
Case No. CR05- 870PHX

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Mark Hawkins
Case No. CR2006-136640-001

Hearing:  Navajo County Superior Court
Child Pornography
Attorney: David Martin
Case No. CV2005-013148

Hearing: Pima County Superior Court
IP Theft
Attorney: Todd Jackson
Case No. C2005-5273

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Ralph Ellinwood
Case No. CR05-1049-TUC-FRZ

Hearing: USDC, District of Arizona
Child Pornography

Attorney: Steven West; Nesci, St. Louis & West
Case No. CR04-2351-TUC-JMR

Hearing:  Maricopa County Superior Court
Child Pornography
Attorney:  William Foreman
Case No. CR2004-007249-001 DT

Hearing: USDC, District of Arizona
Child Pornography
Attorney:  Patricia Gitre
Case No.  CR03-490-PHX-ROS

Hearing:  Pima County Superior Court
Child Pornography
Attorney:  Larry Rosenthal
Case No. CR2001-1155

Hearing:  Pima County Superior Court
Child Pornography
Attorney:  David DeCosta
Case No. CR2002-0171

Trial:  Yuma County Superior Court
Child Pornography
Attorney:  Richard Bock;  Lingeman & Bock
Case No. S1400 CR2000-00472
         CA CR02-0578

PRESENTATIONS

September, 2015: Speaker
Arizona Information Defenders
Computer Forensics
Tucson, Arizona

September, 2015: Speaker
Association of Certified Fraud Examiners
Computer Forensics
Tucson, Arizona

February, 2015: Speaker
Arizona Information Defenders
Computer Forensics
Tucson, Arizona

March, 2014: Speaker
Office of the Public Defender
Computer Forensics
San Francisco, California

August, 2013: Speaker
Office of the Public Defender

Computer Forensics for Sex Cases
Palm Beach Gardens, Florida

September, 2012:  Speaker
Office of the Public Defender
Computer Forensics for Sex Cases
Fort Myers, Florida

June, 2012:  Speaker
Annual APDA Statewide Conference
Computer Forensics for Sex Cases
Phoenix, Arizona

June, 2012:  Speaker
Federal Community Defender for Eastern District of Pennsylvania
New Issues in Computer Forensics
Philadelphia, Pennsylvania

September, 2011:  Speaker
Pima County Public Defender
Computer Forensics
Tucson, Arizona

April, 2011:  Speaker
Delaware Federal Public Defender
Computer Forensics
Wilmington, Delaware

September, 2010:  Speaker
Arizona Attorneys for Criminal Justice
Fall Seminar 2010
Digital Evidence
Tucson, Arizona

April, 2010: Speaker
Office of Defender Services
Conference for Federal Defender Computer Systems Administrators
Computer Forensics / LimeWire
Chicago, Illinois

January, 2010: Speaker
Administrative Office of the United States Courts
Sixth National Seminar on Forensics Evidence and the Criminal Law
Computer Forensics
San Diego, California

September, 2009:  Speaker
Arizona Attorneys for Criminal Justice
Fall Seminar 2009
Computer Forensics, A Case Study
Tucson, Arizona

April, 2009: Speaker
Administrative Office of the United States Courts
Portland Winning Strategies Seminar

Computer Forensics
Portland, Oregon
April, 2008: Speaker
National Defender Investigator Association
National Conference
Computer Forensics
Las Vegas, Nevada
November, 2007: Speaker
Association of Legal Administrators
Region 6 Educational Conference & Exposition
E-Discovery and Potential Land Mines
Tucson, Arizona

October, 2007: Featured Speaker
Lorman Education Services
Computer Forensics and Electronic Discovery in Arizona
Tucson, Arizona

September, 2007: Featured Speaker
National Defender Investigator Association
Computer Forensics
Phoenix, Arizona
July, 2007: Featured Speaker
Federal Community Defender Office of Pennsylvania
Computer Forensics
Philadelphia, Pennsylvania

April, 2005: Speaker
Fennemore Craig
Electronic Discovery - A Case Study
Tucson, Arizona
March, 2005: Speaker
Arizona Court Reporters Association Annual Convention
Computer Forensics and Electronic Discovery
Phoenix, Arizona
March, 2005: Speaker
Morris K. Udall Inn of Court
Electronic Discovery
Tucson, Arizona

October, 2004: Featured Speaker
Tucson Association of Legal Assistants
Computer Forensics and Electronic Discovery
Tucson, Arizona

June, 2004: Vendor
Arizona State Bar Convention
Phoenix, Arizona

October, 2003: Featured Speaker
Arizona Association of Licensed Private Investigators (AALPI)
Computer Forensics and Electronic Discovery

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona 85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Phoenix, Arizona

February, 2003: Featured Speaker
Arizona Association of Licensed Private Investigators (AALPI)
Computer Forensics and Computerized Litigation
Tucson, Arizona

October, 2002: Featured Speaker
Arizona Mystery Writers
Computer Forensics
Tucson, Arizona

January, 2002: Featured Speaker
Tucson Association of Legal Assistants
Computer Forensics and Computerized Litigation

July, 2001: Vendor
CLE by the Sea - Electronic Courtrooms, Discovery of Electronically Stored Information
San Diego, California

June, 2001: Featured Speaker
Technology for the Practice of Law
Tucson, Arizona

April, 2001: Vendor
State Bar of Arizona - Technology Show
Phoenix, Arizona
January, 2001: Featured Speaker
Internet Security Issues - Detection and Prevention
Tucson, Arizona