# EXHIBIT A

## (TO MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID L. McCAIN; EXHIBITS A-B)

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Anne C. Gannon*
*Phone: (714) 338-3548*
*E-mail: anne.gannon@usdoj.gov*

*411 West Fourth Street*
*Suite 8000*
*Santa Ana, California 92701*

September 24, 2015

**VIA EMAIL**

Cuauhtemoc Ortega
Andrea Jacobs
Office of the Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701

      Re:    United States v. Todd Christian Hartman,
                SA CR No. 15-63-JLS

Dear Mr. Ortega and Ms. Jacobs:

      Pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the government hereby discloses that it intends to introduce expert testimony from David Jones, Dr. Carol Berkowitz, and David L. McCain, reserve officer with the Huntington Beach Police Department, under Federal Rules of Evidence 702, 703, or 705. Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests from defendant disclosure of testimony he intends to use under Rule 702, 703 and/or 705 of the Federal Rules of Evidence as evidence at trial.

      1.    **David Jones**

      David Jones is expected to testify in general about digitally-created/manipulated computer images, including composite images, morphed images, and computer generated images. The government anticipates that prior to trial, he will review select video files transported and possessed by the defendant and opine on whether the files are the result of compositing, morphing, or computer generation. If Mr. Jones prepares a report, I will forward it to you upon receipt.

      Mr. Jones's opinion regarding digitally-created/manipulated technology is based on his specialized training in such technology and his experience working in computer animated graphics. His qualifications can be found in his curriculum vitae, which is enclosed hereto.

      Mr. Jones's fees are approximately $2,000 for evidence review and $4,000 per day for trial testimony. Mr. Jones has previously qualified and testified as an expert in the Central District, including in United States v. Tisthammer, CR 08-57(B)-CAS, United States v. Denis

Cuauhtemoc Ortega
RE: U.S. v. Hartman - Discovery Letter
September 24, 2015
Page 2

Salguero, CR 11-1156-FMO, United States v. Kowaleski, CR 12-384-ODW, and United States v. Peterson, CR 12-228-GW.

    2.    Carol Berkowitz, M.D.

Carol Berkowitz, M.D. is expected to testify about her education, training, experience, and main practice areas as set forth in her enclosed curriculum vitae, including her experiences physically examining and treating children over the course of more than 35 years, and her knowledge of and experience using the sexual maturity rating, which is a scale of physical development in children, adolescents, and adults based on physical measurements of external primary and secondary sex characteristics. The government anticipates that prior to trial, she will review select video files transported and possessed by the defendant and opine on whether the children depicted in those files are under the age of eighteen and in some cases, under the age of twelve. If Dr. Berkowitz prepares a report, I will forward it to you upon receipt.

Dr. Berkowitz's opinion is based on her medical training and experience in the area of pediatric medicine. Her qualifications can be found in her curriculum vitae.

Dr. Berkowitz has qualified and testified as an expert in both state and federal court. In the Central District, this testimony includes in United States v. Pepe, CR 07-168(A)-DSF, and United States v. Tisthammer, CR 08-57(B)-CAS.

    3.    David McCain

We anticipate that Mr. McCain will testify about peer to peer networks, including Gnutella, the use of the eMule and eDonkey file-sharing programs as well as common terms used in child pornography file titles and their meaning.

Mr. McCain has qualified and testified as an expert in both state and federal court. In the Central District, this testimony includes in United States v. Phipps, SA CR 10-72-JVS.

With will provide CVs for Dr. Berkowitz and Mr. McCain upon receipt.

Very truly yours,


    /s/
ANNE C. GANNON
Assistant United States Attorney



ENCLOSURE

# EXHIBIT B

## (TO MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID L. McCAIN; EXHIBITS A-B)

*U.S. v. Todd Christian Hartman*

SA CR 15-63-JLS



**RE: Expert disclosure**
Leal, Sandy (USACAC)  to: Cuauhtemoc Ortega                                10/05/2015 03:29 PM
Cc: "Andrea Jacobs (Andrea_Jacobs@fd.org)", "Gannon, Anne (USACAC)"

CVs for experts McCain and Berkowitz attached.

```
-----Original Message-----
From: Cuauhtemoc Ortega [mailto:Cuauhtemoc_Ortega@fd.org]
Sent: Monday, October 05, 2015 9:38 AM
To: Leal, Sandy (USACAC)
Cc: Andrea Jacobs (Andrea_Jacobs@fd.org); Gannon, Anne (USACAC)
Subject: Re: Expert disclosure
```

Sandy,

We're still waiting on McCain's CV.  Can you please forward it?  We might need to file a motion regarding his testimony, and we'd like to get it on file before next week's status conference.  Also, we don't really understand from your 9/24/15 letter what he'll specifically be testifying about; the description is a bit generic.  Can you provide more particulars?

I appreciate it.

CO.

---

Cuauhtemoc Ortega
Deputy Federal Public Defender
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 7110
Santa Ana, CA, 92701-4598
Tele. (714) 338-4500
Facs. (714) 338-4520


From:      "Gannon, Anne (USACAC)" <Anne.Gannon@usdoj.gov>
To:        "Cuauhtemoc Ortega (Cuauhtemoc_Ortega@fd.org)"
           <Cuauhtemoc_Ortega@fd.org>, "Andrea Jacobs
           (Andrea_Jacobs@fd.org)" <Andrea_Jacobs@fd.org>
Cc:        "Leal, Sandy (USACAC)" <Sandy.Leal@usdoj.gov>
Date:      09/24/2015 10:19 PM
Subject:         Expert disclosure


Please find attached a letter containing expert disclosure.  The government reserves the right to supplement this notice.

Best,

Anne

   [attachment "discovery letterv7.pdf" deleted by Cuauhtemoc

Ortega/CACF/09/FDO]

CV Berkowitz.pdf  CV McCain.pdf

Case 8:15-cr-00063-JLS   Document 51-1   Filed 10/08/15   Page 6 of 9   Page ID #:259

**DIGITAL MATRIX FORENSICS**

# David L. Mc Cain
(U.S. Army Veteran)

## Employment/Assignments:

| | |
|---|---|
| 2015 – present: | **President/Owner** of Digital Matrix Forensics. Conduct digital forensics on a myriad of digital devices and cloud data. Expert witness testimony and private consultation. |
| 2008 – present: | **Instructor**, Network Designs Inc., contracting for the U.S. State Department, Diplomatic Security Service, Anti-Terrorism Assistance Program (ATA). |

### Courses Taught/Locations:
*Identification & Seizure of Digital Evidence*: Bahrain, Mexico, Peru, Thailand, Tanzania, Senegal & Ethiopia (mentoring in Jordan and Train-the-Trainer in Mexico).
*Proactive Internet Investigations*: Indonesia, Jordan, Mexico & Colombia.
*Introduction Digital Forensic Investigations*: Pakistan, Kenya and Mexico.
*Cyber Unit Management Consultation:* Thailand
*Cellular Communications Forensic Consultation*: Oman
*Executive Seminar* Mauritania
*Digital Forensic Equipment Grant Consultation:* Dominican Republic

| | |
|---|---|
| 1½ years: | **Vice President,** Computer Forensics for Precision Discovery Inc. Managed the forensic practice for the company with examiners in locations across the country. Provided expert witness testimony for clients. Collected, preserved and processed data from around the world for eDiscovery matters. |
| 8 years: | **Owner/President**, DataClues Inc. Operated and managed high tech investigations and performed forensic analysis for clients. |
| 23 years: | **Police Officer**, Huntington Beach (20-years) and Downey (3-years) Police Departments. (Currently a reserve police officer with the department) |
| 12 years: | **Detective**, High Technology Crimes Unit/Computer Forensics with HBPD. Managed and conducted high tech investigations and performed digital forensics. |
| 10 years: | **Special Deputy U.S. Marshall** <br> 2003-2012 - FBI S.A.F.E. Team Task Force Officer, Santa Ana Field Office. <br> 2012- 2013 - US Secret Service Electronic Crimes Task Force, Los Angeles. <br> Performed high tech investigations and digital forensics on a federal level. Provided Expert testimony for grand jury and jury trials. |
| 8 years: | **Instructor**, California Department of Justice, Advanced Officer Training, Computer Investigations/Forensics. Trained law enforcement from across the state on computer forensics. |
| Misc. Employment: | **Contract trainer** for NEK ASG, 2-day media exploitation training for Estonian Military SpecialForces Tallin, Estonia. <br> **Instructor** and presenter for Technology Pathways, ProDiscover. <br> **Instructor** for Digital Shield, Cellebrite & Magnet Forensics certification training. |

DIGITAL MATRIX FORENSICS

| Certifications/Licenses | Organization |
|---|---|
| CFCE (Certified Forensic Computer Examiner) | IACIS |
| EnCe (EnCase Certified Professional) | Guidance Software |
| Certified Cellebrite UFED Mobile Device Examiner | Cellebrite |
| Certified Electronic Evidence Collection Specialists | IACIS |
| A+ Hardware and Software Certified Professional | COMPTIA |
| Licensed Private Investigator | State of California |
| Top Secret Security Clearance (expired) | FBI |

**Association Membership:**
- International Association of Computer Investigative Specialists (IACIS)
- High Tech Crime Investigators Association (HTCIA)
    - **First Vice President 2007/ President 2008**, Southern California Chapter

| Training (partial) | Host/Company |
|---|---|
| Network Intrusion Responder Program | National Computer Forensics Institute, US Secret Service |
| Beginning, Intermediate and Advanced Forensics | Guidance Software (EnCase) |
| Basic Computer Forensics, Windows XP, Registry, Internet and Email, FTK 3.0 | Access Data |
| Basic and Advanced Computer Forensics | National White Collar Crime Center |
| Basic and Advanced Computer Forensics | California Department of Justice |
| Advanced Network Intrusion | California Department of Justice |
| Computer Forensic Examiner Training | IACIS |
| Basic Computer Forensics and Data Recovery | SEARCH |
| Annual Training Conference (9 years) | HTCIA |
| Annual Training Conference (5 years) | CEIC (Guidance Software) |
| Cellebrite Certification Course | Forward Discovery |

**Teaching/Speaking:**
- Panelist, OCRIMS conference 2013
- Consultant to California District Attorney's Association for the High Tech Crime Project, Prosecutors Manual (published chapter)
- Consultant/Course Developer for Computer Forensic Course, Corinthian College
- Instructor, 2-day training for Investigators of the California State Bar, Los Angeles office 2003
- Speaker for the California District Attorney Association Conference 2004
- Speaker for the Southern California Fraud Investigators Association Annual Conference, 2005 and 2007
- Speaker for the California Narcotic Officers Association Annual Conference, 2010 and 2011
- Presenter for ProDiscover Forensic Software, HTCIA Conference 2007 and 2009
- Interviewed for KABC News Consumer Protection report "Gigabyte Gangsters" 2006
- Interviewed for KUCI 88.9 FM radio program "Privacy Piracy" on identity theft 2006
- Speaker for the Western States Safe and Burglary Investigators Association Annual Conference 2007

**Awards:**
2013 – US Attorney's Office, Los Angeles, award for child pornography jury trial case.
2011 – Medal of Merit, Huntington Beach Police Department.
2010 – Case of the Year, OC Traffic Officers Association involving prosecution of vehicular homicide case involving texting while driving.
2005 and 2008 – Certificates from the director of the FBI (SAFE Team member and RICO Case involving prosecution of foreign nationals and hacking.)

DIGITAL MATRIX FORENSICS

2003 – Award from ICE for child pornography investigation and arrest.
2000 – Investigator of the year, Huntington Beach Police Department.
1988 – Soldier of the year, 4/4th Cavalry and 4th Brigade, 3rd Infantry Division.

**Experience:**

Mr. McCain has performed forensics on wide spectrum of both criminal and civil cases involving theft, theft of intellectual property, unlawful termination, sexual harassment, homicides, child exploitation, identity theft, terrorist threats, cyber stalking, Internet usage, computer intrusion and online auction fraud. Mr. McCain has authored affidavits in support of search warrants and testified as an expert in state, federal & military court. His extensive experience is complemented with his strong interpersonal communication skills and reporting.