ANNE C. GANNON (Cal. SBN No. 214198)
Assistant United States Attorney
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
Telephone: (714) 338-3548
Facsimile: (714) 338-3561
anne.gannon@usdoj.gov
Attorney for Plaintiff-United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 15-63(A)-JLS |
| v. | |
| TODD CHRISTIAN HARTMAN | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Document Filed Under Seal and In Camera

Reason:

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):  In Camera

October 16, 2015                                 Anne C. Gannon
Date                                             Attorney Name

                                                 Plaintiff- United States of America
                                                 Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                    **NOTICE OF MANUAL FILING**