UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SACR 15-00063(A)-JLS | Date: October 16, 2015 |

Present: The Honorable **JOSEPHINE L. STATON, U.S. District Judge**

Interpreter: None

| Terry Guerrero | Deborah Parker | Anne Gannon and Sandy Leal |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TODD CHRISTIAN HARTMAN | X | X | | Andrea Jacobs, DFPD | X | X | |
| | | | | Cuauhtemoc Ortega, DFPD | X | X | |

**Proceeding**   STATUS CONFERENCE; HEARING RE MOTIONS

Hearing held. Oral arguments heard. Government's Motion in Limine to Admit [18] is granted in part. Counsel ordered to further meet and confer. Defendant's Motion in Limine to Exclude Evidence of Other Crimes, Wrongs, or Acts [28] is granted without prejudice. Hearing on remaining motions, Defendant's Motion to Suppress Evidence [26], Defendant's Motion to Compel Discovery [27], and Defendant's Motion to Exclude Expert Testimony of David L. McCain [51], is continued to **October 27, 2015 at 9:00 a.m.**

Court and counsel confer regarding subpoenaed documents, specifically policies and procedures manual and personnel file of Detective David Syvock. Request for In Camera hearing granted. Courtroom closed, except as to court staff and Andrew D. Maiorano, City of Newport Beach Deputy City Attorney and Sergeant William Depweg, Custodian of Records. The transcript of this proceeding is ordered sealed, pending further order of the Court.

Counsel and parties again present in court. Copy of Newport Beach Police Department's Policies and Procedures Manual is ordered produced to each side. Request for protective order is denied. No other disclosures made by the Court. Government's In-Camera Ex Parte Application Seeking Non-Disclosure, filed this day, is DENIED.

Court orders Jury Trial continued to **December 1, 2015 at 9:00 a.m.** In light of defendant's speedy trial rights, the Court finds excludable time based on the necessity of holding an evidentiary hearing on the motions and based on the time frame that the Court believes is reasonable to rule on the motions.

|  |  |  |
|---|---|---|
|  | SC/MTN : | 20/25 |
| Initials of Deputy Clerk | tg |  |