U.S. v. Hartman, SA CR 15-63-JLS

Government's Supplemental Briefing Opposing
Defendant's Motion to Compel Discovery

Exhibit A

SW NO: *(handwritten)*

# STATE of CALIFORNIA, COUNTY of ORANGE,
## SEARCH WARRANT and AFFIDAVIT
### (AFFIDAVIT)

*FILED*
*SUPERIOR COURT OF CALIFORNIA*
*COUNTY OF ORANGE*
*HARBOR JUSTICE CENTER*

*FEB 18 2015*

**Peace Officer David Syvock** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.   Wherefore, Affiant requests that this Search Warrant be issued.

*M. Mai                    DEPUTY*

_____,
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☐ YES ☒ NO

### (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF ORANGE:** proof by affidavit, having been this day made before me by **Peace Officer David Syvock** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐   property was stolen or embezzled;

X   property or things were used as the means of committing a felony; property or things are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their being discovered;

X   property or things to be seized consist of any item or constitute any evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony;

X   property or things to be seized consist of evidence that tends to show that sexual exploitation of a child, in violation of Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☐   there is a warrant to arrest a person;

☐   a provider of electronic communication service or remote computing service has records or evidence, as specified in Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

☐   property or things to be seized include an item or any evidence that tends to show a violation of Section 3700.5 of the Labor Code, or tends to show that a particular person has violated Section 3700.5 of the Labor Code;

**You are Therefore COMMANDED to SEARCH:**          (premises, vehicles, persons)

Location #1 THE PREMISES at ▓▓▓▓▓▓▓▓ Newport Beach, CA ▓▓▓▓ further described as a two story duplex with beige stucco siding, white wood trim and brown wood composite roof. The numbers ▓▓▓▓ are affixed to the mailbox located at the entrance to the walkway leading to the rear unit. (See attached photos).  To include all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, storage rooms, trash containers, and outbuildings of any kind located the thereon:



THE VEHICLE(s) described as 2010, Toyota Matrix 4 door (██████████) registered to Judy Hartman at ████

THE PERSON(S) known as Todd Christian Hartman, ████████, described as a male Caucasian, approximately 5 feet 7 inches tall, weighing approximately 175 pounds, brown hair, brown eyes with California Drivers License #████ and Judy Rae Hartman, ████████, described as a female Caucasian, approximately 5 feet 7 inches tall, weighing 135 pounds, brown hair and brown eyes with California Drivers License number ████████.

**For the FOLLOWING PROPERTY, THING(s) or PERSON(s):**
**See Attachment A**

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this 4TH day of FEB , 2015 , at 1120 **A.M.** / **P.M.** Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: (No)

SEARCH APPROVED:                      NIGHT     YES         ☒ NO

DOUGLAS HATCHIMONJI
(Signature of Magistrate)

Judge of the Superior Court of California, County of Orange, **Harbor Justice**, Dept. H - 7 .

Doug Hatchimonji
(Magistrate's Printed Name)

## ATTACHMENT A

Any items tending to establish the identity of persons who have dominion and control of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, recordation of voice transmissions on telephone answering machines, audio tapes and telephone message receipt books, and written phone messages, and photographs tending to show occupation of the residence / business and connection between co-conspirators, whether identified, or unidentified, also digital pagers which will document telephone numbers of co-conspirators, and if found, to activate the digital pagers' display mechanism and to obtain messages from the pagers, answering machines, tape recorders, and any other recording devices, and to play such devices to obtain their messages.   Any examples of handwriting including letters, address books, business records, canceled checks, notes, and/or lists.

Any and all items, which constitute evidence and/or fruits and instrumentalities of violations of California Penal Code, Chapter 7.5, Section 311.1(a) through 311.11(d), concerning the possession , distribution, and production of child pornography.  The evidence of these crimes includes, but is not limited to, any and all digital media files containing child pornography and/or child erotica; further defined by California Penal Code, Section 311.4(d)(1) as any "matter" depicting minors engaging in actual or simulated "sexual conduct."  Child erotica is further defined as any materials or items, visual or written, which are sexually arousing to individuals who are attracted to minors and/or to those who have an unnatural sexual interest in minors.  The term "media" encompasses are "writings" as that term is defined by Section 250 of the California Evidence Code to include records, documents, programs, applications or materials created, modified, or stored in any form.

All electronic data processing and storage devices, computers and computer systems, such as central processing units, internal and peripheral storage devices such as fixed disks, internal and external hard drives, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, dongles, encryption keys, personal data assistants (PDA's), cell phones/smart phones or other memory storage devices.

Any records, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, "electronic calendar\address books" calculators, or any other storage media, together with indicia of use, ownership, possession, or control of such records.

Any written or computer communication in printed or stored medium such as E-Mail and Chat Logs whether in active files, deleted files or unallocated space on the hard drive, floppy drive or any data storage media.

Search of all of the above items is for files, data, images, software, operating systems, deleted files, altered files, system configurations, drive and disk configurations, date and time, and unallocated and slack space, for evidence.

Any pictures, books, magazines that contain images of nude children and/or child pornography.

Any video tapes, slides or motion pictures depicting the exploitation of children

Any diaries, journals or other writings describing the exploitation of children.

Peace Officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph and/or take digital images, at the discretion of the Searching Officers, inside and outside of the location, any and all items and/or vehicles at the location, in addition, can identify and photograph and/or digital image all persons present at the Search Warrant location during the period of execution of this Search Warrant.

Additionally, with respect to computer systems and any items listed above found during the execution of this Search Warrant, the searching Peace Officers are authorized to seize and book said computer systems and any items listed above and transfer them to a Law Enforcement Agency location prior to commencing the search of the files and for law enforcement to do a full and complete forensic review of any and all items listed above.

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
## STATEMENT OF PROBABLE CAUSE

I, David Syvock, have been employed by the Newport Beach Police Department as a Police Officer since January 2006.  I was previously employed as a Deputy Sheriff with the Los Angeles County Sheriff's Department from December 1988 until January 2006.  During my career I have worked assignments in uniform patrol, Special Assignment (SAO), Countywide Cops, Bicycle Patrol and Field Training Officer.   I am currently assigned as a Detective in the Special Victims Unit.

Over the past 26 years I have conducted numerous investigations involving narcotics crimes, property crimes, auto theft, sex crimes and subsidized housing fraud.  I have an advanced P.O.S.T. certificate and I am a member of the California Sexual Assault Investigators Association.

During my law enforcement career I have conducted hundreds of preliminary investigations into a wide variety of crimes. These investigations have included taking police reports, interviewing victims and witnesses to crimes, conducting follow-up investigations, serving search warrants, and interviewing and arresting suspects.   My arrests have led to prosecution where I have testified in court.  Convictions have been obtained as a result of my investigations and testimony.

I have received specialized training in the following areas; Criminal Abatement, Crime Prevention through Environmental Design,  Interview/Interrogation,   Drug/Alcohol Recognition and 32 hours Internal Affairs.  I have also received specialized training in the field of child abuse and sexual assault during a 40 hour course entitled "Child Abuse and Sexual Assault".  Subjects in this course included Physical Abuse, Abusive Head

1

1   Trauma (Also known as Shaken Baby Syndrome), Child Death,  Sexual Abuse, Forensic

2   Medical Examination, Severe Neglect & Failure to Thrive, General Child Abuse

3   Investigative Procedures, Interviewing Child Victims, Offender Characteristics, Child

4   Pornography, Crime Scene Searches, Forensics in Child Abuse and Child Abuse Laws.

5

6   I am also a Task Force Officer (TFO) with the Orange County Child Exploitation Task

7   Force (OCCETF) Since September 10, 2012.  The OCCETF is a multi agency group,

8   comprised of Homeland Security investigations, Orange County Sheriff's Department,

9   Federal Bureau of Investigation, Orange County District Attorney's Office, US Postal

10   Inspection and several local police departments throughout Orange County.  The

11   OCCETF is responsible for conducting investigations related to internet crimes against

12   children.

13

14   I have attended (2) 36 hour internet Crimes Against Children, Peer to Peer File Sharing

15   Classes, through the Office of Juvenile Justice and Delinquency Prevention (OJJDP).

16   The classes were taught by subject matter experts in the field of crimes against children

17   and child exploitation on the internet.  I was instructed on the use of Law Enforcement

18   software designed to assist investigators on locating and identifying suspects sharing

19   child sexual exploitation materials via Peer to Peer networks.

20

21   I attended the 2011 and 2012 Internet Crimes Against Children Conference where I

22   received a combined 48 hours of training, by subject matter experts, in the investigation

23   of crimes related to the sexual exploitation of children on the Internet.

24

25   I attended a 20 hour Internet Crimes Against Children file sharing class conducted by

26   TLO.  I was instructed on the use of Law Enforcement software designed to assist

2

investigators with locating and indentifying suspects sharing child sexual exploitation materials via Peer to Peer networks.

I attended the 2012 and 2013 Crimes Against Children Conferences where I received approximately 39 hours of training, by subject matter experts, in the investigation of child abuse cases.   During this conference, I also attended and 8 hour class, taught by subject matter experts, in the investigation of the ARES Peer to Peer network.

I have attended the 2013 California Sexual Assault Investigators Conference.   During this conference I received 20 hours of training, by subject matter experts, in the fields of sexual assaults, missing persons (children) and human trafficking.

Additionally, since March, 2014, I have been an instructor for the Child Protection System (CPS).  CPS is a law enforcement tool which is used to identify Internet Protocol Addresses being utilized to share indecent images of children.   I have traveled internationally to train other investigators in the use of this tool which has resulted in the identification of person using the Peer to Peer networks to share child exploitation images.

During my career, I have personally examined digital videos, videotapes, pictures and computer images depicting children involved in sexual activity with themselves, other children, animals and adults.

I am aware that the following characteristics are generally found in varying combinations in people who produce, trade, distribute or possess images of child pornography:  These people view children as sexual objects.  They received gratification from sexually explicit images of minors.  They collect sexually explicit images of minors, which they use for

3

1    their own sexual gratification and fantasy.  They use these images as a means of reliving

2    the fantasies or actual sexual encounters.   They rarely, if ever, dispose of sexually

3    explicit images of minors because the images are treated as prized possessions.

4

5    They store such images in many different formats including photographs, printouts,

6    magazines, videotapes, and other forms of digital media such as hard drives, diskettes,

7    CDs and/or DVDs and storing devices.  They store images in many different locations

8    such as the home, their vehicle(s), their work area, and other areas under their control.

9

10   The images represent a currency among other collectors and are a means of gaining

11   acceptance, status, trust, and psychological support by exchanging, trading, or selling

12   the images to other people with similar interests.

13

14   They maintain images of minors with whom they have had sexual contact.  If such a

15   person takes a picture of a minor in the nude, there is a high probability that the minor

16   was used to produce sexually explicit images.

17

18   I know that suspects will and have used the Internet to gain access to children for the

19   purposes of sexual exploitation.  I also know, based on my training and experience, that

20   suspects will chat online with other suspects to share their information on the sexual

21   exploitation of children, including where to watch children, how to access children, how

22   to desensitize victims to sexual abuse, how to hide their actions from law enforcement

23   officials, how to store their child pornography and how to keep the victims from talking

24   about the abuse.   Furthermore, I am aware that suspects will trade images of child

25   exploitation through emails.

26



1   Also, based on my experience, that persons who possess child pornography generally

2   prefer to store images in electronic format as computer files.  The computer's ability to

3   store images in digital format makes a computer an ideal repository for child

4   pornography.  Portable disks can contain thousands (1,000's) of child pornography

5   images.  I have personally witnessed collectors going to great lengths to protect their

6   collection from discovery.

7

8   From training received in online file-sharing networks, and through the utilization of law

9   enforcement investigative tools, I have learned the following:

10

11   Peer-to-Peer networks are frequently used in the trading of child pornography.  I know

12   that one such network is known as the Edonkey2000.  The Edonkey2000 network is

13   being used to trade digital files, including still images and movie files, depicting child

14   pornography.  Based on my training and experience, I know the following about the

15   operation of the EDonkey2000 file-sharing network:

16

17   EDonkey2000 is an open-source (a) publicly available peer-to-peer (b) file sharing-

18   network.  Most computers that are part of this network are referred to as peers or hosts.

19   A peer computer can simultaneously share files, while downloading files from the other

20   peers or hosts.  Peers may be elevated to temporary indexing servers referred to as an

21   "ultra-peer."

22       (a) **Open-Source**: Open Source is defined as software that includes code and a free

23           license, in other words, it's freely available to everyone on the Internet.

24       (b) **Peer-to-Peer**:  Peer-to-Peer is an application or program that allows users to exchange

25           files with each other directly or through a mediating server, via the Internet.  A peer-to-

26           peer file transfer network does not have the notion of clients or servers, but only equal



1    peer nodes that simultaneously function as both "clients" and "servers" to the other

2    nodes on the network.

3

4    Ultra-peers increase the efficiency of the EDonkey2000 network by maintaining an index

5    of the file contents of network peers.   EDonkey2000 users ask ultra-peers for file

6    sources and are directed to one of more peers sharing the file or portions of the file.

7    There are many ultra-peers on the network.

8

9    The EDonkey2000 network can be accessed by computers running different Peer-to-

10   Peer software programs written to be used on the EDonkey2000 network.   These

11   software programs share common protocols for network access and file sharing.   The

12   user interface, features and configuration may vary between the different software

13   clients but all of them allow you to access the network as either a client, (the computer

14   seeking a file), a candidate, (the computer supplying the file), or an ultra-peer, (the

15   computer referring the client to the candidate).

16

17   During the default installation of the EDonkey2000 software program, settings are

18   established which configure the host computer to share (c) files.   A feature known as

19   browsing (d) may also be turned on.   Depending upon the client program used, a user

20   may have the ability to reconfigure some of these during installation or after the

21   installation has been completed.   Typically, the Peer-to-Peer software can be configured

22   to establish the location of one or more directories of folders whose contents (files) are

23   made available for distribution or sharing to other EDonkey2k peers.   Furthermore, the

24   Peer-to-Peer software can be configured to establish whether or not other users of the

25   network can obtain a list or browse the files being shared by the host computer.

26



(c) **Share**: A folder or directory on a computer's hard drive, set up to share its contents with other computers on a network.

(d) **Browsing**: Common term used in reference to peer to peer networks, referring to the ability of a client to look at or browse a candidates shared files.

I know that if an investigator is able to browse a shared directory on a candidate's computer, a direct connection between the computer being used by the investigator and the candidate's computer is established at a specific time, on that specific date.  I also know that the browsed files are physically present at the time, on date, on the candidate's computer.

The strength of the EDonkey2000 network is that it bases its entire file sharing on an ED2k Hash Algorithm.  This mathematical algorithm allows for the fingerprinting of files.  No two files naturally produce the same hash value unless the contents are identical; thus, the content of some of the computer files can be positively established without ever viewing the content, once a known file with a certain hash value has been identified.  Hash values were specifically developed by government agencies, including the National Security Agency, to assist in the unique identification of computer files.  The United States of America has adopted the Secure Hash Algorithm (SHA1) hash algorithm described herein as a Federal Information Processing Standard.  A file processed by SHA1 operation results in the calculation of a unique hash value for that file, often referred to as a digital signature.  SHA1 signatures provide a certainty exceeding 99.99 percent that two or more files with the same SHA1 signature are identical copies of the same files, regardless of the file name.   EDonkey2000 uses a similar hashing system that is specific to Edonkey clients.

7

1   Users may receive a selected file from numerous sources by accepting segments of the

2   file from multiple peers.   The EDonkey2000 software being used reassembles the

3   complete file on the local computer.   The EDonkey2000 program succeeds in

4   reassembling the file from different sources only if all segments came from the exact

5   copy of the same file.   The network uses ED2K hash values to ensure exact copies of

6   the same files are used during this process.

7

8   Upon connecting to the EDonkey2000 network, the software compiles a list of the

9   shared files, file details and the file's associated ED2K values.   This list in then submitted

10   to the ultra-peer.   This information is then propagated to other ultra-peers throughout the

11   network and made available to anyone running a unique search.

12

13   The frequency of updating information as file changes occur or candidates leave the

14   network depends upon the client software being used and EDonkey2000 networking

15   protocols.   **The information sent to the ultra-peers is data about the file and not the**

16   **actual file.**   The file remains on the peer computer.   In this capacity, the ultra-peer acts

17   as a pointer to the files located on each peer.

18

19   The EDonkey2000 software allows the user to search for pictures, movies and others

20   files by entering descriptive text as search term (ex. PTHC=Preteen Hardcore).   These

21   terms are typically processed by ultra-peers based upon the information about the files

22   submitted by the EDonkey2000 user.   Entering search terms into the EDonkey2000

23   program returns a list of files and descriptive information pertaining to each file, including

24   the associated ED2K signature.

25

26   I know that an investigator is able to compare the EDDonkey2000 signatures of files

27   being shared on the network to previously identified child pornography EDonkey2000



1  signatures.  Using a publicly available EDonkey2000 software, an investigator can select

2  the EDonkey2000 signature of a known file as they attempt to locate and download the

3  known file on the EDonkey2 network.

4

5  A review of the EDonkey2000 signatures allows an investigator to identify the files that

6  are on a peer computer.

7

8  Once a specific file is identified, the download process may be initiated.  Once initiated,

9  an investigator is presented with a list of peer or user IP (f) addresses that have been

10  recently identified as download candidates.   This allows for the detection and

11  investigation of computers involved in possessing, receiving and/or distributing files

12  previously identified as child pornography.

13

14  (e) **IP Address**: The Internet is comprised of many computer networks and subnets that are

15  concealed.  Subnets are typically comprised of individually addressed computers.  An

16  Internet Protocol, or IP address, is a unique four-byte number assigned to a computer,

17  when that computer accesses the Internet.  The IP number can be assigned "statically"

18  or "dynamically".  A "static" IP address is a permanently assigned number, where the

19  "dynamic" IP address may differ each time the computer accesses the internet.  This

20  address, expressed as four numbers separated by decimal points, is unique to a

21  particular computer during an online session.  Companies such as Internet Service

22  Providers, or Web Hosting companies, doing business on the Internet, commonly obtain

23  a block or series of IP addresses.  When the computer subscribing to the Internet

24  companies services, logs onto the Internet, the Internet Company assigns the computer

25  and IP address.  Using publicly available software, the IP address assigned to a

26  computer can be traced to the company providing the Internet services.

27



1    I know that IP addresses can be used to identify the location of a computer.  A computer

2    can be traced to a specific region or area.  The ability to identify the location of these IP

3    addresses is provided through IP geographic mapping services, which are publicly

4    available and also used for marketing and fraud.

5

6    At this point in the investigative process, a recent (generally within the last 24 hours)

7    association between a known file (based upon SHA1 or ED2K comparison) and a

8    computer having a specific IP address, located within a specific region can be

9    established.

10

11    Once this association has been established, an investigator can attempt to download a

12    file previously identified as child notable from the associated peer.

13

14    If the function known as browsing is turned on, the investigator can view or browse the

15    contents of the target peer's shared folder.  This is dependent upon several factors

16    including the EDonkey2000 configuration and available resources.  Browsing may or

17    may not be possible.  If browsing is available, a listing of the files being shared by the

18    associated target peer may be viewable.  In order to obtain the list of files, a direct

19    connection between the computers must occur.  This browsing connection is a default

20    setting.  The file list can only be obtained if the associated target peer is connected to

21    the Edonkey2000 and the software being used is configured for browsing.

22

23    By receiving either a browsed file list or portions of a download file from a specific IP

24    address, the investigator can conclude that a computer, in his jurisdiction, is running a

25    EDonkey2000 software and is processing, receiving and/or distributing specific and

26    known visual depictions of child pornography.

27

10

1   I know that Detective William Wiltse with the Broward County Sheriff's Office has created

2   an automated systems, called Peer Spectre.  Peer Spectre reads the publicly available

3   advertisement from computers that are identifying child sexual abuse images available,

4   for distribution, in a consistent and reliable manner.  The software reads these reported

5   offers to participate in the sharing of child pornography  and reports the time, date,

6   SHA1, EDonkey2000 values, Globally Unique Identifier (GUID) (g) and filename for each

7   individual computer in the same way every time.  I have validated this software by

8   running identical search terms through the manual method described above and the

9   automated system using Peer Spectre.  Peer Spectre performs in the same way with

10  matching results as the previous manual investigative technique

11       (f)  **GUID:** File sharing software generates a unique identifier number called a Globally

12           Unique Identifier (GUID) which is used to identify the systems on the Gnutella file

13           sharing network.  The GUID is similar to a serial number and is generated at the time

14           the software is installed.  Identifying the GUID assists in indentifying which computer

15           was used by the suspect.

16

17  I know from training and experience that an investigator can review these details and

18  identify a pattern of activity that links a single IP address to specific files of child

19  pornography with an extremely high degree of accuracy.  Peer Spectre automates the

20  search process but conducts and reports the search in the same manner that has

21  previously been done by individual investigators.  Peer Spectre does not report details

22  which are not also discoverable by the general public using Internet available software.

23  Through historical searches utilizing a law enforcement investigative tool, investigators

24  can conduct searches to read through Globally Unique Identifiers (GUID) history records

25  and IP address history records.  This performs lookups of child pornography SHA1 and

26  ED2K values associated with the IP addresses and GUID's.  This historical search

27  shows dates when individual investigators throughout the country, discover an IP

11

1    address or GUID with child pornography in their share file.  This historical search also

2    displays the automated Peer Spectre searches.  GUID's, which are generated at the

3    time the software is installed onto an individual computer, do not change even when a

4    dynamic IP address changes.   A GUID would change if the client software was

5    uninstalled and then reinstalled or if a version update occurs.

6

7    This investigation of peer-to-peer file sharing networks is a cooperative effort of law

8    enforcement agencies around the country.  Many of these agencies are associated with

9    the Internet Crimes Against Children (ICAC) Task Force Programs.  Many of the officers

10   involved in this effort are using the technology and methods described herein to

11   investigate Peer-to-Peer networks.   This methodology has led to the issuance and

12   execution of search warrants around the country resulting in many seizures of child

13   pornography and arrests for possession and distribution.   By using the above listed

14   method of investigation, nearly every case I have personally been involved with, has

15   been verified through the following means:

16       1.  Evidence of child pornography was found on the computer.

17       2.  If no images of child pornography were found on the computer, interviews of the

18          persons using the computers verified that child pornography had been present

19          at one time but had been deleted or the computer with the child pornography

20          had been removed from the premises.

21       3.  Images were moved from the computer and stored on other media.

22

23                                    **Specific Probable Cause**

24

25   On October 16, 2014, while conducting a covert investigation on the Peer-to-Peer file

26   sharing network, I located a computer using the Internet Protocol Address 76.172.3.11

27   displaying unique files (122 child notable, child erotic, child other and 40 unknown

12

1   content).   A child notable file is one that has previously been identified through the

2   Secure Hash Algorithm (Sha1) as being child pornography.   A majority of the files

3   displayed from the aforementioned IP had titles indicative of child pornography.   The

4   user of the computer system had left his/her Peer-to-Peer client software EDonkey2000

5   configured to allow the sharing of files from his/her shared folder.   The Global Unique

6   Identifier (GUID) of the EDonkey2k Software the suspect was using is listed as ED2K:

7   C32771F1650E026C0222F3B68DD76F6D.   A GUID is equivalent to the software serial

8   number.

9

10   Additionally, on October 16, 2014, at approximately 10:36:12 AM, PST, during the above

11   described covert investigation, I made a direct connection to the computer using IP

12   address 76.172.3.11 and download 5 files this computer was making available.   The

13   following is a list of the files I downloaded and viewed:

14

15   Completed Downloads:

16

17   Started:2014-10-16 10:36:12 AM Last Received:2014-10-17 06:28:13 PM

18   Hash:ED2K:81CFC4FB0F76BA6C63924718DBE93400

19      SHA1:FBJYT4XKWZTQXY6BXW5CCBZCR3JFNKCM File Size:9,476,006

20   Name:(~pthc center~)(opva)(2013) 11yo boy&girl in the childs camp.avi

21   Description: This video is 3:41 in length and begins with a partially nude female child

22   performing oral sex on what appears to be a juvenile male.   The female is then seen

23   sitting on the edge of the bed as she spreads her vagina and a person just off camera is

24   seen holding a cell phone. The female child is then seen donning her underpants as an

25   prepubescent male is seen exposing his genitals to the camera.   The female child then

26   begins to perform oral sex on the male child before removing her underpants and sitting

13

on his genitals. The children appear to be having sexual intercourse for several minutes before the video abruptly ends.

Started:2014-11-11 07:30:36 AM Last Received:2014-11-11 08:16:11 AM

Hash:ED2K:DEBE7A9EAB95E7656141668CB450B0C5

SHA1:2CXS6RXZUIPR7KF3X6DQAM2MZY4MZXR4 File Size:10,510,157

Name:(~pthc center~)(opva)(2013) Cumming over loli_s pussy 2010 7yo_and_Dad BRILLIANT.wmv

Description: This video is 1:26 in length and begins with a prepubescent child exposing her vagina. An adult male is then seen from the waist down as he rubs his erect penis against the childs vagina. The adult male continues rubbing and inserting his penis into the child`s vagina before he ejaculates on her genitals and legs.

Started:2014-11-06 11:49:35 AM Last Received:2014-11-07 07:22:16 AM

Hash:ED2K:5FCB9E9582FF59DF7EDCDA91143059F8

SHA1:IC5O4KRNTGY6DNOSESRLFTRSCFV4Q3FD File Size:3,135,488

Name:Pthc Pedoland Frifam Webcam - 11Yo Pt - Spoiled Princess Shows All Stickam.avi

Description: This video is 1:35 in length and begins with a female child, approximately 11-12 years old, wearing a blue bathrobe sitting in front of the camera. As the video continues the child is seen opening her robe, removing her pajama pants and underwear before inserting her fingers into her vagina. The child then looks into the camera and sticks her tongue out before exposing her anus. Before the video abruptly ends the child is seen exposing her undeveloped breasts to the camera.

Started:2014-11-11 08:16:11 AM Last Received:2014-11-11 12:54:19 PM

Hash:ED2K:5291B480949FBD3AFA29112EAB9DD594

1    SHA1:6N2EXQS6TBJDVX2Y6XWV3NAUEXAF4LIO File Size:11,153,690

2   Name:webcam 2 11Yr Bate Omfg!!!! Stickam Xxcaliaxx2.avi

3   Description:

4

5   Started:2014-10-16 10:36:12 AM Last Received:2014-11-11 07:30:36 AM

6   Hash:ED2K:B533DB267FAC1E8E4B262E062B564F86

7    SHA1:KZSKH3D46DXA2EZZUNFA6AT2XSRO4HEN File Size:9,747,688

8   Name:[pthc 2013] 8yo Daughter BJ Daddy [Webcam] -- by Nibra Productions.flv

9   Description: [Graphic description of child sexual abuse material redacted.]

10

11

12

13

14

15

16   During my investigation, I checked IP address76.172.3.11 through the American

17   Registry for Internet Numbers (ARIN).   ARIN reported that the aforementioned IP

18   address is registered to Time Warner Cable,  Further, a check of the IP address through

19   Maxmind revealed that it geolocated to the city of Newport Beach.

20

21   On November 19, 2014, I requested Homeland Security Investigations Special Agent

22   Ron Perez to issue a Department of Homeland Security (DHS) summons to Time

23   Warner Cable for subscriber records related to IP address 76.172.3.11. I requested the

24   summons to cover the time frame in which I made direct connections with the

25   aforementioned IP address.  These times frames were 10/16/2014, 10:36;12 AM PST

26   through 10/17/2014, 6:28:13 PST, 11/06/2014, 11:49:35 AM PST

27

15

1   On November 23, 2014, I identified a second IP address (76.171.211.243) associated

2   with IP 76.172.3.11.    Both IP addresses were utilizing the same GUID ED2K:

3   C32771F1650E026C0222F3B68DD76F6D.  Two IP addresses utilizing the same GUID

4   can occur when a dynamic IP address changes at the discretion of the Internet Service

5   Provider (ISP) or if the subscriber moves to a new residence but continues using the

6   same Peer-to-Peer software.

7

8   During a direct connection to the computer utilizing IP 76.171.211.243address I was able

9   to download the following video this computer was making available to share:

10

11   Completed Downloads:

12

13    Started:2014-12-29 06:20:53 PM Last Received:2014-12-30 04:46:33 PM

14    Hash:ED2K:42BB839975129141846D6FW93D208FR9

15        SHA1:3YJFDMEGAK7L7ZJV6FGKE7GOPBIBG6UX File Size:4,508,460

16    Name: Kidcam - Mirey-12Y (2010)Pthc!!.avi

17   Description: This video is 1:58 in length and begins with a pubescent female exposing

18   her vagina to the camera.  The female`s face is not immediately visible in the video. At

19   25 seconds into the video the camera focuses on the females face and she appears to

20   be approximately 13-14 yrs old. The child is lying on her back with her legs spread as

21   she fondles her breast over her clothes.   The camera then pans back to the child`s

22   vagina and anus as she remains on her back.  The child eventually stands in front of the

23   camera as she dons her underpants and the video abruptly ends.

24

25   On November 25, 2014, I received the response from Time Warner Cable reference the

26   (See Attached Exhibit 1) DHS summons issued for IP address 76.172.3.11. Time

16

1   Warner identified Judy Hartman at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as the

2   subscriber for the above listed IP address, during the time period outlined in my request.

3

4   After receiving the subscriber information from Time Warner Cable, Detective Fox and I

5   contacted a male adult at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.   The male identified

6   himself as Todd Hartman and using a ruse we verified that he resided at the residence

7   with his mother, Judy Hartman.   Todd indicated that he has been living at the location

8   with his mother for the past three years.   Todd further indicated that he and his mother

9   are the only people residing at that address

10

11   Based on the identification of the associated IP address 76.171.211.243, I requested

12   Special Agent Ron Perez to issue a separate summons to Time Warner Cable.   I

13   requested the summons to cover the time period of 12/29/2014, 2014, 06:20:53  (PST)

14   through December 30, 2014, 04:47:47 PM (PST).   These times correspond with the

15   times in which I made a direct connection to the computer using   IP address

16   76.171.211.243 and downloaded a video depicting child exploitation images.

17

18   On January 13, 2015, I received a response from Time Warner regarding the summons

19   issued for IP address 76.171.211.243 (See Attached Exhibit 2).   Time Warner Cable

20   identified Judy Hartman at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as the subscriber for this

21   IP address.

22

23   Based on the above detailed information, I believe the crimes of 311.11 (a)

24   CPC/Possession of Child Pornography and 311.1 (a) CPC/Distribution of Child

25   pornography have been committed and the person(s) responsible for committing those

26   crimes live within the residence at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.   From my training,

27   experience and past investigations, I know that based on the nature of the Internet

17

1   everyone residing within 217 ½ 35th Street could have access to the Internet through a

2   WIFI router and therefore could be the person(s) using IP address 76.172.3.11 or

3   76.171.211.243 to share indecent images of children.

4

5   Based on the fact anyone within the residence could access to the Internet registered to

6   Judy hartman, I am requesting the search to included the persons of Todd Christian

7   Hartman (DOB. ▓▓▓▓▓▓ and Judy Hartman (DOB ▓▓▓▓▓ along with a 2010

8   Toyota 4 door CA license plate ▓▓▓▓▓ registered to Judy Hartman at ▓▓▓▓▓

9   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10

11   I believe the probable cause exists for the issuance of this Search Warrant, as

12   set forth in section 1524 of the Penal Code, based on the aforementioned facts

13   and circumstances.

14

15   Reviewed By: _DDA MICHAEL CARROLL_

16

17   on_____3RD_____ Day,

18

19   February  , 2015 at _2:41_____ A.M./P.M.

20   Signature of Deputy District Attorney

21

22   _Via Email DA_

23   (signature)

24

25

26

27

18

# STATE of CALIFORNIA - COUNTY of ORANGE
# RETURN  TO  SEARCH  WARRANT

**Peace Officer David Syvock** being sworn says that he/she conducted a search pursuant to the Search
Warrant described below:

Issuing Magistrate:     **Honorable Douglas Hatchimonji**

Magistrate's Court:     **Superior Court of California, County of Orange, Harbor Justice Center.**

Date of Issuance: February **4**, 2015                    Date of Service : February 5, 2015

and searched the following **location(s), vehicle(s), and person(s):**

THE PREMISES: at ████████████████████████, further described as a two story duplex with beige
stucco siding, white wood trim and brown wood composite roof. The numbers ██████ are affixed to the mailbox located
at the entrance to the walkway leading to the rear unit.  (See attached photos).  To include all rooms, attics, basements,
and other parts therein, the surrounding grounds and any garages, storage rooms, trash containers, and outbuildings of
any kind located thereon:

THE VEHICLE(s) described as 2010, Toyota Matrix 4 door (CA lic ██████████) registered to Judy Hartman at
████████████████

THE PERSON(S): Known as Todd Christian Hartman, DOB ████████ described as a male Caucasian,
approximately 5 feet 7 inches tall, weighing approximately 175 pounds, brown hair, brown eyes with California Drivers
License # ██████████, and Judy Rae Hartman, DOB ████████ described as a female Caucasian, approximately 5
feet 7 inches tall, weighing 135 pounds, brown hair and brown eyes with California Drivers License number ████████

and **Seized the Items***
See attached property report

_____
(Signature of Affiant)

Sworn to and Subscribed before me this ___ day of ___. 20__ at 14 5__ A.M. / P.M.

_____
(Signature of Magistrate)

Judge of the **Superior Court of California, County of Orange, Harbor Justice Center**, Dept. _____

_____
(Magistrate's Printed Name)

DOUGLAS HATCHIMONJI

U.S. v. Hartman, SA CR 15-63-JLS

Government's Supplemental Briefing Opposing
Defendant's Motion to Compel Discovery

Exhibit B

# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Anne C. Gannon*
*Phone: (714) 338-3548*
*E-mail: anne.gannon@usdoj.gov*

*411 West Fourth Street*
*Suite 8000*
*Santa Ana, California 92701*

September 23, 2015

**VIA HAND DELIVERY**

Cuauhtemoc Ortega
Office of the Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701

      Re:    <u>United States v. Todd Christian Hartman,</u>
                SA CR No. 15-63-JLS

Dear Mr. Ortega:

Pursuant to your request for discovery and the Stipulation Re: Protective Order in this matter, enclosed please find one compact disc containing the following:

- A compact disc entitled "63 files relating to file downloads"

The contents of this disc include the logs that were shown during the evidence review at the U.S. Attorney's Office.

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional <u>Jencks</u> material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal <u>Jencks</u> material at that time or affirmatively represent that you have no <u>Jencks</u> material to produce. Please inform me whether such an arrangement is acceptable to you.

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by your client which are referenced in the enclosed items pursuant to Rules 404(b), 608, and/or 609 of the Federal Rules of Evidence, or on the theory that they are inextricably intertwined with the charged conduct. Please contact me if you believe this notice is insufficient.

Cuauhtemoc Ortega
RE:  U.S. v. Hartman - Discovery Letter
September 23, 2015
Page 2


The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

ANNE C. GANNON
Assistant United States Attorney




Enclosure



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Anne C. Gannon*
*Phone: (714) 338-3548*
*E-mail: anne.gannon@usdoj.gov*

*411 West Fourth Street*
*Suite 8000*
*Santa Ana, California 92701*

October 15, 2015

## VIA HAND DELIVERY

Cuauhtemoc Ortega
Andrea Jacobs
Office of the Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701

Re:    United States v. Todd Christian Hartman,
        SA CR No. 15-63-JLS

Dear Mr. Ortega and Ms. Jacobs:

Pursuant to your request for discovery and the Stipulation Re: Protective Order in this matter, enclosed please find three compact discs containing the following:

- A compact disc containing files relating to the download from IP 76.171.211.243. These files contain the data that was missing from the previous disclosure.

- A compact disc containing inmate calls 6/20/15-7/30/15

- A compact disc containing inmate calls 7/30/15-9/19/15

In addition, the government supplements its previous expert witness notice. Dr. Berkowitz's rate for trial preparation and testimony is $500/hour. David McCain's rate for trial preparation and testimony is $250/hour.

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Cuauhtemoc Ortega
RE: U.S. v. Hartman - Discovery Letter
October 15, 2015
Page 2

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

ANNE C. GANNON
Assistant United States Attorney

ENCLOSURES

## ShareazaLE Summary Report for IP: 76.172.3.11

*This report was generated on 2014-11-07 06:25:29 AM*

This IP has been observed in CPS between the dates 12/23/2009 @ 2:23:19 AM and 11/6/2014 @ 8:55:25 PM advertising unique files (102 Child Notable / Child Erotic / Child Other / 38 Unknown Content). This IP has been associated with the following GUIDs:
ED2K/C32771F1650E026C0222F3B68DD76F6D,
ED2K/E9337941470E50BD7DADE8C651D06F98,
ED2K/025E101D240E2123B100DC527A356F75,
Gnutella/2D272BD30C876D4DA80B4000C93D4300,
Gnutella/542E5AE0917E4048BB415A411CFA3A00,
Gnutella/FE0EE9AF4C797F42FF88C2F564955000,
Gnutella/8EA419F6939B984FFF867EA4DEF72100,
Gnutella/50CF2F9140E3CB4EFF2A4C11FF38D700,
Gnutella/1ED674A7E9C70349FF3494A91B13DB00,
Gnutella/E2F1DD3EB784D845FFCCD26AA395C700,
Gnutella/176DACD88706CD49FF0C7A6344C81000,
Gnutella/A5CBC3A4D30EE64EFFB90C6CAFED3700

### Browse Results:

This IP hasn't been browsed yet.

#### Most Recent Browse-Host
This IP hasn't been browsed yet.

### Completed Downloads:

**Started:** 2014-10-16 10:36:12 AM                **Last Received:** 2014-10-17 06:28:13 PM

**Hash:** ED2K:81CFC4FB0F76BA6C63924718DBE93400
            SHA1:FBJYT4XKWZTQXY6BXW5CCBZCR3JFNKCM     **File Size:** 9,476,006

**Name:** (~pthc center~)(opva)(2013) 11yo boy&girl in the childs camp.avi

### Incomplete Downloads:

No incomplete downloads with downloaded content for this IP

## ShareazaLE Summary Report for IP: 76.172.3.11

*This report was generated on 2014-11-11 06:32:29 AM*

This IP has been observed in CPS between the dates 12/23/2009 @ 2:23:19 AM and 11/11/2014 @ 12:09:49 AM advertising unique files (112 Child Notable / Child Erotic / Child Other / 39 Unknown Content). This IP has been associated with the following GUIDs:
ED2K/C32771F1650E026C0222F3B68DD76F6D,
ED2K/E9337941470E50BD7DADE8C651D06F98,
ED2K/025E101D240E2123B100DC527A356F75,
Gnutella/2D272BD30C876D4DA80B4000C93D4300,
Gnutella/542E5AE0917E4048BB415A411CFA3A00,
Gnutella/FE0EE9AF4C797F42FF88C2F564955000,
Gnutella/8EA419F6939B984FFF867EA4DEF72100,
Gnutella/50CF2F9140E3CB4EFF2A4C11FF38D700,
Gnutella/1ED674A7E9C70349FF3494A91B13DB00,
Gnutella/E2F1DD3EB784D845FFCCD26AA395C700,
Gnutella/176DACD88706CD49FF0C7A6344C81000,
Gnutella/A5CBC3A4D30EE64EFFB90C6CAFED3700

## Browse Results:

This IP hasn't been browsed yet.

### Most Recent Browse-Host
This IP hasn't been browsed yet.

## Completed Downloads:

**Started:**2014-10-16 10:36:12 AM

**Last Received:**2014-10-17 06:28:13 PM

**Hash:**ED2K:81CFC4FB0F76BA6C63924718DBE93400
    SHA1:FBJYT4XKWZTQXY6BXW5CCBZCR3JFNKCM

**File Size:**9,476,006

**Name:**(~pthc center~)(opva)(2013) 11yo boy&girl in the childs camp.avi

**Started:**2014-11-06 11:49:35 AM

**Last Received:**2014-11-07 07:22:16 AM

**Hash:**ED2K:5FCB9E9582FF59DF7EDCDA91143059F8
    SHA1:IC5O4KRNTGY6DNOSESRLFTRSCFV4Q3FD

**File Size:**3,135,488

**Name:**Pthc Pedoland Frifam Webcam - 11Yo Pt - Spoiled Princess Shows All Stickam.avi

## Incomplete Downloads:

**Started:**2014-11-07 07:51:25 AM

**Last Received:** 2014-11-07 10:21:05 AM

**Hash:**ED2K:24B51A18A218880E38AB4BAD59E9A463

**Bytes Received:**19,537,920 of 21,556,176

**Name:**(~pthc center~)(opva)(2013)(webcam) Two 10yo lolis show all and make a hot kiss Revniva_GC_2013-08-09.avi

## ShareazaLE Summary Report for IP: 76.172.3.11

*This report was generated on 2014-11-13 06:43:10 AM*

This IP has been observed in CPS between the dates 12/23/2009 @ 2:23:19 AM and 11/11/2014 @ 9:09:57 PM advertising unique files (122 Child Notable / Child Erotic / Child Other / 40 Unknown Content). This IP has been associated with the following GUIDs:
ED2K/C32771F1650E026C0222F3B68DD76F6D,
ED2K/E9337941470E50BD7DADE8C651D06F98,
ED2K/025E101D240E2123B100DC527A356F75,
Gnutella/2D272BD30C876D4DA80B4000C93D4300,
Gnutella/542E5AE0917E4048BB415A411CFA3A00,
Gnutella/FE0EE9AF4C797F42FF88C2F564955000,
Gnutella/8EA419F6939B984FFF867EA4DEF72100,
Gnutella/50CF2F9140E3CB4EFF2A4C11FF38D700,
Gnutella/1ED674A7E9C70349FF3494A91B13DB00,
Gnutella/E2F1DD3EB784D845FFCCD26AA395C700,
Gnutella/176DACD88706CD49FF0C7A6344C81000,
Gnutella/A5CBC3A4D30EE64EFFB90C6CAFED3700

### Browse Results:

This IP hasn't been browsed yet.

#### Most Recent Browse-Host
This IP hasn't been browsed yet.

## Completed Downloads:

**Started:** 2014-10-16 10:36:12 AM          **Last Received:** 2014-10-17 06:28:13 PM

**Hash:** ED2K:81CFC4FB0F76BA6C63924718DBE93400
          SHA1:FBJYT4XKWZTQXY6BXW5CCBZCR3JFNKCM          **File Size:** 9,476,006

**Name:** (~pthc center~)(opva)(2013) 11yo boy&girl in the childs camp.avi


**Started:** 2014-11-11 07:30:36 AM          **Last Received:** 2014-11-11 08:16:11 AM

**Hash:** ED2K:DEBE7A9EAB95E7656141668CB450B0C5
          SHA1:2CXS6RXZUIPR7KF3X6DQAM2MZY4MZXR4          **File Size:** 10,510,157

**Name:** (~pthc center~)(opva)(2013) Cumming over loli_s pussy 2010 7yo_and_Dad BRILLIANT.wmv


**Started:** 2014-11-06 11:49:35 AM          **Last Received:** 2014-11-07 07:22:16 AM

**Hash:** ED2K:5FCB9E9582FF59DF7EDCDA91143059F8
          SHA1:IC5O4KRNTGY6DNOSESRLFTRSCFV4Q3FD          **File Size:** 3,135,488

**Name:** Pthc Pedoland Frifam Webcam - 11Yo Pt - Spoiled Princess Shows All Stickam.avi


**Started:** 2014-11-11 08:16:11 AM          **Last Received:** 2014-11-11 12:54:19 PM

**Hash:**ED2K:5291B480949FBD3AFA29112EAB9DD594
      SHA1:6N2EXQS6TBJDVX2Y6XWV3NAUEXAF4LIO

**File Size:**11,153,690

**Name:**webcam 2 11Yr Bate Omfg!!!! Stickam Xxcaliaxx2.avi


**Started:**2014-10-16 10:36:12 AM

**Last Received:**2014-11-11 07:30:36 AM

**Hash:**ED2K:B533DB267FAC1E8E4B262E062B564F86
      SHA1:KZSKH3D46DXA2EZZUNFA6AT2XSRO4HEN

**File Size:**9,747,688

**Name:**[pthc 2013] 8yo Daughter BJ Daddy [Webcam] -- by Nibra Productions.flv


**<u>Incomplete Downloads:</u>**

**Started:**2014-11-07 07:51:25 AM

**Last Received:** 2014-11-07 10:21:05 AM

**Hash:**ED2K:24B51A18A218880E38AB4BAD59E9A463

**Bytes Received:**19,537,920 of 21,556,176

**Name:**(~pthc center~)(opva)(2013)(webcam) Two 10yo lolis show all and make a hot kiss Revniva_GC_2013-08-09.avi

## <u>ShareazaLE Summary Report for IP: 76.171.211.243</u>

*This report was generated on 2014-12-31 02:40:26 PM*

This IP has been observed in CPS between the dates 11/18/2014 @ 12:32:07 AM and 12/31/2014 @ 2:17:56 AM advertising unique files (70 Child Notable / 2 Child Erotic / Child Other / 6 Unknown Content). This IP has been associated with the following GUIDs: ED2K/C32771F1650E026C0222F3B68DD76F6D

### <u>Browse Results:</u>

This IP hasn't been browsed yet.

<u>Most Recent Browse-Host</u>
This IP hasn't been browsed yet.

### <u>Completed Downloads:</u>

**Started:**2014-12-29 06:20:53 PM

**Last Received:**2014-12-30 04:46:33 PM

**Hash:**ED2K:42BB839975129141846D6FA93D208AF9
      SHA1:3YJFDMEGAK7L7ZJV6FGKE7GOPBIBG6UX

**File Size:**4,508,460

**Name:**Kidcam - Mirey-12Y (2010)Pthc!!.avi

### <u>Incomplete Downloads:</u>

**Started:**2014-12-30 04:46:56 PM

**Last Received:** 2014-12-30 04:47:47 PM

**Hash:**ED2K:1C64BCF332715DC741AC445EDAEC72D0

**Bytes Received:**737,280 of 9,108,284

**Name:**(~Pthc Center~)(Opva)(2012) 10Yo Firsthair - 10Yo Boy 12Yo Girl Fuck 4m39S.avi

## <u>ShareazaLE Summary Report for IP: 76.171.211.243</u>

*This report was generated on 2014-12-31 02:52:53 PM*

    This IP has been observed in CPS between the dates 11/18/2014 @ 12:32:07 AM and 12/31/2014 @ 2:17:56 AM advertising unique files (70 Child Notable / 2 Child Erotic / Child Other / 6 Unknown Content). This IP has been associated with the following GUIDs: ED2K/C32771F1650E026C0222F3B68DD76F6D

### <u>Browse Results:</u>

This IP hasn't been browsed yet.

<u>Most Recent Browse-Host</u>
This IP hasn't been browsed yet.

### <u>Completed Downloads:</u>

**Started:**2014-12-29 06:20:53 PM

**Last Received:**2014-12-30 04:46:33 PM

**Hash:**ED2K:42BB839975129141846D6FA93D208AF9
       SHA1:3YJFDMEGAK7L7ZJV6FGKE7GOPBIBG6UX

**File Size:**4,508,460

**Name:**Kidcam - Mirey-12Y (2010)Pthc!!.avi

### <u>Incomplete Downloads:</u>

**Started:**2014-12-30 04:46:56 PM

**Last Received:** 2014-12-30 04:47:47 PM

**Hash:**ED2K:1C64BCF332715DC741AC445EDAEC72D0

**Bytes Received:**737,280 of 9,108,284

**Name:**(~Pthc Center~)(Opva)(2012) 10Yo Firsthair - 10Yo Boy 12Yo Girl Fuck 4m39S.avi

```
                     shareazaLE_76.171.211.243_2014-12-30.log
2014/12/30 09:40:58 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 09:40:58 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 09:46:16 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 09:46:17 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 09:47:02 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 09:47:03 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 09:48:43 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 09:48:43 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 09:58:28 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 09:58:28 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 10:33:55 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 10:33:55 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 10:38:04 (GMT-08:00): :Requesting Job details for Target='76.171.211.243'
from CPS. Target may show empty candidate list until job request is fulfilled...
2014/12/30 10:38:04 (GMT-08:00): :Request for Job details for
Target='76.171.211.243' fulfilled by CPS
2014/12/30 11:19:47 (GMT-08:00): :ED2K client on 76.171.211.243:34052 reports
GUID='C32771F1650E026C0222F3B68DD76F6D', Nick='http://emule-project.net', using
software 'eMule 0.50a' and does not support browse host and does not support file
preview.
2014/12/30 11:19:52 (GMT-08:00): :download transfer started. JobId=76.172.3.11,
HASH=ed2k:fea8de6d25ae826ca7ad822d60fde309, FileName="(pthc frifam lolifuck) Horny
Haley - 12yo webcam - she changes into her pj_s (HOT!!) - New 2012.avi",
size=8506814, port=34052
2014/12/30 11:22:04 (GMT-08:00): :ED2K client on 76.171.211.243:34052 reports
GUID='C32771F1650E026C0222F3B68DD76F6D', Nick='http://emule-project.net', using
software 'eMule 0.50a' and does not support browse host and does not support file
preview.
2014/12/30 11:22:09 (GMT-08:00): :download transfer started. JobId=76.171.211.243,
HASH=ed2k:42bb839975129141846d6fa93d208af9, FileName="Kidcam - Mirey-12Y
(2010)Pthc!!.avi", size=4508460, port=34052
2014/12/30 16:39:54 (GMT-08:00): :ED2K client on 76.171.211.243:34052 reports
GUID='C32771F1650E026C0222F3B68DD76F6D', Nick='http://emule-project.net', using
software 'eMule 0.50a' and does not support browse host and does not support file
preview.
2014/12/30 16:39:59 (GMT-08:00): :download transfer started. JobId=76.171.211.243,
HASH=ed2k:42bb839975129141846d6fa93d208af9, FileName="Kidcam - Mirey-12Y
(2010)Pthc!!.avi", size=4508460, port=34052
2014/12/30 16:43:01 (GMT-08:00): :ED2K client on 76.171.211.243:34052 reports
GUID='C32771F1650E026C0222F3B68DD76F6D', Nick='http://emule-project.net', using
software 'eMule 0.50a' and does not support browse host and does not support file
preview.
2014/12/30 16:43:06 (GMT-08:00): :download transfer started. JobId=76.171.211.243,
HASH=ed2k:42bb839975129141846d6fa93d208af9, FileName="Kidcam - Mirey-12Y
(2010)Pthc!!.avi", size=4508460, port=34052
2014/12/30 16:43:53 (GMT-08:00): :ED2K client on 76.171.211.243:34052 reports
GUID='C32771F1650E026C0222F3B68DD76F6D', Nick='http://emule-project.net', using
software 'eMule 0.50a' and does not support browse host and does not support file
preview.
2014/12/30 16:43:58 (GMT-08:00): :download transfer started. JobId=76.171.211.243,
HASH=ed2k:42bb839975129141846d6fa93d208af9, FileName="Kidcam - Mirey-12Y
```

```
                    shareazaLE_76.171.211.243_2014-12-30.log
(2010)Pthc!!.avi", size=4508460, port=34052
2014/12/30 16:46:33 (GMT-08:00): :download transfer started. JobId=76.171.211.243,
HASH=ed2k:1c64bcf332715dc741ac445edaec72d0, FileName="(~Pthc Center~)(Opva)(2012)
10Yo Firsthair - 10Yo Boy 12Yo Girl Fuck 4m39S.avi", size=9108284, port=34052
2014/12/30 16:46:33 (GMT-08:00): :TRANSFER COMPLETE. JobId=3114732,
HASH=ed2k:42bb839975129141846d6fa93d208af9, FileName="Kidcam - Mirey-12Y
(2010)Pthc!!.avi", size=4508460
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
--- FileStatus Message received at 2014-11-11 07:30:36 (local time)----------------
Client reports having the complete file
Queued at position 51 at 2014-11-11 07:30:37 (local time)----------------
--- FileStatus Message received at 2014-11-11 07:33:05 (local time)----------------
Client reports having the complete file
--- FileStatus Message received at 2014-11-11 07:33:05 (local time)----------------
Client reports having the complete file
Received Fragment 0-8,192 at 2014-11-11 07:33:06 (local time)----------------
Received Fragment 8,192-15,318 at 2014-11-11 07:33:06 (local time)----------------
Received Fragment 15,318-23,510 at 2014-11-11 07:33:07 (local time)----------------
Received Fragment 23,510-26,140 at 2014-11-11 07:33:07 (local time)----------------
Received Fragment 26,140-34,332 at 2014-11-11 07:33:08 (local time)----------------
Received Fragment 34,332-37,047 at 2014-11-11 07:33:08 (local time)----------------
Received Fragment 37,047-45,239 at 2014-11-11 07:33:09 (local time)----------------
Received Fragment 45,239-47,892 at 2014-11-11 07:33:09 (local time)----------------
Received Fragment 47,892-56,084 at 2014-11-11 07:33:10 (local time)----------------
Received Fragment 56,084-59,020 at 2014-11-11 07:33:10 (local time)----------------
Received Fragment 59,020-67,212 at 2014-11-11 07:33:11 (local time)----------------
Received Fragment 67,212-69,960 at 2014-11-11 07:33:11 (local time)----------------
Received Fragment 69,960-78,152 at 2014-11-11 07:33:12 (local time)----------------
Received Fragment 78,152-80,965 at 2014-11-11 07:33:12 (local time)----------------
Received Fragment 80,965-89,157 at 2014-11-11 07:33:13 (local time)----------------
Received Fragment 89,157-92,160 at 2014-11-11 07:33:13 (local time)----------------
Received Fragment 92,160-100,352 at 2014-11-11 07:33:14 (local time)----------------
Received Fragment 100,352-103,707 at 2014-11-11 07:33:14 (local
time)----------------
Received Fragment 103,707-111,899 at 2014-11-11 07:33:16 (local
time)----------------
Received Fragment 111,899-115,186 at 2014-11-11 07:33:16 (local
time)----------------
Received Fragment 115,186-123,378 at 2014-11-11 07:33:17 (local
time)----------------
Received Fragment 123,378-126,813 at 2014-11-11 07:33:17 (local
time)----------------
Received Fragment 126,813-135,005 at 2014-11-11 07:33:18 (local
time)----------------
Received Fragment 135,005-138,329 at 2014-11-11 07:33:18 (local
time)----------------
Received Fragment 138,329-146,521 at 2014-11-11 07:33:19 (local
time)----------------
Received Fragment 146,521-149,836 at 2014-11-11 07:33:19 (local
time)----------------
Received Fragment 149,836-158,028 at 2014-11-11 07:33:20 (local
time)----------------
Received Fragment 158,028-161,275 at 2014-11-11 07:33:20 (local
time)----------------
Received Fragment 161,275-169,467 at 2014-11-11 07:33:21 (local
time)----------------
Received Fragment 169,467-172,858 at 2014-11-11 07:33:21 (local
time)----------------
Received Fragment 172,858-181,050 at 2014-11-11 07:33:22 (local
time)----------------
Received Fragment 181,050-184,320 at 2014-11-11 07:33:22 (local
time)----------------
Received Fragment 184,320-192,512 at 2014-11-11 07:33:24 (local
time)----------------
Received Fragment 192,512-195,762 at 2014-11-11 07:33:24 (local
time)----------------
Received Fragment 195,762-203,954 at 2014-11-11 07:33:25 (local
time)----------------
Received Fragment 203,954-207,232 at 2014-11-11 07:33:25 (local
time)----------------
Received Fragment 207,232-215,424 at 2014-11-11 07:33:26 (local

```
     shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 215,424-218,686 at 2014-11-11 07:33:26 (local
time)----------------
Received Fragment 218,686-226,878 at 2014-11-11 07:33:27 (local
time)----------------
Received Fragment 226,878-230,270 at 2014-11-11 07:33:27 (local
time)----------------
Received Fragment 230,270-238,462 at 2014-11-11 07:33:28 (local
time)----------------
Received Fragment 238,462-241,755 at 2014-11-11 07:33:28 (local
time)----------------
Received Fragment 241,755-249,947 at 2014-11-11 07:33:29 (local
time)----------------
Received Fragment 249,947-253,189 at 2014-11-11 07:33:29 (local
time)----------------
Received Fragment 253,189-261,381 at 2014-11-11 07:33:30 (local
time)----------------
Received Fragment 261,381-264,791 at 2014-11-11 07:33:30 (local
time)----------------
Received Fragment 264,791-272,983 at 2014-11-11 07:33:31 (local
time)----------------
Received Fragment 272,983-276,480 at 2014-11-11 07:33:31 (local
time)----------------
Received Fragment 276,480-284,672 at 2014-11-11 07:33:32 (local
time)----------------
Received Fragment 284,672-287,938 at 2014-11-11 07:33:32 (local
time)----------------
Received Fragment 287,938-296,130 at 2014-11-11 07:33:32 (local
time)----------------
Received Fragment 296,130-299,330 at 2014-11-11 07:33:32 (local
time)----------------
Received Fragment 299,330-307,522 at 2014-11-11 07:33:33 (local
time)----------------
Received Fragment 307,522-310,809 at 2014-11-11 07:33:33 (local
time)----------------
Received Fragment 310,809-319,001 at 2014-11-11 07:33:33 (local
time)----------------
Received Fragment 319,001-322,580 at 2014-11-11 07:33:33 (local
time)----------------
Received Fragment 322,580-330,772 at 2014-11-11 07:33:34 (local
time)----------------
Received Fragment 330,772-334,146 at 2014-11-11 07:33:34 (local
time)----------------
Received Fragment 334,146-342,338 at 2014-11-11 07:33:35 (local
time)----------------
Received Fragment 342,338-345,676 at 2014-11-11 07:33:35 (local
time)----------------
Received Fragment 345,676-353,868 at 2014-11-11 07:33:36 (local
time)----------------
Received Fragment 353,868-357,207 at 2014-11-11 07:33:36 (local
time)----------------
Received Fragment 357,207-365,399 at 2014-11-11 07:33:37 (local
time)----------------
Received Fragment 365,399-368,640 at 2014-11-11 07:33:37 (local
time)----------------
Received Fragment 368,640-376,832 at 2014-11-11 07:33:38 (local
time)----------------
Received Fragment 376,832-380,175 at 2014-11-11 07:33:38 (local
time)----------------
Received Fragment 380,175-388,367 at 2014-11-11 07:33:38 (local
time)----------------
Received Fragment 388,367-391,645 at 2014-11-11 07:33:38 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 391,645-399,837 at 2014-11-11 07:33:39 (local
time)----------------
Received Fragment 399,837-403,138 at 2014-11-11 07:33:39 (local
time)----------------
Received Fragment 403,138-411,330 at 2014-11-11 07:33:40 (local
time)----------------
Received Fragment 411,330-414,737 at 2014-11-11 07:33:40 (local
time)----------------
Received Fragment 414,737-422,929 at 2014-11-11 07:33:40 (local
time)----------------
Received Fragment 422,929-426,301 at 2014-11-11 07:33:40 (local
time)----------------
Received Fragment 426,301-434,493 at 2014-11-11 07:33:41 (local
time)----------------
Received Fragment 434,493-437,807 at 2014-11-11 07:33:41 (local
time)----------------
Received Fragment 437,807-445,999 at 2014-11-11 07:33:42 (local
time)----------------
Received Fragment 445,999-449,342 at 2014-11-11 07:33:42 (local
time)----------------
Received Fragment 449,342-457,534 at 2014-11-11 07:33:44 (local
time)----------------
Received Fragment 457,534-460,800 at 2014-11-11 07:33:44 (local
time)----------------
Received Fragment 460,800-468,992 at 2014-11-11 07:33:45 (local
time)----------------
Received Fragment 468,992-472,296 at 2014-11-11 07:33:45 (local
time)----------------
Received Fragment 472,296-480,488 at 2014-11-11 07:33:45 (local
time)----------------
Received Fragment 480,488-483,805 at 2014-11-11 07:33:45 (local
time)----------------
Received Fragment 483,805-491,997 at 2014-11-11 07:33:47 (local
time)----------------
Received Fragment 491,997-495,335 at 2014-11-11 07:33:47 (local
time)----------------
Received Fragment 495,335-503,527 at 2014-11-11 07:33:47 (local
time)----------------
Received Fragment 503,527-506,897 at 2014-11-11 07:33:47 (local
time)----------------
Received Fragment 506,897-515,089 at 2014-11-11 07:33:48 (local
time)----------------
Received Fragment 515,089-518,378 at 2014-11-11 07:33:48 (local
time)----------------
Received Fragment 518,378-526,570 at 2014-11-11 07:33:49 (local
time)----------------
Received Fragment 526,570-529,879 at 2014-11-11 07:33:49 (local
time)----------------
Received Fragment 529,879-538,071 at 2014-11-11 07:33:51 (local
time)----------------
Received Fragment 538,071-541,449 at 2014-11-11 07:33:51 (local
time)----------------
Received Fragment 541,449-549,641 at 2014-11-11 07:33:52 (local
time)----------------
Received Fragment 549,641-552,960 at 2014-11-11 07:33:52 (local
time)----------------
Received Fragment 552,960-561,152 at 2014-11-11 07:33:53 (local
time)----------------
Received Fragment 561,152-564,453 at 2014-11-11 07:33:53 (local
time)----------------
Received Fragment 564,453-572,645 at 2014-11-11 07:33:54 (local
time)----------------
Received Fragment 572,645-575,938 at 2014-11-11 07:33:54 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 575,938-584,130 at 2014-11-11 07:33:55 (local
time)----------------
Received Fragment 584,130-587,427 at 2014-11-11 07:33:55 (local
time)----------------
Received Fragment 587,427-595,619 at 2014-11-11 07:33:56 (local
time)----------------
Received Fragment 595,619-599,008 at 2014-11-11 07:33:56 (local
time)----------------
Received Fragment 599,008-607,200 at 2014-11-11 07:33:57 (local
time)----------------
Received Fragment 607,200-610,501 at 2014-11-11 07:33:57 (local
time)----------------
Received Fragment 610,501-618,693 at 2014-11-11 07:33:58 (local
time)----------------
Received Fragment 618,693-622,077 at 2014-11-11 07:33:58 (local
time)----------------
Received Fragment 622,077-630,269 at 2014-11-11 07:33:59 (local
time)----------------
Received Fragment 630,269-633,626 at 2014-11-11 07:33:59 (local
time)----------------
Received Fragment 633,626-641,818 at 2014-11-11 07:34:00 (local
time)----------------
Received Fragment 641,818-645,120 at 2014-11-11 07:34:00 (local
time)----------------
Received Fragment 645,120-653,312 at 2014-11-11 07:34:01 (local
time)----------------
Received Fragment 653,312-656,571 at 2014-11-11 07:34:01 (local
time)----------------
Received Fragment 656,571-664,763 at 2014-11-11 07:34:02 (local
time)----------------
Received Fragment 664,763-668,046 at 2014-11-11 07:34:02 (local
time)----------------
Received Fragment 668,046-676,238 at 2014-11-11 07:34:03 (local
time)----------------
Received Fragment 676,238-679,482 at 2014-11-11 07:34:03 (local
time)----------------
Received Fragment 679,482-687,674 at 2014-11-11 07:34:04 (local
time)----------------
Received Fragment 687,674-691,044 at 2014-11-11 07:34:04 (local
time)----------------
Received Fragment 691,044-699,236 at 2014-11-11 07:34:05 (local
time)----------------
Received Fragment 699,236-702,518 at 2014-11-11 07:34:05 (local
time)----------------
Received Fragment 702,518-710,710 at 2014-11-11 07:34:06 (local
time)----------------
Received Fragment 710,710-714,095 at 2014-11-11 07:34:06 (local
time)----------------
Received Fragment 714,095-722,287 at 2014-11-11 07:34:08 (local
time)----------------
Received Fragment 722,287-725,803 at 2014-11-11 07:34:08 (local
time)----------------
Received Fragment 725,803-733,995 at 2014-11-11 07:34:09 (local
time)----------------
Received Fragment 733,995-737,280 at 2014-11-11 07:34:09 (local
time)----------------
Received Fragment 737,280-745,472 at 2014-11-11 07:34:10 (local
time)----------------
Received Fragment 745,472-748,760 at 2014-11-11 07:34:10 (local
time)----------------
Received Fragment 748,760-756,952 at 2014-11-11 07:34:11 (local
time)----------------

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 756,952-760,290 at 2014-11-11 07:34:11 (local
time)---------------
Received Fragment 760,290-768,482 at 2014-11-11 07:34:12 (local
time)---------------
Received Fragment 768,482-771,764 at 2014-11-11 07:34:12 (local
time)---------------
Received Fragment 771,764-779,956 at 2014-11-11 07:34:13 (local
time)---------------
Received Fragment 779,956-783,332 at 2014-11-11 07:34:13 (local
time)---------------
Received Fragment 783,332-791,524 at 2014-11-11 07:34:14 (local
time)---------------
Received Fragment 791,524-794,837 at 2014-11-11 07:34:14 (local
time)---------------
Received Fragment 794,837-803,029 at 2014-11-11 07:34:16 (local
time)---------------
Received Fragment 803,029-806,352 at 2014-11-11 07:34:16 (local
time)---------------
Received Fragment 806,352-814,544 at 2014-11-11 07:34:17 (local
time)---------------
Received Fragment 814,544-817,938 at 2014-11-11 07:34:17 (local
time)---------------
Received Fragment 817,938-826,130 at 2014-11-11 07:34:18 (local
time)---------------
Received Fragment 826,130-829,440 at 2014-11-11 07:34:18 (local
time)---------------
Received Fragment 829,440-837,632 at 2014-11-11 07:34:19 (local
time)---------------
Received Fragment 837,632-840,857 at 2014-11-11 07:34:19 (local
time)---------------
Received Fragment 840,857-849,049 at 2014-11-11 07:34:20 (local
time)---------------
Received Fragment 849,049-852,333 at 2014-11-11 07:34:20 (local
time)---------------
Received Fragment 852,333-860,525 at 2014-11-11 07:34:21 (local
time)---------------
Received Fragment 860,525-863,862 at 2014-11-11 07:34:21 (local
time)---------------
Received Fragment 863,862-872,054 at 2014-11-11 07:34:22 (local
time)---------------
Received Fragment 872,054-875,426 at 2014-11-11 07:34:22 (local
time)---------------
Received Fragment 875,426-883,618 at 2014-11-11 07:34:23 (local
time)---------------
Received Fragment 883,618-886,841 at 2014-11-11 07:34:23 (local
time)---------------
Received Fragment 886,841-895,033 at 2014-11-11 07:34:24 (local
time)---------------
Received Fragment 895,033-898,431 at 2014-11-11 07:34:24 (local
time)---------------
Received Fragment 898,431-906,623 at 2014-11-11 07:34:25 (local
time)---------------
Received Fragment 906,623-910,079 at 2014-11-11 07:34:25 (local
time)---------------
Received Fragment 910,079-918,271 at 2014-11-11 07:34:26 (local
time)---------------
Received Fragment 918,271-921,600 at 2014-11-11 07:34:26 (local
time)---------------
Received Fragment 921,600-929,792 at 2014-11-11 07:34:27 (local
time)---------------
Received Fragment 929,792-933,077 at 2014-11-11 07:34:27 (local
time)---------------
Received Fragment 933,077-941,269 at 2014-11-11 07:34:28 (local
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 941,269-944,538 at 2014-11-11 07:34:28 (local
time)----------------
Received Fragment 944,538-952,730 at 2014-11-11 07:34:29 (local
time)----------------
Received Fragment 952,730-956,019 at 2014-11-11 07:34:29 (local
time)----------------
Received Fragment 956,019-964,211 at 2014-11-11 07:34:30 (local
time)----------------
Received Fragment 964,211-967,579 at 2014-11-11 07:34:30 (local
time)----------------
Received Fragment 967,579-975,771 at 2014-11-11 07:34:32 (local
time)----------------
Received Fragment 975,771-979,081 at 2014-11-11 07:34:32 (local
time)----------------
Received Fragment 979,081-987,273 at 2014-11-11 07:34:33 (local
time)----------------
Received Fragment 987,273-990,646 at 2014-11-11 07:34:33 (local
time)----------------
Received Fragment 990,646-998,838 at 2014-11-11 07:34:34 (local
time)----------------
Received Fragment 998,838-1,002,215 at 2014-11-11 07:34:34 (local
time)----------------
Received Fragment 1,002,215-1,010,407 at 2014-11-11 07:34:35 (local
time)----------------
Received Fragment 1,010,407-1,013,760 at 2014-11-11 07:34:35 (local
time)----------------
Received Fragment 1,013,760-1,021,952 at 2014-11-11 07:34:36 (local
time)----------------
Received Fragment 1,021,952-1,025,207 at 2014-11-11 07:34:36 (local
time)----------------
Received Fragment 1,025,207-1,033,399 at 2014-11-11 07:34:37 (local
time)----------------
Received Fragment 1,033,399-1,036,647 at 2014-11-11 07:34:37 (local
time)----------------
Received Fragment 1,036,647-1,044,839 at 2014-11-11 07:34:38 (local
time)----------------
Received Fragment 1,044,839-1,048,179 at 2014-11-11 07:34:38 (local
time)----------------
Received Fragment 1,048,179-1,056,371 at 2014-11-11 07:34:39 (local
time)----------------
Received Fragment 1,056,371-1,059,795 at 2014-11-11 07:34:39 (local
time)----------------
Received Fragment 1,059,795-1,067,987 at 2014-11-11 07:34:40 (local
time)----------------
Received Fragment 1,067,987-1,071,293 at 2014-11-11 07:34:40 (local
time)----------------
Received Fragment 1,071,293-1,079,485 at 2014-11-11 07:34:41 (local
time)----------------
Received Fragment 1,079,485-1,082,792 at 2014-11-11 07:34:41 (local
time)----------------
Received Fragment 1,082,792-1,090,984 at 2014-11-11 07:34:42 (local
time)----------------
Received Fragment 1,090,984-1,094,401 at 2014-11-11 07:34:42 (local
time)----------------
Received Fragment 1,094,401-1,102,593 at 2014-11-11 07:34:44 (local
time)----------------
Received Fragment 1,102,593-1,105,920 at 2014-11-11 07:34:44 (local
time)----------------
Received Fragment 1,105,920-1,114,112 at 2014-11-11 07:34:44 (local
time)----------------
Received Fragment 1,114,112-1,117,395 at 2014-11-11 07:34:44 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 1,117,395-1,125,587 at 2014-11-11 07:34:45 (local
time)----------------
Received Fragment 1,125,587-1,128,878 at 2014-11-11 07:34:45 (local
time)----------------
Received Fragment 1,128,878-1,137,070 at 2014-11-11 07:34:47 (local
time)----------------
Received Fragment 1,137,070-1,140,367 at 2014-11-11 07:34:47 (local
time)----------------
Received Fragment 1,140,367-1,148,559 at 2014-11-11 07:34:48 (local
time)----------------
Received Fragment 1,148,559-1,151,937 at 2014-11-11 07:34:48 (local
time)----------------
Received Fragment 1,151,937-1,160,129 at 2014-11-11 07:34:49 (local
time)----------------
Received Fragment 1,160,129-1,163,227 at 2014-11-11 07:34:49 (local
time)----------------
Received Fragment 1,163,227-1,171,419 at 2014-11-11 07:34:50 (local
time)----------------
Received Fragment 1,171,419-1,174,785 at 2014-11-11 07:34:50 (local
time)----------------
Received Fragment 1,174,785-1,182,977 at 2014-11-11 07:34:51 (local
time)----------------
Received Fragment 1,182,977-1,186,505 at 2014-11-11 07:34:51 (local
time)----------------
Received Fragment 1,186,505-1,194,697 at 2014-11-11 07:34:52 (local
time)----------------
Received Fragment 1,194,697-1,198,080 at 2014-11-11 07:34:52 (local
time)----------------
Received Fragment 1,198,080-1,206,272 at 2014-11-11 07:34:53 (local
time)----------------
Received Fragment 1,206,272-1,209,599 at 2014-11-11 07:34:53 (local
time)----------------
Received Fragment 1,209,599-1,217,791 at 2014-11-11 07:34:54 (local
time)----------------
Received Fragment 1,217,791-1,221,115 at 2014-11-11 07:34:54 (local
time)----------------
Received Fragment 1,221,115-1,229,307 at 2014-11-11 07:34:55 (local
time)----------------
Received Fragment 1,229,307-1,232,678 at 2014-11-11 07:34:55 (local
time)----------------
Received Fragment 1,232,678-1,240,870 at 2014-11-11 07:34:56 (local
time)----------------
Received Fragment 1,240,870-1,244,248 at 2014-11-11 07:34:56 (local
time)----------------
Received Fragment 1,244,248-1,252,440 at 2014-11-11 07:34:57 (local
time)----------------
Received Fragment 1,252,440-1,255,739 at 2014-11-11 07:34:57 (local
time)----------------
Received Fragment 1,255,739-1,263,931 at 2014-11-11 07:34:58 (local
time)----------------
Received Fragment 1,263,931-1,267,139 at 2014-11-11 07:34:58 (local
time)----------------
Received Fragment 1,267,139-1,275,331 at 2014-11-11 07:35:00 (local
time)----------------
Received Fragment 1,275,331-1,278,714 at 2014-11-11 07:35:00 (local
time)----------------
Received Fragment 1,278,714-1,286,906 at 2014-11-11 07:35:00 (local
time)----------------
Received Fragment 1,286,906-1,290,240 at 2014-11-11 07:35:00 (local
time)----------------
Received Fragment 1,290,240-1,298,432 at 2014-11-11 07:35:02 (local
time)----------------
Received Fragment 1,298,432-1,301,744 at 2014-11-11 07:35:02 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 1,301,744-1,309,936 at 2014-11-11 07:35:03 (local
time)----------------
Received Fragment 1,309,936-1,313,241 at 2014-11-11 07:35:03 (local
time)----------------
Received Fragment 1,313,241-1,321,433 at 2014-11-11 07:35:04 (local
time)----------------
Received Fragment 1,321,433-1,324,710 at 2014-11-11 07:35:04 (local
time)----------------
Received Fragment 1,324,710-1,332,902 at 2014-11-11 07:35:05 (local
time)----------------
Received Fragment 1,332,902-1,336,309 at 2014-11-11 07:35:05 (local
time)----------------
Received Fragment 1,336,309-1,344,501 at 2014-11-11 07:35:06 (local
time)----------------
Received Fragment 1,344,501-1,347,736 at 2014-11-11 07:35:06 (local
time)----------------
Received Fragment 1,347,736-1,355,928 at 2014-11-11 07:35:07 (local
time)----------------
Received Fragment 1,355,928-1,359,356 at 2014-11-11 07:35:07 (local
time)----------------
Received Fragment 1,359,356-1,367,548 at 2014-11-11 07:35:08 (local
time)----------------
Received Fragment 1,367,548-1,370,910 at 2014-11-11 07:35:08 (local
time)----------------
Received Fragment 1,370,910-1,379,102 at 2014-11-11 07:35:09 (local
time)----------------
Received Fragment 1,379,102-1,382,400 at 2014-11-11 07:35:09 (local
time)----------------
Received Fragment 1,382,400-1,390,592 at 2014-11-11 07:35:10 (local
time)----------------
Received Fragment 1,390,592-1,393,637 at 2014-11-11 07:35:10 (local
time)----------------
Received Fragment 1,393,637-1,401,829 at 2014-11-11 07:35:11 (local
time)----------------
Received Fragment 1,401,829-1,404,875 at 2014-11-11 07:35:11 (local
time)----------------
Received Fragment 1,404,875-1,413,067 at 2014-11-11 07:35:12 (local
time)----------------
Received Fragment 1,413,067-1,418,179 at 2014-11-11 07:35:12 (local
time)----------------
Received Fragment 1,418,179-1,426,371 at 2014-11-11 07:35:13 (local
time)----------------
Received Fragment 1,426,371-1,429,494 at 2014-11-11 07:35:13 (local
time)----------------
Received Fragment 1,429,494-1,437,686 at 2014-11-11 07:35:14 (local
time)----------------
Received Fragment 1,437,686-1,440,751 at 2014-11-11 07:35:14 (local
time)----------------
Received Fragment 1,440,751-1,448,943 at 2014-11-11 07:35:15 (local
time)----------------
Received Fragment 1,448,943-1,451,949 at 2014-11-11 07:35:15 (local
time)----------------
Received Fragment 1,451,949-1,460,141 at 2014-11-11 07:35:16 (local
time)----------------
Received Fragment 1,460,141-1,463,320 at 2014-11-11 07:35:16 (local
time)----------------
Received Fragment 1,463,320-1,471,512 at 2014-11-11 07:35:17 (local
time)----------------
Received Fragment 1,471,512-1,474,560 at 2014-11-11 07:35:17 (local
time)----------------
Received Fragment 1,474,560-1,482,752 at 2014-11-11 07:35:17 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 1,482,752-1,486,032 at 2014-11-11 07:35:17 (local
time)----------------
Received Fragment 1,486,032-1,494,224 at 2014-11-11 07:35:19 (local
time)----------------
Received Fragment 1,494,224-1,497,514 at 2014-11-11 07:35:19 (local
time)----------------
Received Fragment 1,497,514-1,505,706 at 2014-11-11 07:35:19 (local
time)----------------
Received Fragment 1,505,706-1,508,998 at 2014-11-11 07:35:19 (local
time)----------------
Received Fragment 1,508,998-1,517,190 at 2014-11-11 07:35:20 (local
time)----------------
Received Fragment 1,517,190-1,520,619 at 2014-11-11 07:35:20 (local
time)----------------
Received Fragment 1,520,619-1,528,811 at 2014-11-11 07:35:21 (local
time)----------------
Received Fragment 1,528,811-1,532,095 at 2014-11-11 07:35:21 (local
time)----------------
Received Fragment 1,532,095-1,540,287 at 2014-11-11 07:35:22 (local
time)----------------
Received Fragment 1,540,287-1,543,590 at 2014-11-11 07:35:22 (local
time)----------------
Received Fragment 1,543,590-1,551,782 at 2014-11-11 07:35:23 (local
time)----------------
Received Fragment 1,551,782-1,555,167 at 2014-11-11 07:35:23 (local
time)----------------
Received Fragment 1,555,167-1,563,359 at 2014-11-11 07:35:24 (local
time)----------------
Received Fragment 1,563,359-1,566,720 at 2014-11-11 07:35:24 (local
time)----------------
Received Fragment 1,566,720-1,574,912 at 2014-11-11 07:35:25 (local
time)----------------
Received Fragment 1,574,912-1,578,235 at 2014-11-11 07:35:25 (local
time)----------------
Received Fragment 1,578,235-1,586,427 at 2014-11-11 07:35:26 (local
time)----------------
Received Fragment 1,586,427-1,589,712 at 2014-11-11 07:35:26 (local
time)----------------
Received Fragment 1,589,712-1,597,904 at 2014-11-11 07:35:27 (local
time)----------------
Received Fragment 1,597,904-1,601,047 at 2014-11-11 07:35:27 (local
time)----------------
Received Fragment 1,601,047-1,609,239 at 2014-11-11 07:35:28 (local
time)----------------
Received Fragment 1,609,239-1,612,666 at 2014-11-11 07:35:28 (local
time)----------------
Received Fragment 1,612,666-1,620,858 at 2014-11-11 07:35:29 (local
time)----------------
Received Fragment 1,620,858-1,624,239 at 2014-11-11 07:35:29 (local
time)----------------
Received Fragment 1,624,239-1,632,431 at 2014-11-11 07:35:30 (local
time)----------------
Received Fragment 1,632,431-1,635,767 at 2014-11-11 07:35:30 (local
time)----------------
Received Fragment 1,635,767-1,643,959 at 2014-11-11 07:35:31 (local
time)----------------
Received Fragment 1,643,959-1,647,316 at 2014-11-11 07:35:31 (local
time)----------------
Received Fragment 1,647,316-1,655,508 at 2014-11-11 07:35:32 (local
time)----------------
Received Fragment 1,655,508-1,658,880 at 2014-11-11 07:35:32 (local
time)----------------
Received Fragment 1,658,880-1,667,072 at 2014-11-11 07:35:33 (local

```
      shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 1,667,072-1,670,351 at 2014-11-11 07:35:33 (local
time)----------------
Received Fragment 1,670,351-1,678,543 at 2014-11-11 07:35:34 (local
time)----------------
Received Fragment 1,678,543-1,681,823 at 2014-11-11 07:35:34 (local
time)----------------
Received Fragment 1,681,823-1,690,015 at 2014-11-11 07:35:35 (local
time)----------------
Received Fragment 1,690,015-1,693,301 at 2014-11-11 07:35:35 (local
time)----------------
Received Fragment 1,693,301-1,701,493 at 2014-11-11 07:35:36 (local
time)----------------
Received Fragment 1,701,493-1,704,872 at 2014-11-11 07:35:36 (local
time)----------------
Received Fragment 1,704,872-1,713,064 at 2014-11-11 07:35:37 (local
time)----------------
Received Fragment 1,713,064-1,716,448 at 2014-11-11 07:35:37 (local
time)----------------
Received Fragment 1,716,448-1,724,640 at 2014-11-11 07:35:37 (local
time)----------------
Received Fragment 1,724,640-1,727,937 at 2014-11-11 07:35:37 (local
time)----------------
Received Fragment 1,727,937-1,736,129 at 2014-11-11 07:35:38 (local
time)----------------
Received Fragment 1,736,129-1,739,542 at 2014-11-11 07:35:39 (local
time)----------------
Received Fragment 1,739,542-1,747,734 at 2014-11-11 07:35:39 (local
time)----------------
Received Fragment 1,747,734-1,751,040 at 2014-11-11 07:35:39 (local
time)----------------
Received Fragment 1,751,040-1,759,232 at 2014-11-11 07:35:41 (local
time)----------------
Received Fragment 1,759,232-1,762,583 at 2014-11-11 07:35:41 (local
time)----------------
Received Fragment 1,762,583-1,770,775 at 2014-11-11 07:35:41 (local
time)----------------
Received Fragment 1,770,775-1,774,091 at 2014-11-11 07:35:41 (local
time)----------------
Received Fragment 1,774,091-1,782,283 at 2014-11-11 07:35:42 (local
time)----------------
Received Fragment 1,782,283-1,785,582 at 2014-11-11 07:35:42 (local
time)----------------
Received Fragment 1,785,582-1,793,774 at 2014-11-11 07:35:43 (local
time)----------------
Received Fragment 1,793,774-1,797,153 at 2014-11-11 07:35:43 (local
time)----------------
Received Fragment 1,797,153-1,805,345 at 2014-11-11 07:35:44 (local
time)----------------
Received Fragment 1,805,345-1,808,642 at 2014-11-11 07:35:44 (local
time)----------------
Received Fragment 1,808,642-1,816,834 at 2014-11-11 07:35:45 (local
time)----------------
Received Fragment 1,816,834-1,820,112 at 2014-11-11 07:35:45 (local
time)----------------
Received Fragment 1,820,112-1,828,304 at 2014-11-11 07:35:46 (local
time)----------------
Received Fragment 1,828,304-1,831,702 at 2014-11-11 07:35:46 (local
time)----------------
Received Fragment 1,831,702-1,839,894 at 2014-11-11 07:35:47 (local
time)----------------
Received Fragment 1,839,894-1,843,200 at 2014-11-11 07:35:47 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 1,843,200-1,851,392 at 2014-11-11 07:35:48 (local
time)----------------
Received Fragment 1,851,392-1,854,652 at 2014-11-11 07:35:48 (local
time)----------------
Received Fragment 1,854,652-1,862,844 at 2014-11-11 07:35:49 (local
time)----------------
Received Fragment 1,862,844-1,866,121 at 2014-11-11 07:35:49 (local
time)----------------
Received Fragment 1,866,121-1,874,313 at 2014-11-11 07:35:50 (local
time)----------------
Received Fragment 1,874,313-1,877,616 at 2014-11-11 07:35:50 (local
time)----------------
Received Fragment 1,877,616-1,885,808 at 2014-11-11 07:35:51 (local
time)----------------
Received Fragment 1,885,808-1,889,193 at 2014-11-11 07:35:51 (local
time)----------------
Received Fragment 1,889,193-1,897,385 at 2014-11-11 07:35:51 (local
time)----------------
Received Fragment 1,897,385-1,900,661 at 2014-11-11 07:35:51 (local
time)----------------
Received Fragment 1,900,661-1,908,853 at 2014-11-11 07:35:52 (local
time)----------------
Received Fragment 1,908,853-1,912,185 at 2014-11-11 07:35:52 (local
time)----------------
Received Fragment 1,912,185-1,920,377 at 2014-11-11 07:35:53 (local
time)----------------
Received Fragment 1,920,377-1,923,788 at 2014-11-11 07:35:53 (local
time)----------------
Received Fragment 1,923,788-1,931,980 at 2014-11-11 07:35:54 (local
time)----------------
Received Fragment 1,931,980-1,935,360 at 2014-11-11 07:35:54 (local
time)----------------
Received Fragment 1,935,360-1,943,552 at 2014-11-11 07:35:55 (local
time)----------------
Received Fragment 1,943,552-1,946,819 at 2014-11-11 07:35:55 (local
time)----------------
Received Fragment 1,946,819-1,955,011 at 2014-11-11 07:35:56 (local
time)----------------
Received Fragment 1,955,011-1,958,389 at 2014-11-11 07:35:56 (local
time)----------------
Received Fragment 1,958,389-1,966,581 at 2014-11-11 07:35:57 (local
time)----------------
Received Fragment 1,966,581-1,969,894 at 2014-11-11 07:35:57 (local
time)----------------
Received Fragment 1,969,894-1,978,086 at 2014-11-11 07:35:58 (local
time)----------------
Received Fragment 1,978,086-1,981,476 at 2014-11-11 07:35:58 (local
time)----------------
Received Fragment 1,981,476-1,989,668 at 2014-11-11 07:35:59 (local
time)----------------
Received Fragment 1,989,668-1,992,966 at 2014-11-11 07:35:59 (local
time)----------------
Received Fragment 1,992,966-2,001,158 at 2014-11-11 07:36:00 (local
time)----------------
Received Fragment 2,001,158-2,004,480 at 2014-11-11 07:36:00 (local
time)----------------
Received Fragment 2,004,480-2,012,672 at 2014-11-11 07:36:00 (local
time)----------------
Received Fragment 2,012,672-2,016,071 at 2014-11-11 07:36:00 (local
time)----------------
Received Fragment 2,016,071-2,024,263 at 2014-11-11 07:36:01 (local
time)----------------
Received Fragment 2,024,263-2,027,520 at 2014-11-11 07:36:01 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 2,027,520-2,035,712 at 2014-11-11 07:36:02 (local
time)----------------
Received Fragment 2,035,712-2,038,860 at 2014-11-11 07:36:02 (local
time)----------------
Received Fragment 2,038,860-2,047,052 at 2014-11-11 07:36:03 (local
time)----------------
Received Fragment 2,047,052-2,050,357 at 2014-11-11 07:36:03 (local
time)----------------
Received Fragment 2,050,357-2,058,549 at 2014-11-11 07:36:04 (local
time)----------------
Received Fragment 2,058,549-2,061,879 at 2014-11-11 07:36:04 (local
time)----------------
Received Fragment 2,061,879-2,070,071 at 2014-11-11 07:36:05 (local
time)----------------
Received Fragment 2,070,071-2,073,501 at 2014-11-11 07:36:05 (local
time)----------------
Received Fragment 2,073,501-2,081,693 at 2014-11-11 07:36:06 (local
time)----------------
Received Fragment 2,081,693-2,084,998 at 2014-11-11 07:36:06 (local
time)----------------
Received Fragment 2,084,998-2,093,190 at 2014-11-11 07:36:07 (local
time)----------------
Received Fragment 2,093,190-2,096,577 at 2014-11-11 07:36:07 (local
time)----------------
Received Fragment 2,096,577-2,104,769 at 2014-11-11 07:36:08 (local
time)----------------
Received Fragment 2,104,769-2,108,166 at 2014-11-11 07:36:08 (local
time)----------------
Received Fragment 2,108,166-2,116,358 at 2014-11-11 07:36:09 (local
time)----------------
Received Fragment 2,116,358-2,119,680 at 2014-11-11 07:36:09 (local
time)----------------
Received Fragment 2,119,680-2,127,872 at 2014-11-11 07:36:10 (local
time)----------------
Received Fragment 2,127,872-2,131,189 at 2014-11-11 07:36:10 (local
time)----------------
Received Fragment 2,131,189-2,139,381 at 2014-11-11 07:36:11 (local
time)----------------
Received Fragment 2,139,381-2,142,687 at 2014-11-11 07:36:11 (local
time)----------------
Received Fragment 2,142,687-2,150,879 at 2014-11-11 07:36:12 (local
time)----------------
Received Fragment 2,150,879-2,154,130 at 2014-11-11 07:36:12 (local
time)----------------
Received Fragment 2,154,130-2,162,322 at 2014-11-11 07:36:13 (local
time)----------------
Received Fragment 2,162,322-2,165,730 at 2014-11-11 07:36:13 (local
time)----------------
Received Fragment 2,165,730-2,173,922 at 2014-11-11 07:36:14 (local
time)----------------
Received Fragment 2,173,922-2,177,268 at 2014-11-11 07:36:14 (local
time)----------------
Received Fragment 2,177,268-2,185,460 at 2014-11-11 07:36:15 (local
time)----------------
Received Fragment 2,185,460-2,188,741 at 2014-11-11 07:36:15 (local
time)----------------
Received Fragment 2,188,741-2,196,933 at 2014-11-11 07:36:16 (local
time)----------------
Received Fragment 2,196,933-2,200,335 at 2014-11-11 07:36:16 (local
time)----------------
Received Fragment 2,200,335-2,208,527 at 2014-11-11 07:36:17 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 2,208,527-2,211,840 at 2014-11-11 07:36:17 (local
time)----------------
Received Fragment 2,211,840-2,220,032 at 2014-11-11 07:36:18 (local
time)----------------
Received Fragment 2,220,032-2,223,292 at 2014-11-11 07:36:18 (local
time)----------------
Received Fragment 2,223,292-2,231,484 at 2014-11-11 07:36:19 (local
time)----------------
Received Fragment 2,231,484-2,234,764 at 2014-11-11 07:36:19 (local
time)----------------
Received Fragment 2,234,764-2,242,956 at 2014-11-11 07:36:20 (local
time)----------------
Received Fragment 2,242,956-2,246,239 at 2014-11-11 07:36:20 (local
time)----------------
Received Fragment 2,246,239-2,254,431 at 2014-11-11 07:36:21 (local
time)----------------
Received Fragment 2,254,431-2,257,797 at 2014-11-11 07:36:21 (local
time)----------------
Received Fragment 2,257,797-2,265,989 at 2014-11-11 07:36:23 (local
time)----------------
Received Fragment 2,265,989-2,269,296 at 2014-11-11 07:36:23 (local
time)----------------
Received Fragment 2,269,296-2,277,488 at 2014-11-11 07:36:24 (local
time)----------------
Received Fragment 2,277,488-2,280,795 at 2014-11-11 07:36:24 (local
time)----------------
Received Fragment 2,280,795-2,288,987 at 2014-11-11 07:36:24 (local
time)----------------
Received Fragment 2,288,987-2,292,430 at 2014-11-11 07:36:24 (local
time)----------------
Received Fragment 2,292,430-2,300,622 at 2014-11-11 07:36:26 (local
time)----------------
Received Fragment 2,300,622-2,304,000 at 2014-11-11 07:36:26 (local
time)----------------
Received Fragment 2,304,000-2,312,192 at 2014-11-11 07:36:26 (local
time)----------------
Received Fragment 2,312,192-2,315,485 at 2014-11-11 07:36:26 (local
time)----------------
Received Fragment 2,315,485-2,323,677 at 2014-11-11 07:36:27 (local
time)----------------
Received Fragment 2,323,677-2,327,012 at 2014-11-11 07:36:27 (local
time)----------------
Received Fragment 2,327,012-2,335,204 at 2014-11-11 07:36:28 (local
time)----------------
Received Fragment 2,335,204-2,338,524 at 2014-11-11 07:36:28 (local
time)----------------
Received Fragment 2,338,524-2,346,716 at 2014-11-11 07:36:29 (local
time)----------------
Received Fragment 2,346,716-2,350,112 at 2014-11-11 07:36:29 (local
time)----------------
Received Fragment 2,350,112-2,358,304 at 2014-11-11 07:36:30 (local
time)----------------
Received Fragment 2,358,304-2,361,601 at 2014-11-11 07:36:30 (local
time)----------------
Received Fragment 2,361,601-2,369,793 at 2014-11-11 07:36:31 (local
time)----------------
Received Fragment 2,369,793-2,373,070 at 2014-11-11 07:36:31 (local
time)----------------
Received Fragment 2,373,070-2,381,262 at 2014-11-11 07:36:32 (local
time)----------------
Received Fragment 2,381,262-2,384,686 at 2014-11-11 07:36:32 (local
time)----------------
Received Fragment 2,384,686-2,392,878 at 2014-11-11 07:36:33 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 2,392,878-2,396,160 at 2014-11-11 07:36:33 (local
time)----------------
Received Fragment 2,396,160-2,404,352 at 2014-11-11 07:36:33 (local
time)----------------
Received Fragment 2,404,352-2,407,690 at 2014-11-11 07:36:33 (local
time)----------------
Received Fragment 2,407,690-2,415,882 at 2014-11-11 07:36:34 (local
time)----------------
Received Fragment 2,415,882-2,419,187 at 2014-11-11 07:36:34 (local
time)----------------
Received Fragment 2,419,187-2,427,379 at 2014-11-11 07:36:35 (local
time)----------------
Received Fragment 2,427,379-2,430,723 at 2014-11-11 07:36:35 (local
time)----------------
Received Fragment 2,430,723-2,438,915 at 2014-11-11 07:36:36 (local
time)----------------
Received Fragment 2,438,915-2,442,300 at 2014-11-11 07:36:36 (local
time)----------------
Received Fragment 2,442,300-2,450,492 at 2014-11-11 07:36:37 (local
time)----------------
Received Fragment 2,450,492-2,453,829 at 2014-11-11 07:36:37 (local
time)----------------
Received Fragment 2,453,829-2,462,021 at 2014-11-11 07:36:38 (local
time)----------------
Received Fragment 2,462,021-2,465,188 at 2014-11-11 07:36:38 (local
time)----------------
Received Fragment 2,465,188-2,473,380 at 2014-11-11 07:36:39 (local
time)----------------
Received Fragment 2,473,380-2,476,727 at 2014-11-11 07:36:39 (local
time)----------------
Received Fragment 2,476,727-2,484,919 at 2014-11-11 07:36:40 (local
time)----------------
Received Fragment 2,484,919-2,488,320 at 2014-11-11 07:36:40 (local
time)----------------
Received Fragment 2,488,320-2,496,512 at 2014-11-11 07:36:40 (local
time)----------------
Received Fragment 2,496,512-2,499,880 at 2014-11-11 07:36:40 (local
time)----------------
Received Fragment 2,499,880-2,508,072 at 2014-11-11 07:36:41 (local
time)----------------
Received Fragment 2,508,072-2,511,332 at 2014-11-11 07:36:41 (local
time)----------------
Received Fragment 2,511,332-2,519,524 at 2014-11-11 07:36:42 (local
time)----------------
Received Fragment 2,519,524-2,522,820 at 2014-11-11 07:36:42 (local
time)----------------
Received Fragment 2,522,820-2,531,012 at 2014-11-11 07:36:43 (local
time)----------------
Received Fragment 2,531,012-2,534,415 at 2014-11-11 07:36:43 (local
time)----------------
Received Fragment 2,534,415-2,542,607 at 2014-11-11 07:36:44 (local
time)----------------
Received Fragment 2,542,607-2,545,874 at 2014-11-11 07:36:44 (local
time)----------------
Received Fragment 2,545,874-2,554,066 at 2014-11-11 07:36:44 (local
time)----------------
Received Fragment 2,554,066-2,557,418 at 2014-11-11 07:36:44 (local
time)----------------
Received Fragment 2,557,418-2,565,610 at 2014-11-11 07:36:45 (local
time)----------------
Received Fragment 2,565,610-2,569,017 at 2014-11-11 07:36:45 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 2,569,017-2,577,209 at 2014-11-11 07:36:46 (local
time)----------------
Received Fragment 2,577,209-2,580,480 at 2014-11-11 07:36:46 (local
time)----------------
Received Fragment 2,580,480-2,588,672 at 2014-11-11 07:36:47 (local
time)----------------
Received Fragment 2,588,672-2,591,926 at 2014-11-11 07:36:47 (local
time)----------------
Received Fragment 2,591,926-2,600,118 at 2014-11-11 07:36:47 (local
time)----------------
Received Fragment 2,600,118-2,603,366 at 2014-11-11 07:36:47 (local
time)----------------
Received Fragment 2,603,366-2,611,558 at 2014-11-11 07:36:48 (local
time)----------------
Received Fragment 2,611,558-2,614,912 at 2014-11-11 07:36:48 (local
time)----------------
Received Fragment 2,614,912-2,623,104 at 2014-11-11 07:36:49 (local
time)----------------
Received Fragment 2,623,104-2,626,508 at 2014-11-11 07:36:49 (local
time)----------------
Received Fragment 2,626,508-2,634,700 at 2014-11-11 07:36:50 (local
time)----------------
Received Fragment 2,634,700-2,638,008 at 2014-11-11 07:36:50 (local
time)----------------
Received Fragment 2,638,008-2,646,200 at 2014-11-11 07:36:51 (local
time)----------------
Received Fragment 2,646,200-2,649,495 at 2014-11-11 07:36:51 (local
time)----------------
Received Fragment 2,649,495-2,657,687 at 2014-11-11 07:36:52 (local
time)----------------
Received Fragment 2,657,687-2,661,096 at 2014-11-11 07:36:52 (local
time)----------------
Received Fragment 2,661,096-2,669,288 at 2014-11-11 07:36:53 (local
time)----------------
Received Fragment 2,669,288-2,672,640 at 2014-11-11 07:36:53 (local
time)----------------
Received Fragment 2,672,640-2,680,832 at 2014-11-11 07:36:53 (local
time)----------------
Received Fragment 2,680,832-2,684,096 at 2014-11-11 07:36:53 (local
time)----------------
Received Fragment 2,684,096-2,692,288 at 2014-11-11 07:36:54 (local
time)----------------
Received Fragment 2,692,288-2,695,571 at 2014-11-11 07:36:54 (local
time)----------------
Received Fragment 2,695,571-2,703,763 at 2014-11-11 07:36:55 (local
time)----------------
Received Fragment 2,703,763-2,707,115 at 2014-11-11 07:36:55 (local
time)----------------
Received Fragment 2,707,115-2,715,307 at 2014-11-11 07:36:56 (local
time)----------------
Received Fragment 2,715,307-2,718,732 at 2014-11-11 07:36:56 (local
time)----------------
Received Fragment 2,718,732-2,726,924 at 2014-11-11 07:36:57 (local
time)----------------
Received Fragment 2,726,924-2,730,208 at 2014-11-11 07:36:57 (local
time)----------------
Received Fragment 2,730,208-2,738,400 at 2014-11-11 07:36:58 (local
time)----------------
Received Fragment 2,738,400-2,741,695 at 2014-11-11 07:36:58 (local
time)----------------
Received Fragment 2,741,695-2,749,887 at 2014-11-11 07:36:59 (local
time)----------------
Received Fragment 2,749,887-2,753,299 at 2014-11-11 07:36:59 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 2,753,299-2,761,491 at 2014-11-11 07:37:00 (local
time)----------------
Received Fragment 2,761,491-2,764,800 at 2014-11-11 07:37:00 (local
time)----------------
Received Fragment 2,764,800-2,772,992 at 2014-11-11 07:37:01 (local
time)----------------
Received Fragment 2,772,992-2,776,268 at 2014-11-11 07:37:01 (local
time)----------------
Received Fragment 2,776,268-2,784,460 at 2014-11-11 07:37:02 (local
time)----------------
Received Fragment 2,784,460-2,787,767 at 2014-11-11 07:37:02 (local
time)----------------
Received Fragment 2,787,767-2,795,959 at 2014-11-11 07:37:03 (local
time)----------------
Received Fragment 2,795,959-2,799,266 at 2014-11-11 07:37:03 (local
time)----------------
Received Fragment 2,799,266-2,807,458 at 2014-11-11 07:37:04 (local
time)----------------
Received Fragment 2,807,458-2,810,838 at 2014-11-11 07:37:04 (local
time)----------------
Received Fragment 2,810,838-2,819,030 at 2014-11-11 07:37:05 (local
time)----------------
Received Fragment 2,819,030-2,822,367 at 2014-11-11 07:37:05 (local
time)----------------
Received Fragment 2,822,367-2,830,559 at 2014-11-11 07:37:06 (local
time)----------------
Received Fragment 2,830,559-2,833,867 at 2014-11-11 07:37:06 (local
time)----------------
Received Fragment 2,833,867-2,842,059 at 2014-11-11 07:37:07 (local
time)----------------
Received Fragment 2,842,059-2,845,447 at 2014-11-11 07:37:07 (local
time)----------------
Received Fragment 2,845,447-2,853,639 at 2014-11-11 07:37:08 (local
time)----------------
Received Fragment 2,853,639-2,856,960 at 2014-11-11 07:37:08 (local
time)----------------
Received Fragment 2,856,960-2,865,152 at 2014-11-11 07:37:09 (local
time)----------------
Received Fragment 2,865,152-2,868,465 at 2014-11-11 07:37:09 (local
time)----------------
Received Fragment 2,868,465-2,876,657 at 2014-11-11 07:37:10 (local
time)----------------
Received Fragment 2,876,657-2,879,991 at 2014-11-11 07:37:10 (local
time)----------------
Received Fragment 2,879,991-2,888,183 at 2014-11-11 07:37:11 (local
time)----------------
Received Fragment 2,888,183-2,891,519 at 2014-11-11 07:37:11 (local
time)----------------
Received Fragment 2,891,519-2,899,711 at 2014-11-11 07:37:12 (local
time)----------------
Received Fragment 2,899,711-2,903,009 at 2014-11-11 07:37:12 (local
time)----------------
Received Fragment 2,903,009-2,911,201 at 2014-11-11 07:37:13 (local
time)----------------
Received Fragment 2,911,201-2,914,520 at 2014-11-11 07:37:13 (local
time)----------------
Received Fragment 2,914,520-2,922,712 at 2014-11-11 07:37:14 (local
time)----------------
Received Fragment 2,922,712-2,926,044 at 2014-11-11 07:37:14 (local
time)----------------
Received Fragment 2,926,044-2,934,236 at 2014-11-11 07:37:15 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 2,934,236-2,937,617 at 2014-11-11 07:37:15 (local
time)----------------
Received Fragment 2,937,617-2,945,809 at 2014-11-11 07:37:16 (local
time)----------------
Received Fragment 2,945,809-2,949,120 at 2014-11-11 07:37:16 (local
time)----------------
Received Fragment 2,949,120-2,957,312 at 2014-11-11 07:37:17 (local
time)----------------
Received Fragment 2,957,312-2,960,613 at 2014-11-11 07:37:17 (local
time)----------------
Received Fragment 2,960,613-2,968,805 at 2014-11-11 07:37:18 (local
time)----------------
Received Fragment 2,968,805-2,972,082 at 2014-11-11 07:37:18 (local
time)----------------
Received Fragment 2,972,082-2,980,274 at 2014-11-11 07:37:19 (local
time)----------------
Received Fragment 2,980,274-2,983,588 at 2014-11-11 07:37:19 (local
time)----------------
Received Fragment 2,983,588-2,991,780 at 2014-11-11 07:37:20 (local
time)----------------
Received Fragment 2,991,780-2,995,148 at 2014-11-11 07:37:20 (local
time)----------------
Received Fragment 2,995,148-3,003,340 at 2014-11-11 07:37:21 (local
time)----------------
Received Fragment 3,003,340-3,006,624 at 2014-11-11 07:37:21 (local
time)----------------
Received Fragment 3,006,624-3,014,816 at 2014-11-11 07:37:22 (local
time)----------------
Received Fragment 3,014,816-3,018,130 at 2014-11-11 07:37:22 (local
time)----------------
Received Fragment 3,018,130-3,026,322 at 2014-11-11 07:37:23 (local
time)----------------
Received Fragment 3,026,322-3,029,775 at 2014-11-11 07:37:23 (local
time)----------------
Received Fragment 3,029,775-3,037,967 at 2014-11-11 07:37:24 (local
time)----------------
Received Fragment 3,037,967-3,041,280 at 2014-11-11 07:37:24 (local
time)----------------
Received Fragment 3,041,280-3,049,472 at 2014-11-11 07:37:25 (local
time)----------------
Received Fragment 3,049,472-3,052,726 at 2014-11-11 07:37:25 (local
time)----------------
Received Fragment 3,052,726-3,060,918 at 2014-11-11 07:37:26 (local
time)----------------
Received Fragment 3,060,918-3,064,286 at 2014-11-11 07:37:26 (local
time)----------------
Received Fragment 3,064,286-3,072,478 at 2014-11-11 07:37:27 (local
time)----------------
Received Fragment 3,072,478-3,075,776 at 2014-11-11 07:37:27 (local
time)----------------
Received Fragment 3,075,776-3,083,968 at 2014-11-11 07:37:28 (local
time)----------------
Received Fragment 3,083,968-3,087,338 at 2014-11-11 07:37:28 (local
time)----------------
Received Fragment 3,087,338-3,095,530 at 2014-11-11 07:37:29 (local
time)----------------
Received Fragment 3,095,530-3,098,794 at 2014-11-11 07:37:29 (local
time)----------------
Received Fragment 3,098,794-3,106,986 at 2014-11-11 07:37:30 (local
time)----------------
Received Fragment 3,106,986-3,110,317 at 2014-11-11 07:37:30 (local
time)----------------
Received Fragment 3,110,317-3,118,509 at 2014-11-11 07:37:31 (local

```
       shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 3,118,509-3,121,921 at 2014-11-11 07:37:31 (local
time)----------------
Received Fragment 3,121,921-3,130,113 at 2014-11-11 07:37:32 (local
time)----------------
Received Fragment 3,130,113-3,133,440 at 2014-11-11 07:37:32 (local
time)----------------
Received Fragment 3,133,440-3,141,632 at 2014-11-11 07:37:33 (local
time)----------------
Received Fragment 3,141,632-3,145,002 at 2014-11-11 07:37:33 (local
time)----------------
Received Fragment 3,145,002-3,153,194 at 2014-11-11 07:37:34 (local
time)----------------
Received Fragment 3,153,194-3,156,504 at 2014-11-11 07:37:34 (local
time)----------------
Received Fragment 3,156,504-3,164,696 at 2014-11-11 07:37:36 (local
time)----------------
Received Fragment 3,164,696-3,167,999 at 2014-11-11 07:37:36 (local
time)----------------
Received Fragment 3,167,999-3,176,191 at 2014-11-11 07:37:36 (local
time)----------------
Received Fragment 3,176,191-3,179,580 at 2014-11-11 07:37:36 (local
time)----------------
Received Fragment 3,179,580-3,187,772 at 2014-11-11 07:37:37 (local
time)----------------
Received Fragment 3,187,772-3,191,071 at 2014-11-11 07:37:37 (local
time)----------------
Received Fragment 3,191,071-3,199,263 at 2014-11-11 07:37:39 (local
time)----------------
Received Fragment 3,199,263-3,202,539 at 2014-11-11 07:37:39 (local
time)----------------
Received Fragment 3,202,539-3,210,731 at 2014-11-11 07:37:39 (local
time)----------------
Received Fragment 3,210,731-3,214,090 at 2014-11-11 07:37:39 (local
time)----------------
Received Fragment 3,214,090-3,222,282 at 2014-11-11 07:37:41 (local
time)----------------
Received Fragment 3,222,282-3,225,600 at 2014-11-11 07:37:41 (local
time)----------------
Received Fragment 3,225,600-3,233,792 at 2014-11-11 07:37:42 (local
time)----------------
Received Fragment 3,233,792-3,237,063 at 2014-11-11 07:37:42 (local
time)----------------
Received Fragment 3,237,063-3,245,255 at 2014-11-11 07:37:42 (local
time)----------------
Received Fragment 3,245,255-3,248,550 at 2014-11-11 07:37:42 (local
time)----------------
Received Fragment 3,248,550-3,256,742 at 2014-11-11 07:37:44 (local
time)----------------
Received Fragment 3,256,742-3,259,964 at 2014-11-11 07:37:44 (local
time)----------------
Received Fragment 3,259,964-3,268,156 at 2014-11-11 07:37:44 (local
time)----------------
Received Fragment 3,268,156-3,271,497 at 2014-11-11 07:37:44 (local
time)----------------
Received Fragment 3,271,497-3,279,689 at 2014-11-11 07:37:46 (local
time)----------------
Received Fragment 3,279,689-3,282,953 at 2014-11-11 07:37:46 (local
time)----------------
Received Fragment 3,282,953-3,291,145 at 2014-11-11 07:37:46 (local
time)----------------
Received Fragment 3,291,145-3,294,700 at 2014-11-11 07:37:46 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

Received Fragment 3,294,700-3,302,892 at 2014-11-11 07:37:47 (local
time)----------------
Received Fragment 3,302,892-3,306,265 at 2014-11-11 07:37:47 (local
time)----------------
Received Fragment 3,306,265-3,314,457 at 2014-11-11 07:37:48 (local
time)----------------
Received Fragment 3,314,457-3,317,760 at 2014-11-11 07:37:48 (local
time)----------------
Received Fragment 3,317,760-3,325,952 at 2014-11-11 07:37:49 (local
time)----------------
Received Fragment 3,325,952-3,329,163 at 2014-11-11 07:37:49 (local
time)----------------
Received Fragment 3,329,163-3,337,355 at 2014-11-11 07:37:50 (local
time)----------------
Received Fragment 3,337,355-3,340,558 at 2014-11-11 07:37:50 (local
time)----------------
Received Fragment 3,340,558-3,348,750 at 2014-11-11 07:37:51 (local
time)----------------
Received Fragment 3,348,750-3,352,062 at 2014-11-11 07:37:51 (local
time)----------------
Received Fragment 3,352,062-3,360,254 at 2014-11-11 07:37:52 (local
time)----------------
Received Fragment 3,360,254-3,363,665 at 2014-11-11 07:37:52 (local
time)----------------
Received Fragment 3,363,665-3,371,857 at 2014-11-11 07:37:54 (local
time)----------------
Received Fragment 3,371,857-3,375,252 at 2014-11-11 07:37:54 (local
time)----------------
Received Fragment 3,375,252-3,383,444 at 2014-11-11 07:37:54 (local
time)----------------
Received Fragment 3,383,444-3,386,754 at 2014-11-11 07:37:54 (local
time)----------------
Received Fragment 3,386,754-3,394,946 at 2014-11-11 07:37:55 (local
time)----------------
Received Fragment 3,394,946-3,398,356 at 2014-11-11 07:37:55 (local
time)----------------
Received Fragment 3,398,356-3,406,548 at 2014-11-11 07:37:57 (local
time)----------------
Received Fragment 3,406,548-3,409,920 at 2014-11-11 07:37:57 (local
time)----------------
Received Fragment 3,409,920-3,418,112 at 2014-11-11 07:37:57 (local
time)----------------
Received Fragment 3,418,112-3,421,441 at 2014-11-11 07:37:57 (local
time)----------------
Received Fragment 3,421,441-3,429,633 at 2014-11-11 07:37:59 (local
time)----------------
Received Fragment 3,429,633-3,432,941 at 2014-11-11 07:37:59 (local
time)----------------
Received Fragment 3,432,941-3,441,133 at 2014-11-11 07:38:00 (local
time)----------------
Received Fragment 3,441,133-3,444,446 at 2014-11-11 07:38:00 (local
time)----------------
Received Fragment 3,444,446-3,452,638 at 2014-11-11 07:38:01 (local
time)----------------
Received Fragment 3,452,638-3,456,053 at 2014-11-11 07:38:01 (local
time)----------------
Received Fragment 3,456,053-3,464,245 at 2014-11-11 07:38:02 (local
time)----------------
Received Fragment 3,464,245-3,467,561 at 2014-11-11 07:38:02 (local
time)----------------
Received Fragment 3,467,561-3,475,753 at 2014-11-11 07:38:03 (local
time)----------------
Received Fragment 3,475,753-3,479,006 at 2014-11-11 07:38:03 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 3,479,006-3,487,198 at 2014-11-11 07:38:04 (local
time)----------------
Received Fragment 3,487,198-3,490,585 at 2014-11-11 07:38:04 (local
time)----------------
Received Fragment 3,490,585-3,498,777 at 2014-11-11 07:38:05 (local
time)----------------
Received Fragment 3,498,777-3,502,080 at 2014-11-11 07:38:05 (local
time)----------------
Received Fragment 3,502,080-3,510,272 at 2014-11-11 07:38:06 (local
time)----------------
Received Fragment 3,510,272-3,513,561 at 2014-11-11 07:38:06 (local
time)----------------
Received Fragment 3,513,561-3,521,753 at 2014-11-11 07:38:07 (local
time)----------------
Received Fragment 3,521,753-3,525,028 at 2014-11-11 07:38:07 (local
time)----------------
Received Fragment 3,525,028-3,533,220 at 2014-11-11 07:38:08 (local
time)----------------
Received Fragment 3,533,220-3,536,550 at 2014-11-11 07:38:08 (local
time)----------------
Received Fragment 3,536,550-3,544,742 at 2014-11-11 07:38:09 (local
time)----------------
Received Fragment 3,544,742-3,548,106 at 2014-11-11 07:38:09 (local
time)----------------
Received Fragment 3,548,106-3,556,298 at 2014-11-11 07:38:10 (local
time)----------------
Received Fragment 3,556,298-3,559,641 at 2014-11-11 07:38:10 (local
time)----------------
Received Fragment 3,559,641-3,567,833 at 2014-11-11 07:38:11 (local
time)----------------
Received Fragment 3,567,833-3,571,122 at 2014-11-11 07:38:11 (local
time)----------------
Received Fragment 3,571,122-3,579,314 at 2014-11-11 07:38:12 (local
time)----------------
Received Fragment 3,579,314-3,582,718 at 2014-11-11 07:38:12 (local
time)----------------
Received Fragment 3,582,718-3,590,910 at 2014-11-11 07:38:13 (local
time)----------------
Received Fragment 3,590,910-3,594,240 at 2014-11-11 07:38:13 (local
time)----------------
Received Fragment 3,594,240-3,602,432 at 2014-11-11 07:38:14 (local
time)----------------
Received Fragment 3,602,432-3,605,704 at 2014-11-11 07:38:14 (local
time)----------------
Received Fragment 3,605,704-3,613,896 at 2014-11-11 07:38:15 (local
time)----------------
Received Fragment 3,613,896-3,617,201 at 2014-11-11 07:38:15 (local
time)----------------
Received Fragment 3,617,201-3,625,393 at 2014-11-11 07:38:16 (local
time)----------------
Received Fragment 3,625,393-3,628,681 at 2014-11-11 07:38:16 (local
time)----------------
Received Fragment 3,628,681-3,636,873 at 2014-11-11 07:38:17 (local
time)----------------
Received Fragment 3,636,873-3,640,237 at 2014-11-11 07:38:17 (local
time)----------------
Received Fragment 3,640,237-3,648,429 at 2014-11-11 07:38:18 (local
time)----------------
Received Fragment 3,648,429-3,651,693 at 2014-11-11 07:38:18 (local
time)----------------
Received Fragment 3,651,693-3,659,885 at 2014-11-11 07:38:19 (local
time)----------------
```

```
      shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 3,659,885-3,663,198 at 2014-11-11 07:38:19 (local
time)----------------
Received Fragment 3,663,198-3,671,390 at 2014-11-11 07:38:19 (local
time)----------------
Received Fragment 3,671,390-3,674,841 at 2014-11-11 07:38:19 (local
time)----------------
Received Fragment 3,674,841-3,683,033 at 2014-11-11 07:38:20 (local
time)----------------
Received Fragment 3,683,033-3,686,400 at 2014-11-11 07:38:20 (local
time)----------------
Received Fragment 3,686,400-3,694,592 at 2014-11-11 07:38:21 (local
time)----------------
Received Fragment 3,694,592-3,697,856 at 2014-11-11 07:38:21 (local
time)----------------
Received Fragment 3,697,856-3,706,048 at 2014-11-11 07:38:22 (local
time)----------------
Received Fragment 3,706,048-3,709,286 at 2014-11-11 07:38:22 (local
time)----------------
Received Fragment 3,709,286-3,717,478 at 2014-11-11 07:38:23 (local
time)----------------
Received Fragment 3,717,478-3,720,808 at 2014-11-11 07:38:23 (local
time)----------------
Received Fragment 3,720,808-3,729,000 at 2014-11-11 07:38:24 (local
time)----------------
Received Fragment 3,729,000-3,732,379 at 2014-11-11 07:38:24 (local
time)----------------
Received Fragment 3,732,379-3,740,571 at 2014-11-11 07:38:25 (local
time)----------------
Received Fragment 3,740,571-3,743,862 at 2014-11-11 07:38:25 (local
time)----------------
Received Fragment 3,743,862-3,752,054 at 2014-11-11 07:38:26 (local
time)----------------
Received Fragment 3,752,054-3,755,249 at 2014-11-11 07:38:26 (local
time)----------------
Received Fragment 3,755,249-3,763,441 at 2014-11-11 07:38:27 (local
time)----------------
Received Fragment 3,763,441-3,767,257 at 2014-11-11 07:38:27 (local
time)----------------
Received Fragment 3,767,257-3,775,449 at 2014-11-11 07:38:28 (local
time)----------------
Received Fragment 3,775,449-3,778,560 at 2014-11-11 07:38:28 (local
time)----------------
Received Fragment 3,778,560-3,786,752 at 2014-11-11 07:38:29 (local
time)----------------
Received Fragment 3,786,752-3,789,916 at 2014-11-11 07:38:29 (local
time)----------------
Received Fragment 3,789,916-3,798,108 at 2014-11-11 07:38:30 (local
time)----------------
Received Fragment 3,798,108-3,801,199 at 2014-11-11 07:38:30 (local
time)----------------
Received Fragment 3,801,199-3,809,391 at 2014-11-11 07:38:31 (local
time)----------------
Received Fragment 3,809,391-3,812,468 at 2014-11-11 07:38:31 (local
time)----------------
Received Fragment 3,812,468-3,820,660 at 2014-11-11 07:38:32 (local
time)----------------
Received Fragment 3,820,660-3,823,831 at 2014-11-11 07:38:32 (local
time)----------------
Received Fragment 3,823,831-3,832,023 at 2014-11-11 07:38:33 (local
time)----------------
Received Fragment 3,832,023-3,835,068 at 2014-11-11 07:38:33 (local
time)----------------
Received Fragment 3,835,068-3,843,260 at 2014-11-11 07:38:34 (local
```

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 3,843,260-3,846,344 at 2014-11-11 07:38:34 (local
time)----------------
Received Fragment 3,846,344-3,854,536 at 2014-11-11 07:38:35 (local
time)----------------
Received Fragment 3,854,536-3,859,017 at 2014-11-11 07:38:35 (local
time)----------------
Received Fragment 3,859,017-3,867,209 at 2014-11-11 07:38:36 (local
time)----------------
Received Fragment 3,867,209-3,870,720 at 2014-11-11 07:38:36 (local
time)----------------
Received Fragment 3,870,720-3,878,912 at 2014-11-11 07:38:37 (local
time)----------------
Received Fragment 3,878,912-3,882,166 at 2014-11-11 07:38:37 (local
time)----------------
Received Fragment 3,882,166-3,890,358 at 2014-11-11 07:38:38 (local
time)----------------
Received Fragment 3,890,358-3,893,636 at 2014-11-11 07:38:38 (local
time)----------------
Received Fragment 3,893,636-3,901,828 at 2014-11-11 07:38:39 (local
time)----------------
Received Fragment 3,901,828-3,905,101 at 2014-11-11 07:38:39 (local
time)----------------
Received Fragment 3,905,101-3,913,293 at 2014-11-11 07:38:40 (local
time)----------------
Received Fragment 3,913,293-3,916,591 at 2014-11-11 07:38:40 (local
time)----------------
Received Fragment 3,916,591-3,924,783 at 2014-11-11 07:38:41 (local
time)----------------
Received Fragment 3,924,783-3,928,010 at 2014-11-11 07:38:41 (local
time)----------------
Received Fragment 3,928,010-3,936,202 at 2014-11-11 07:38:42 (local
time)----------------
Received Fragment 3,936,202-3,939,940 at 2014-11-11 07:38:42 (local
time)----------------
Received Fragment 3,939,940-3,948,132 at 2014-11-11 07:38:42 (local
time)----------------
Received Fragment 3,948,132-3,951,442 at 2014-11-11 07:38:42 (local
time)----------------
Received Fragment 3,951,442-3,959,634 at 2014-11-11 07:38:43 (local
time)----------------
Received Fragment 3,959,634-3,962,880 at 2014-11-11 07:38:43 (local
time)----------------
Received Fragment 3,962,880-3,971,072 at 2014-11-11 07:38:44 (local
time)----------------
Received Fragment 3,971,072-3,974,308 at 2014-11-11 07:38:44 (local
time)----------------
Received Fragment 3,974,308-3,982,500 at 2014-11-11 07:38:45 (local
time)----------------
Received Fragment 3,982,500-3,985,728 at 2014-11-11 07:38:45 (local
time)----------------
Received Fragment 3,985,728-3,993,920 at 2014-11-11 07:38:46 (local
time)----------------
Received Fragment 3,993,920-3,997,235 at 2014-11-11 07:38:46 (local
time)----------------
Received Fragment 3,997,235-4,005,427 at 2014-11-11 07:38:47 (local
time)----------------
Received Fragment 4,005,427-4,008,793 at 2014-11-11 07:38:47 (local
time)----------------
Received Fragment 4,008,793-4,016,985 at 2014-11-11 07:38:48 (local
time)----------------
Received Fragment 4,016,985-4,020,385 at 2014-11-11 07:38:48 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

Received Fragment 4,020,385-4,028,577 at 2014-11-11 07:38:49 (local
time)----------------
Received Fragment 4,028,577-4,031,964 at 2014-11-11 07:38:49 (local
time)----------------
Received Fragment 4,031,964-4,040,156 at 2014-11-11 07:38:50 (local
time)----------------
Received Fragment 4,040,156-4,043,556 at 2014-11-11 07:38:50 (local
time)----------------
Received Fragment 4,043,556-4,051,748 at 2014-11-11 07:38:51 (local
time)----------------
Received Fragment 4,051,748-4,055,040 at 2014-11-11 07:38:51 (local
time)----------------
Received Fragment 4,055,040-4,063,232 at 2014-11-11 07:38:52 (local
time)----------------
Received Fragment 4,063,232-4,066,394 at 2014-11-11 07:38:52 (local
time)----------------
Received Fragment 4,066,394-4,074,586 at 2014-11-11 07:38:53 (local
time)----------------
Received Fragment 4,074,586-4,077,809 at 2014-11-11 07:38:53 (local
time)----------------
Received Fragment 4,077,809-4,086,001 at 2014-11-11 07:38:54 (local
time)----------------
Received Fragment 4,086,001-4,089,223 at 2014-11-11 07:38:54 (local
time)----------------
Received Fragment 4,089,223-4,097,415 at 2014-11-11 07:38:55 (local
time)----------------
Received Fragment 4,097,415-4,101,027 at 2014-11-11 07:38:55 (local
time)----------------
Received Fragment 4,101,027-4,109,219 at 2014-11-11 07:38:56 (local
time)----------------
Received Fragment 4,109,219-4,112,702 at 2014-11-11 07:38:56 (local
time)----------------
Received Fragment 4,112,702-4,120,894 at 2014-11-11 07:38:57 (local
time)----------------
Received Fragment 4,120,894-4,124,265 at 2014-11-11 07:38:57 (local
time)----------------
Received Fragment 4,124,265-4,132,457 at 2014-11-11 07:38:59 (local
time)----------------
Received Fragment 4,132,457-4,135,777 at 2014-11-11 07:38:59 (local
time)----------------
Received Fragment 4,135,777-4,143,969 at 2014-11-11 07:38:59 (local
time)----------------
Received Fragment 4,143,969-4,147,200 at 2014-11-11 07:39:00 (local
time)----------------
Received Fragment 4,147,200-4,155,392 at 2014-11-11 07:39:01 (local
time)----------------
Received Fragment 4,155,392-4,158,590 at 2014-11-11 07:39:01 (local
time)----------------
Received Fragment 4,158,590-4,166,782 at 2014-11-11 07:39:01 (local
time)----------------
Received Fragment 4,166,782-4,170,016 at 2014-11-11 07:39:01 (local
time)----------------
Received Fragment 4,170,016-4,178,208 at 2014-11-11 07:39:02 (local
time)----------------
Received Fragment 4,178,208-4,181,452 at 2014-11-11 07:39:02 (local
time)----------------
Received Fragment 4,181,452-4,189,644 at 2014-11-11 07:39:04 (local
time)----------------
Received Fragment 4,189,644-4,193,103 at 2014-11-11 07:39:04 (local
time)----------------
Received Fragment 4,193,103-4,201,295 at 2014-11-11 07:39:04 (local
time)----------------
Received Fragment 4,201,295-4,204,869 at 2014-11-11 07:39:04 (local

```
         shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 4,204,869-4,213,061 at 2014-11-11 07:39:05 (local
time)----------------
Received Fragment 4,213,061-4,216,265 at 2014-11-11 07:39:05 (local
time)----------------
Received Fragment 4,216,265-4,224,457 at 2014-11-11 07:39:06 (local
time)----------------
Received Fragment 4,224,457-4,227,925 at 2014-11-11 07:39:06 (local
time)----------------
Received Fragment 4,227,925-4,236,117 at 2014-11-11 07:39:07 (local
time)----------------
Received Fragment 4,236,117-4,239,360 at 2014-11-11 07:39:07 (local
time)----------------
Received Fragment 4,239,360-4,247,552 at 2014-11-11 07:39:08 (local
time)----------------
Received Fragment 4,247,552-4,250,915 at 2014-11-11 07:39:08 (local
time)----------------
Received Fragment 4,250,915-4,259,107 at 2014-11-11 07:39:09 (local
time)----------------
Received Fragment 4,259,107-4,262,519 at 2014-11-11 07:39:09 (local
time)----------------
Received Fragment 4,262,519-4,270,711 at 2014-11-11 07:39:10 (local
time)----------------
Received Fragment 4,270,711-4,273,997 at 2014-11-11 07:39:10 (local
time)----------------
Received Fragment 4,273,997-4,282,189 at 2014-11-11 07:39:11 (local
time)----------------
Received Fragment 4,282,189-4,285,516 at 2014-11-11 07:39:11 (local
time)----------------
Received Fragment 4,285,516-4,293,708 at 2014-11-11 07:39:12 (local
time)----------------
Received Fragment 4,293,708-4,297,001 at 2014-11-11 07:39:12 (local
time)----------------
Received Fragment 4,297,001-4,305,193 at 2014-11-11 07:39:13 (local
time)----------------
Received Fragment 4,305,193-4,308,452 at 2014-11-11 07:39:13 (local
time)----------------
Received Fragment 4,308,452-4,316,644 at 2014-11-11 07:39:14 (local
time)----------------
Received Fragment 4,316,644-4,320,038 at 2014-11-11 07:39:14 (local
time)----------------
Received Fragment 4,320,038-4,328,230 at 2014-11-11 07:39:15 (local
time)----------------
Received Fragment 4,328,230-4,331,520 at 2014-11-11 07:39:15 (local
time)----------------
Received Fragment 4,331,520-4,339,712 at 2014-11-11 07:39:15 (local
time)----------------
Received Fragment 4,339,712-4,342,989 at 2014-11-11 07:39:15 (local
time)----------------
Received Fragment 4,342,989-4,351,181 at 2014-11-11 07:39:16 (local
time)----------------
Received Fragment 4,351,181-4,354,449 at 2014-11-11 07:39:16 (local
time)----------------
Received Fragment 4,354,449-4,362,641 at 2014-11-11 07:39:17 (local
time)----------------
Received Fragment 4,362,641-4,365,941 at 2014-11-11 07:39:17 (local
time)----------------
Received Fragment 4,365,941-4,374,133 at 2014-11-11 07:39:18 (local
time)----------------
Received Fragment 4,374,133-4,377,465 at 2014-11-11 07:39:18 (local
time)----------------
Received Fragment 4,377,465-4,385,657 at 2014-11-11 07:39:19 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

Received Fragment 4,385,657-4,388,956 at 2014-11-11 07:39:19 (local time)----------------
Received Fragment 4,388,956-4,397,148 at 2014-11-11 07:39:19 (local time)----------------
Received Fragment 4,397,148-4,400,498 at 2014-11-11 07:39:19 (local time)----------------
Received Fragment 4,400,498-4,408,690 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,408,690-4,412,096 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,412,096-4,420,288 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,420,288-4,423,680 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,423,680-4,431,872 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,431,872-4,435,144 at 2014-11-11 07:39:21 (local time)----------------
Received Fragment 4,435,144-4,443,336 at 2014-11-11 07:39:22 (local time)----------------
Received Fragment 4,443,336-4,446,639 at 2014-11-11 07:39:22 (local time)----------------
Received Fragment 4,446,639-4,454,831 at 2014-11-11 07:39:23 (local time)----------------
Received Fragment 4,454,831-4,458,035 at 2014-11-11 07:39:23 (local time)----------------
Received Fragment 4,458,035-4,466,227 at 2014-11-11 07:39:24 (local time)----------------
Received Fragment 4,466,227-4,469,682 at 2014-11-11 07:39:24 (local time)----------------
Received Fragment 4,469,682-4,477,874 at 2014-11-11 07:39:24 (local time)----------------
Received Fragment 4,477,874-4,481,193 at 2014-11-11 07:39:24 (local time)----------------
Received Fragment 4,481,193-4,489,385 at 2014-11-11 07:39:25 (local time)----------------
Received Fragment 4,489,385-4,492,691 at 2014-11-11 07:39:25 (local time)----------------
Received Fragment 4,492,691-4,500,883 at 2014-11-11 07:39:26 (local time)----------------
Received Fragment 4,500,883-4,504,318 at 2014-11-11 07:39:26 (local time)----------------
Received Fragment 4,504,318-4,512,510 at 2014-11-11 07:39:27 (local time)----------------
Received Fragment 4,512,510-4,515,840 at 2014-11-11 07:39:27 (local time)----------------
Received Fragment 4,515,840-4,524,032 at 2014-11-11 07:39:28 (local time)----------------
Received Fragment 4,524,032-4,527,326 at 2014-11-11 07:39:28 (local time)----------------
Received Fragment 4,527,326-4,535,518 at 2014-11-11 07:39:29 (local time)----------------
Received Fragment 4,535,518-4,538,866 at 2014-11-11 07:39:29 (local time)----------------
Received Fragment 4,538,866-4,547,058 at 2014-11-11 07:39:30 (local time)----------------
Received Fragment 4,547,058-4,550,389 at 2014-11-11 07:39:30 (local time)----------------
Received Fragment 4,550,389-4,558,581 at 2014-11-11 07:39:31 (local time)----------------
Received Fragment 4,558,581-4,562,005 at 2014-11-11 07:39:31 (local time)----------------
Received Fragment 4,562,005-4,570,197 at 2014-11-11 07:39:32 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 4,570,197-4,573,391 at 2014-11-11 07:39:32 (local
time)----------------
Received Fragment 4,573,391-4,581,583 at 2014-11-11 07:39:33 (local
time)----------------
Received Fragment 4,581,583-4,584,963 at 2014-11-11 07:39:33 (local
time)----------------
Received Fragment 4,584,963-4,593,155 at 2014-11-11 07:39:33 (local
time)----------------
Received Fragment 4,593,155-4,596,486 at 2014-11-11 07:39:33 (local
time)----------------
Received Fragment 4,596,486-4,604,678 at 2014-11-11 07:39:34 (local
time)----------------
Received Fragment 4,604,678-4,608,000 at 2014-11-11 07:39:34 (local
time)----------------
Received Fragment 4,608,000-4,616,192 at 2014-11-11 07:39:35 (local
time)----------------
Received Fragment 4,616,192-4,619,582 at 2014-11-11 07:39:35 (local
time)----------------
Received Fragment 4,619,582-4,627,774 at 2014-11-11 07:39:36 (local
time)----------------
Received Fragment 4,627,774-4,631,104 at 2014-11-11 07:39:36 (local
time)----------------
Received Fragment 4,631,104-4,639,296 at 2014-11-11 07:39:37 (local
time)----------------
Received Fragment 4,639,296-4,642,620 at 2014-11-11 07:39:37 (local
time)----------------
Received Fragment 4,642,620-4,650,812 at 2014-11-11 07:39:38 (local
time)----------------
Received Fragment 4,650,812-4,654,184 at 2014-11-11 07:39:38 (local
time)----------------
Received Fragment 4,654,184-4,662,376 at 2014-11-11 07:39:39 (local
time)----------------
Received Fragment 4,662,376-4,665,656 at 2014-11-11 07:39:39 (local
time)----------------
Received Fragment 4,665,656-4,673,848 at 2014-11-11 07:39:40 (local
time)----------------
Received Fragment 4,673,848-4,677,071 at 2014-11-11 07:39:40 (local
time)----------------
Received Fragment 4,677,071-4,685,263 at 2014-11-11 07:39:41 (local
time)----------------
Received Fragment 4,685,263-4,688,645 at 2014-11-11 07:39:41 (local
time)----------------
Received Fragment 4,688,645-4,696,837 at 2014-11-11 07:39:42 (local
time)----------------
Received Fragment 4,696,837-4,700,160 at 2014-11-11 07:39:42 (local
time)----------------
Received Fragment 4,700,160-4,708,352 at 2014-11-11 07:39:43 (local
time)----------------
Received Fragment 4,708,352-4,711,645 at 2014-11-11 07:39:43 (local
time)----------------
Received Fragment 4,711,645-4,719,837 at 2014-11-11 07:39:43 (local
time)----------------
Received Fragment 4,719,837-4,723,141 at 2014-11-11 07:39:43 (local
time)----------------
Received Fragment 4,723,141-4,731,333 at 2014-11-11 07:39:44 (local
time)----------------
Received Fragment 4,731,333-4,734,610 at 2014-11-11 07:39:44 (local
time)----------------
Received Fragment 4,734,610-4,742,802 at 2014-11-11 07:39:44 (local
time)----------------
Received Fragment 4,742,802-4,746,179 at 2014-11-11 07:39:44 (local
time)----------------

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 4,746,179-4,754,371 at 2014-11-11 07:39:45 (local
time)----------------
Received Fragment 4,754,371-4,757,753 at 2014-11-11 07:39:45 (local
time)----------------
Received Fragment 4,757,753-4,765,945 at 2014-11-11 07:39:46 (local
time)----------------
Received Fragment 4,765,945-4,769,230 at 2014-11-11 07:39:46 (local
time)----------------
Received Fragment 4,769,230-4,777,422 at 2014-11-11 07:39:47 (local
time)----------------
Received Fragment 4,777,422-4,780,793 at 2014-11-11 07:39:47 (local
time)----------------
Received Fragment 4,780,793-4,788,985 at 2014-11-11 07:39:48 (local
time)----------------
Received Fragment 4,788,985-4,792,320 at 2014-11-11 07:39:48 (local
time)----------------
Received Fragment 4,792,320-4,800,512 at 2014-11-11 07:39:49 (local
time)----------------
Received Fragment 4,800,512-4,803,794 at 2014-11-11 07:39:49 (local
time)----------------
Received Fragment 4,803,794-4,811,986 at 2014-11-11 07:39:50 (local
time)----------------
Received Fragment 4,811,986-4,815,307 at 2014-11-11 07:39:50 (local
time)----------------
Received Fragment 4,815,307-4,823,499 at 2014-11-11 07:39:51 (local
time)----------------
Received Fragment 4,823,499-4,826,767 at 2014-11-11 07:39:51 (local
time)----------------
Received Fragment 4,826,767-4,834,959 at 2014-11-11 07:39:52 (local
time)----------------
Received Fragment 4,834,959-4,838,434 at 2014-11-11 07:39:52 (local
time)----------------
Received Fragment 4,838,434-4,846,626 at 2014-11-11 07:39:53 (local
time)----------------
Received Fragment 4,846,626-4,849,903 at 2014-11-11 07:39:53 (local
time)----------------
Received Fragment 4,849,903-4,858,095 at 2014-11-11 07:39:54 (local
time)----------------
Received Fragment 4,858,095-4,861,378 at 2014-11-11 07:39:54 (local
time)----------------
Received Fragment 4,861,378-4,869,570 at 2014-11-11 07:39:55 (local
time)----------------
Received Fragment 4,869,570-4,872,983 at 2014-11-11 07:39:55 (local
time)----------------
Received Fragment 4,872,983-4,881,175 at 2014-11-11 07:39:56 (local
time)----------------
Received Fragment 4,881,175-4,884,480 at 2014-11-11 07:39:56 (local
time)----------------
Received Fragment 4,884,480-4,892,672 at 2014-11-11 07:39:57 (local
time)----------------
Received Fragment 4,892,672-4,895,967 at 2014-11-11 07:39:57 (local
time)----------------
Received Fragment 4,895,967-4,904,159 at 2014-11-11 07:39:58 (local
time)----------------
Received Fragment 4,904,159-4,907,492 at 2014-11-11 07:39:58 (local
time)----------------
Received Fragment 4,907,492-4,915,684 at 2014-11-11 07:39:59 (local
time)----------------
Received Fragment 4,915,684-4,918,982 at 2014-11-11 07:39:59 (local
time)----------------
Received Fragment 4,918,982-4,927,174 at 2014-11-11 07:40:00 (local
time)----------------
Received Fragment 4,927,174-4,930,567 at 2014-11-11 07:40:00 (local
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 4,930,567-4,938,759 at 2014-11-11 07:40:01 (local
time)----------------
Received Fragment 4,938,759-4,942,040 at 2014-11-11 07:40:01 (local
time)----------------
Received Fragment 4,942,040-4,950,232 at 2014-11-11 07:40:02 (local
time)----------------
Received Fragment 4,950,232-4,953,543 at 2014-11-11 07:40:02 (local
time)----------------
Received Fragment 4,953,543-4,961,735 at 2014-11-11 07:40:03 (local
time)----------------
Received Fragment 4,961,735-4,965,102 at 2014-11-11 07:40:03 (local
time)----------------
Received Fragment 4,965,102-4,973,294 at 2014-11-11 07:40:04 (local
time)----------------
Received Fragment 4,973,294-4,976,640 at 2014-11-11 07:40:04 (local
time)----------------
Received Fragment 4,976,640-4,984,832 at 2014-11-11 07:40:05 (local
time)----------------
Received Fragment 4,984,832-4,988,109 at 2014-11-11 07:40:05 (local
time)----------------
Received Fragment 4,988,109-4,996,301 at 2014-11-11 07:40:06 (local
time)----------------
Received Fragment 4,996,301-4,999,615 at 2014-11-11 07:40:06 (local
time)----------------
Received Fragment 4,999,615-5,007,807 at 2014-11-11 07:40:07 (local
time)----------------
Received Fragment 5,007,807-5,011,068 at 2014-11-11 07:40:07 (local
time)----------------
Received Fragment 5,011,068-5,019,260 at 2014-11-11 07:40:08 (local
time)----------------
Received Fragment 5,019,260-5,022,620 at 2014-11-11 07:40:08 (local
time)----------------
Received Fragment 5,022,620-5,030,812 at 2014-11-11 07:40:09 (local
time)----------------
Received Fragment 5,030,812-5,034,111 at 2014-11-11 07:40:09 (local
time)----------------
Received Fragment 5,034,111-5,042,303 at 2014-11-11 07:40:10 (local
time)----------------
Received Fragment 5,042,303-5,045,640 at 2014-11-11 07:40:10 (local
time)----------------
Received Fragment 5,045,640-5,053,832 at 2014-11-11 07:40:11 (local
time)----------------
Received Fragment 5,053,832-5,057,250 at 2014-11-11 07:40:11 (local
time)----------------
Received Fragment 5,057,250-5,065,442 at 2014-11-11 07:40:12 (local
time)----------------
Received Fragment 5,065,442-5,068,800 at 2014-11-11 07:40:12 (local
time)----------------
Received Fragment 5,068,800-5,076,992 at 2014-11-11 07:40:13 (local
time)----------------
Received Fragment 5,076,992-5,080,153 at 2014-11-11 07:40:13 (local
time)----------------
Received Fragment 5,080,153-5,088,345 at 2014-11-11 07:40:14 (local
time)----------------
Received Fragment 5,088,345-5,091,473 at 2014-11-11 07:40:14 (local
time)----------------
Received Fragment 5,091,473-5,099,665 at 2014-11-11 07:40:15 (local
time)----------------
Received Fragment 5,099,665-5,102,827 at 2014-11-11 07:40:15 (local
time)----------------
Received Fragment 5,102,827-5,111,019 at 2014-11-11 07:40:16 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 5,111,019-5,114,247 at 2014-11-11 07:40:16 (local
time)----------------
Received Fragment 5,114,247-5,122,439 at 2014-11-11 07:40:17 (local
time)----------------
Received Fragment 5,122,439-5,125,677 at 2014-11-11 07:40:17 (local
time)----------------
Received Fragment 5,125,677-5,133,869 at 2014-11-11 07:40:18 (local
time)----------------
Received Fragment 5,133,869-5,137,027 at 2014-11-11 07:40:18 (local
time)----------------
Received Fragment 5,137,027-5,145,219 at 2014-11-11 07:40:18 (local
time)----------------
Received Fragment 5,145,219-5,148,493 at 2014-11-11 07:40:18 (local
time)----------------
Received Fragment 5,148,493-5,156,685 at 2014-11-11 07:40:19 (local
time)----------------
Received Fragment 5,156,685-5,160,960 at 2014-11-11 07:40:19 (local
time)----------------
Received Fragment 5,160,960-5,169,152 at 2014-11-11 07:40:20 (local
time)----------------
Received Fragment 5,169,152-5,172,414 at 2014-11-11 07:40:20 (local
time)----------------
Received Fragment 5,172,414-5,180,606 at 2014-11-11 07:40:21 (local
time)----------------
Received Fragment 5,180,606-5,183,946 at 2014-11-11 07:40:21 (local
time)----------------
Received Fragment 5,183,946-5,192,138 at 2014-11-11 07:40:22 (local
time)----------------
Received Fragment 5,192,138-5,195,421 at 2014-11-11 07:40:22 (local
time)----------------
Received Fragment 5,195,421-5,203,613 at 2014-11-11 07:40:22 (local
time)----------------
Received Fragment 5,203,613-5,207,065 at 2014-11-11 07:40:22 (local
time)----------------
Received Fragment 5,207,065-5,215,257 at 2014-11-11 07:40:23 (local
time)----------------
Received Fragment 5,215,257-5,218,547 at 2014-11-11 07:40:23 (local
time)----------------
Received Fragment 5,218,547-5,226,739 at 2014-11-11 07:40:24 (local
time)----------------
Received Fragment 5,226,739-5,230,028 at 2014-11-11 07:40:24 (local
time)----------------
Received Fragment 5,230,028-5,238,220 at 2014-11-11 07:40:25 (local
time)----------------
Received Fragment 5,238,220-5,241,611 at 2014-11-11 07:40:25 (local
time)----------------
Received Fragment 5,241,611-5,249,803 at 2014-11-11 07:40:25 (local
time)----------------
Received Fragment 5,249,803-5,253,120 at 2014-11-11 07:40:25 (local
time)----------------
Received Fragment 5,253,120-5,261,312 at 2014-11-11 07:40:26 (local
time)----------------
Received Fragment 5,261,312-5,264,626 at 2014-11-11 07:40:26 (local
time)----------------
Received Fragment 5,264,626-5,272,818 at 2014-11-11 07:40:27 (local
time)----------------
Received Fragment 5,272,818-5,276,130 at 2014-11-11 07:40:27 (local
time)----------------
Received Fragment 5,276,130-5,284,322 at 2014-11-11 07:40:28 (local
time)----------------
Received Fragment 5,284,322-5,287,590 at 2014-11-11 07:40:28 (local
time)----------------
Received Fragment 5,287,590-5,295,782 at 2014-11-11 07:40:28 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 5,295,782-5,299,140 at 2014-11-11 07:40:28 (local
time)----------------
Received Fragment 5,299,140-5,307,332 at 2014-11-11 07:40:29 (local
time)----------------
Received Fragment 5,307,332-5,310,590 at 2014-11-11 07:40:29 (local
time)----------------
Received Fragment 5,310,590-5,318,782 at 2014-11-11 07:40:30 (local
time)----------------
Received Fragment 5,318,782-5,322,149 at 2014-11-11 07:40:30 (local
time)----------------
Received Fragment 5,322,149-5,330,341 at 2014-11-11 07:40:31 (local
time)----------------
Received Fragment 5,330,341-5,333,779 at 2014-11-11 07:40:31 (local
time)----------------
Received Fragment 5,333,779-5,341,971 at 2014-11-11 07:40:32 (local
time)----------------
Received Fragment 5,341,971-5,345,280 at 2014-11-11 07:40:32 (local
time)----------------
Received Fragment 5,345,280-5,353,472 at 2014-11-11 07:40:33 (local
time)----------------
Received Fragment 5,353,472-5,356,804 at 2014-11-11 07:40:33 (local
time)----------------
Received Fragment 5,356,804-5,364,996 at 2014-11-11 07:40:34 (local
time)----------------
Received Fragment 5,364,996-5,368,292 at 2014-11-11 07:40:34 (local
time)----------------
Received Fragment 5,368,292-5,376,484 at 2014-11-11 07:40:35 (local
time)----------------
Received Fragment 5,376,484-5,379,731 at 2014-11-11 07:40:35 (local
time)----------------
Received Fragment 5,379,731-5,387,923 at 2014-11-11 07:40:35 (local
time)----------------
Received Fragment 5,387,923-5,391,332 at 2014-11-11 07:40:35 (local
time)----------------
Received Fragment 5,391,332-5,399,524 at 2014-11-11 07:40:36 (local
time)----------------
Received Fragment 5,399,524-5,402,795 at 2014-11-11 07:40:36 (local
time)----------------
Received Fragment 5,402,795-5,410,987 at 2014-11-11 07:40:37 (local
time)----------------
Received Fragment 5,410,987-5,414,333 at 2014-11-11 07:40:37 (local
time)----------------
Received Fragment 5,414,333-5,422,525 at 2014-11-11 07:40:38 (local
time)----------------
Received Fragment 5,422,525-5,425,912 at 2014-11-11 07:40:38 (local
time)----------------
Received Fragment 5,425,912-5,434,104 at 2014-11-11 07:40:39 (local
time)----------------
Received Fragment 5,434,104-5,437,440 at 2014-11-11 07:40:39 (local
time)----------------
Received Fragment 5,437,440-5,445,632 at 2014-11-11 07:40:40 (local
time)----------------
Received Fragment 5,445,632-5,448,557 at 2014-11-11 07:40:40 (local
time)----------------
Received Fragment 5,448,557-5,456,749 at 2014-11-11 07:40:41 (local
time)----------------
Received Fragment 5,456,749-5,459,695 at 2014-11-11 07:40:41 (local
time)----------------
Received Fragment 5,459,695-5,467,887 at 2014-11-11 07:40:42 (local
time)----------------
Received Fragment 5,467,887-5,470,972 at 2014-11-11 07:40:42 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 5,470,972-5,479,164 at 2014-11-11 07:40:43 (local time)----------------
Received Fragment 5,479,164-5,484,491 at 2014-11-11 07:40:43 (local time)----------------
Received Fragment 5,484,491-5,492,683 at 2014-11-11 07:40:43 (local time)----------------
Received Fragment 5,492,683-5,495,727 at 2014-11-11 07:40:43 (local time)----------------
Received Fragment 5,495,727-5,503,919 at 2014-11-11 07:40:44 (local time)----------------
Received Fragment 5,503,919-5,506,999 at 2014-11-11 07:40:44 (local time)----------------
Received Fragment 5,506,999-5,515,191 at 2014-11-11 07:40:45 (local time)----------------
Received Fragment 5,515,191-5,518,344 at 2014-11-11 07:40:45 (local time)----------------
Received Fragment 5,518,344-5,526,536 at 2014-11-11 07:40:46 (local time)----------------
Received Fragment 5,526,536-5,529,600 at 2014-11-11 07:40:46 (local time)----------------
Received Fragment 5,529,600-5,537,792 at 2014-11-11 07:40:47 (local time)----------------
Received Fragment 5,537,792-5,541,113 at 2014-11-11 07:40:47 (local time)----------------
Received Fragment 5,541,113-5,549,305 at 2014-11-11 07:40:48 (local time)----------------
Received Fragment 5,549,305-5,552,597 at 2014-11-11 07:40:48 (local time)----------------
Received Fragment 5,552,597-5,560,789 at 2014-11-11 07:40:49 (local time)----------------
Received Fragment 5,560,789-5,564,129 at 2014-11-11 07:40:49 (local time)----------------
Received Fragment 5,564,129-5,572,321 at 2014-11-11 07:40:50 (local time)----------------
Received Fragment 5,572,321-5,575,705 at 2014-11-11 07:40:50 (local time)----------------
Received Fragment 5,575,705-5,583,897 at 2014-11-11 07:40:51 (local time)----------------
Received Fragment 5,583,897-5,587,200 at 2014-11-11 07:40:51 (local time)----------------
Received Fragment 5,587,200-5,595,392 at 2014-11-11 07:40:51 (local time)----------------
Received Fragment 5,595,392-5,598,652 at 2014-11-11 07:40:51 (local time)----------------
Received Fragment 5,598,652-5,606,844 at 2014-11-11 07:40:52 (local time)----------------
Received Fragment 5,606,844-5,610,239 at 2014-11-11 07:40:52 (local time)----------------
Received Fragment 5,610,239-5,618,431 at 2014-11-11 07:40:53 (local time)----------------
Received Fragment 5,618,431-5,621,760 at 2014-11-11 07:40:53 (local time)----------------
Received Fragment 5,621,760-5,629,952 at 2014-11-11 07:40:54 (local time)----------------
Received Fragment 5,629,952-5,633,312 at 2014-11-11 07:40:54 (local time)----------------
Received Fragment 5,633,312-5,641,504 at 2014-11-11 07:40:55 (local time)----------------
Received Fragment 5,641,504-5,644,793 at 2014-11-11 07:40:55 (local time)----------------
Received Fragment 5,644,793-5,652,985 at 2014-11-11 07:40:56 (local time)----------------
Received Fragment 5,652,985-5,656,317 at 2014-11-11 07:40:56 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

time)---------------
Received Fragment 5,656,317-5,664,509 at 2014-11-11 07:40:57 (local
time)---------------
Received Fragment 5,664,509-5,667,979 at 2014-11-11 07:40:57 (local
time)---------------
Received Fragment 5,667,979-5,676,171 at 2014-11-11 07:40:58 (local
time)---------------
Received Fragment 5,676,171-5,679,484 at 2014-11-11 07:40:58 (local
time)---------------
Received Fragment 5,679,484-5,687,676 at 2014-11-11 07:40:58 (local
time)---------------
Received Fragment 5,687,676-5,690,916 at 2014-11-11 07:40:58 (local
time)---------------
Received Fragment 5,690,916-5,699,108 at 2014-11-11 07:40:59 (local
time)---------------
Received Fragment 5,699,108-5,702,463 at 2014-11-11 07:40:59 (local
time)---------------
Received Fragment 5,702,463-5,710,655 at 2014-11-11 07:41:00 (local
time)---------------
Received Fragment 5,710,655-5,713,920 at 2014-11-11 07:41:00 (local
time)---------------
Received Fragment 5,713,920-5,722,112 at 2014-11-11 07:41:01 (local
time)---------------
Received Fragment 5,722,112-5,725,416 at 2014-11-11 07:41:01 (local
time)---------------
Received Fragment 5,725,416-5,733,608 at 2014-11-11 07:41:02 (local
time)---------------
Received Fragment 5,733,608-5,736,910 at 2014-11-11 07:41:02 (local
time)---------------
Received Fragment 5,736,910-5,745,102 at 2014-11-11 07:41:02 (local
time)---------------
Received Fragment 5,745,102-5,748,360 at 2014-11-11 07:41:02 (local
time)---------------
Received Fragment 5,748,360-5,756,552 at 2014-11-11 07:41:03 (local
time)---------------
Received Fragment 5,756,552-5,759,959 at 2014-11-11 07:41:03 (local
time)---------------
Received Fragment 5,759,959-5,768,151 at 2014-11-11 07:41:04 (local
time)---------------
Received Fragment 5,768,151-5,771,498 at 2014-11-11 07:41:04 (local
time)---------------
Received Fragment 5,771,498-5,779,690 at 2014-11-11 07:41:05 (local
time)---------------
Received Fragment 5,779,690-5,783,017 at 2014-11-11 07:41:05 (local
time)---------------
Received Fragment 5,783,017-5,791,209 at 2014-11-11 07:41:06 (local
time)---------------
Received Fragment 5,791,209-5,794,543 at 2014-11-11 07:41:06 (local
time)---------------
Received Fragment 5,794,543-5,802,735 at 2014-11-11 07:41:07 (local
time)---------------
Received Fragment 5,802,735-5,806,080 at 2014-11-11 07:41:07 (local
time)---------------
Received Fragment 5,806,080-5,814,272 at 2014-11-11 07:41:08 (local
time)---------------
Received Fragment 5,814,272-5,817,586 at 2014-11-11 07:41:08 (local
time)---------------
Received Fragment 5,817,586-5,825,778 at 2014-11-11 07:41:09 (local
time)---------------
Received Fragment 5,825,778-5,829,093 at 2014-11-11 07:41:09 (local
time)---------------
Received Fragment 5,829,093-5,837,285 at 2014-11-11 07:41:10 (local
time)---------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 5,837,285-5,840,602 at 2014-11-11 07:41:10 (local time)---------------
Received Fragment 5,840,602-5,848,794 at 2014-11-11 07:41:11 (local time)---------------
Received Fragment 5,848,794-5,852,207 at 2014-11-11 07:41:11 (local time)---------------
Received Fragment 5,852,207-5,860,399 at 2014-11-11 07:41:12 (local time)---------------
Received Fragment 5,860,399-5,863,735 at 2014-11-11 07:41:12 (local time)---------------
Received Fragment 5,863,735-5,871,927 at 2014-11-11 07:41:13 (local time)---------------
Received Fragment 5,871,927-5,875,240 at 2014-11-11 07:41:13 (local time)---------------
Received Fragment 5,875,240-5,883,432 at 2014-11-11 07:41:14 (local time)---------------
Received Fragment 5,883,432-5,886,725 at 2014-11-11 07:41:14 (local time)---------------
Received Fragment 5,886,725-5,894,917 at 2014-11-11 07:41:15 (local time)---------------
Received Fragment 5,894,917-5,898,240 at 2014-11-11 07:41:15 (local time)---------------
Received Fragment 5,898,240-5,906,432 at 2014-11-11 07:41:16 (local time)---------------
Received Fragment 5,906,432-5,909,719 at 2014-11-11 07:41:16 (local time)---------------
Received Fragment 5,909,719-5,917,911 at 2014-11-11 07:41:16 (local time)---------------
Received Fragment 5,917,911-5,921,179 at 2014-11-11 07:41:16 (local time)---------------
Received Fragment 5,921,179-5,929,371 at 2014-11-11 07:41:18 (local time)---------------
Received Fragment 5,929,371-5,932,671 at 2014-11-11 07:41:18 (local time)---------------
Received Fragment 5,932,671-5,940,863 at 2014-11-11 07:41:19 (local time)---------------
Received Fragment 5,940,863-5,944,313 at 2014-11-11 07:41:19 (local time)---------------
Received Fragment 5,944,313-5,952,505 at 2014-11-11 07:41:20 (local time)---------------
Received Fragment 5,952,505-5,955,819 at 2014-11-11 07:41:20 (local time)---------------
Received Fragment 5,955,819-5,964,011 at 2014-11-11 07:41:21 (local time)---------------
Received Fragment 5,964,011-5,967,341 at 2014-11-11 07:41:21 (local time)---------------
Received Fragment 5,967,341-5,975,533 at 2014-11-11 07:41:21 (local time)---------------
Received Fragment 5,975,533-5,978,916 at 2014-11-11 07:41:21 (local time)---------------
Received Fragment 5,978,916-5,987,108 at 2014-11-11 07:41:22 (local time)---------------
Received Fragment 5,987,108-5,990,400 at 2014-11-11 07:41:22 (local time)---------------
Received Fragment 5,990,400-5,998,592 at 2014-11-11 07:41:23 (local time)---------------
Received Fragment 5,998,592-6,001,907 at 2014-11-11 07:41:23 (local time)---------------
Received Fragment 6,001,907-6,010,099 at 2014-11-11 07:41:24 (local time)---------------
Received Fragment 6,010,099-6,013,386 at 2014-11-11 07:41:24 (local time)---------------
Received Fragment 6,013,386-6,021,578 at 2014-11-11 07:41:25 (local time)

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)---------------
Received Fragment 6,021,578-6,024,921 at 2014-11-11 07:41:25 (local
time)---------------
Received Fragment 6,024,921-6,033,113 at 2014-11-11 07:41:26 (local
time)---------------
Received Fragment 6,033,113-6,036,486 at 2014-11-11 07:41:26 (local
time)---------------
Received Fragment 6,036,486-6,044,678 at 2014-11-11 07:41:27 (local
time)---------------
Received Fragment 6,044,678-6,048,014 at 2014-11-11 07:41:27 (local
time)---------------
Received Fragment 6,048,014-6,056,206 at 2014-11-11 07:41:28 (local
time)---------------
Received Fragment 6,056,206-6,059,516 at 2014-11-11 07:41:28 (local
time)---------------
Received Fragment 6,059,516-6,067,708 at 2014-11-11 07:41:29 (local
time)---------------
Received Fragment 6,067,708-6,071,084 at 2014-11-11 07:41:29 (local
time)---------------
Received Fragment 6,071,084-6,079,276 at 2014-11-11 07:41:29 (local
time)---------------
Received Fragment 6,079,276-6,082,560 at 2014-11-11 07:41:29 (local
time)---------------
Received Fragment 6,082,560-6,090,752 at 2014-11-11 07:41:30 (local
time)---------------
Received Fragment 6,090,752-6,094,061 at 2014-11-11 07:41:30 (local
time)---------------
Received Fragment 6,094,061-6,102,253 at 2014-11-11 07:41:31 (local
time)---------------
Received Fragment 6,102,253-6,105,549 at 2014-11-11 07:41:31 (local
time)---------------
Received Fragment 6,105,549-6,113,741 at 2014-11-11 07:41:32 (local
time)---------------
Received Fragment 6,113,741-6,117,056 at 2014-11-11 07:41:32 (local
time)---------------
Received Fragment 6,117,056-6,125,248 at 2014-11-11 07:41:33 (local
time)---------------
Received Fragment 6,125,248-6,128,660 at 2014-11-11 07:41:33 (local
time)---------------
Received Fragment 6,128,660-6,136,852 at 2014-11-11 07:41:34 (local
time)---------------
Received Fragment 6,136,852-6,140,132 at 2014-11-11 07:41:34 (local
time)---------------
Received Fragment 6,140,132-6,148,324 at 2014-11-11 07:41:35 (local
time)---------------
Received Fragment 6,148,324-6,151,711 at 2014-11-11 07:41:35 (local
time)---------------
Received Fragment 6,151,711-6,159,903 at 2014-11-11 07:41:36 (local
time)---------------
Received Fragment 6,159,903-6,163,251 at 2014-11-11 07:41:36 (local
time)---------------
Received Fragment 6,163,251-6,171,443 at 2014-11-11 07:41:37 (local
time)---------------
Received Fragment 6,171,443-6,174,720 at 2014-11-11 07:41:37 (local
time)---------------
Received Fragment 6,174,720-6,182,912 at 2014-11-11 07:41:39 (local
time)---------------
Received Fragment 6,182,912-6,186,202 at 2014-11-11 07:41:39 (local
time)---------------
Received Fragment 6,186,202-6,194,394 at 2014-11-11 07:41:40 (local
time)---------------
Received Fragment 6,194,394-6,197,719 at 2014-11-11 07:41:40 (local
time)---------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 6,197,719-6,205,911 at 2014-11-11 07:41:41 (local
time)---------------
Received Fragment 6,205,911-6,209,239 at 2014-11-11 07:41:41 (local
time)---------------
Received Fragment 6,209,239-6,217,431 at 2014-11-11 07:41:42 (local
time)---------------
Received Fragment 6,217,431-6,220,820 at 2014-11-11 07:41:42 (local
time)---------------
Received Fragment 6,220,820-6,229,012 at 2014-11-11 07:41:43 (local
time)---------------
Received Fragment 6,229,012-6,232,331 at 2014-11-11 07:41:43 (local
time)---------------
Received Fragment 6,232,331-6,240,523 at 2014-11-11 07:41:44 (local
time)---------------
Received Fragment 6,240,523-6,243,815 at 2014-11-11 07:41:44 (local
time)---------------
Received Fragment 6,243,815-6,252,007 at 2014-11-11 07:41:45 (local
time)---------------
Received Fragment 6,252,007-6,255,381 at 2014-11-11 07:41:45 (local
time)---------------
Received Fragment 6,255,381-6,263,573 at 2014-11-11 07:41:46 (local
time)---------------
Received Fragment 6,263,573-6,266,880 at 2014-11-11 07:41:46 (local
time)---------------
Received Fragment 6,266,880-6,275,072 at 2014-11-11 07:41:47 (local
time)---------------
Received Fragment 6,275,072-6,278,366 at 2014-11-11 07:41:47 (local
time)---------------
Received Fragment 6,278,366-6,286,558 at 2014-11-11 07:41:47 (local
time)---------------
Received Fragment 6,286,558-6,289,833 at 2014-11-11 07:41:47 (local
time)---------------
Received Fragment 6,289,833-6,298,025 at 2014-11-11 07:41:48 (local
time)---------------
Received Fragment 6,298,025-6,301,323 at 2014-11-11 07:41:48 (local
time)---------------
Received Fragment 6,301,323-6,309,515 at 2014-11-11 07:41:48 (local
time)---------------
Received Fragment 6,309,515-6,312,878 at 2014-11-11 07:41:48 (local
time)---------------
Received Fragment 6,312,878-6,321,070 at 2014-11-11 07:41:49 (local
time)---------------
Received Fragment 6,321,070-6,324,368 at 2014-11-11 07:41:49 (local
time)---------------
Received Fragment 6,324,368-6,332,560 at 2014-11-11 07:41:50 (local
time)---------------
Received Fragment 6,332,560-6,335,904 at 2014-11-11 07:41:50 (local
time)---------------
Received Fragment 6,335,904-6,344,096 at 2014-11-11 07:41:51 (local
time)---------------
Received Fragment 6,344,096-6,347,515 at 2014-11-11 07:41:51 (local
time)---------------
Received Fragment 6,347,515-6,355,707 at 2014-11-11 07:41:52 (local
time)---------------
Received Fragment 6,355,707-6,359,040 at 2014-11-11 07:41:52 (local
time)---------------
Received Fragment 6,359,040-6,367,232 at 2014-11-11 07:41:52 (local
time)---------------
Received Fragment 6,367,232-6,370,521 at 2014-11-11 07:41:52 (local
time)---------------
Received Fragment 6,370,521-6,378,713 at 2014-11-11 07:41:53 (local
time)---------------
Received Fragment 6,378,713-6,381,989 at 2014-11-11 07:41:53 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)---------------
Received Fragment 6,381,989-6,390,181 at 2014-11-11 07:41:55 (local
time)---------------
Received Fragment 6,390,181-6,393,496 at 2014-11-11 07:41:55 (local
time)---------------
Received Fragment 6,393,496-6,401,688 at 2014-11-11 07:41:55 (local
time)---------------
Received Fragment 6,401,688-6,405,078 at 2014-11-11 07:41:55 (local
time)---------------
Received Fragment 6,405,078-6,413,270 at 2014-11-11 07:41:57 (local
time)---------------
Received Fragment 6,413,270-6,416,579 at 2014-11-11 07:41:57 (local
time)---------------
Received Fragment 6,416,579-6,424,771 at 2014-11-11 07:41:58 (local
time)---------------
Received Fragment 6,424,771-6,428,084 at 2014-11-11 07:41:58 (local
time)---------------
Received Fragment 6,428,084-6,436,276 at 2014-11-11 07:41:59 (local
time)---------------
Received Fragment 6,436,276-6,439,664 at 2014-11-11 07:41:59 (local
time)---------------
Received Fragment 6,439,664-6,447,856 at 2014-11-11 07:42:00 (local
time)---------------
Received Fragment 6,447,856-6,451,200 at 2014-11-11 07:42:00 (local
time)---------------
Received Fragment 6,451,200-6,459,392 at 2014-11-11 07:42:01 (local
time)---------------
Received Fragment 6,459,392-6,462,687 at 2014-11-11 07:42:01 (local
time)---------------
Received Fragment 6,462,687-6,470,879 at 2014-11-11 07:42:02 (local
time)---------------
Received Fragment 6,470,879-6,474,178 at 2014-11-11 07:42:02 (local
time)---------------
Received Fragment 6,474,178-6,482,370 at 2014-11-11 07:42:03 (local
time)---------------
Received Fragment 6,482,370-6,485,674 at 2014-11-11 07:42:03 (local
time)---------------
Received Fragment 6,485,674-6,493,866 at 2014-11-11 07:42:04 (local
time)---------------
Received Fragment 6,493,866-6,497,248 at 2014-11-11 07:42:04 (local
time)---------------
Received Fragment 6,497,248-6,505,440 at 2014-11-11 07:42:05 (local
time)---------------
Received Fragment 6,505,440-6,508,794 at 2014-11-11 07:42:05 (local
time)---------------
Received Fragment 6,508,794-6,516,986 at 2014-11-11 07:42:06 (local
time)---------------
Received Fragment 6,516,986-6,520,281 at 2014-11-11 07:42:06 (local
time)---------------
Received Fragment 6,520,281-6,528,473 at 2014-11-11 07:42:07 (local
time)---------------
Received Fragment 6,528,473-6,531,846 at 2014-11-11 07:42:07 (local
time)---------------
Received Fragment 6,531,846-6,540,038 at 2014-11-11 07:42:08 (local
time)---------------
Received Fragment 6,540,038-6,543,360 at 2014-11-11 07:42:08 (local
time)---------------
Received Fragment 6,543,360-6,551,552 at 2014-11-11 07:42:09 (local
time)---------------
Received Fragment 6,551,552-6,554,836 at 2014-11-11 07:42:09 (local
time)---------------
Received Fragment 6,554,836-6,563,028 at 2014-11-11 07:42:10 (local
time)---------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

Received Fragment 6,563,028-6,566,308 at 2014-11-11 07:42:10 (local time)---------------
Received Fragment 6,566,308-6,574,500 at 2014-11-11 07:42:10 (local time)---------------
Received Fragment 6,574,500-6,577,780 at 2014-11-11 07:42:10 (local time)---------------
Received Fragment 6,577,780-6,585,972 at 2014-11-11 07:42:11 (local time)---------------
Received Fragment 6,585,972-6,589,346 at 2014-11-11 07:42:11 (local time)---------------
Received Fragment 6,589,346-6,597,538 at 2014-11-11 07:42:12 (local time)---------------
Received Fragment 6,597,538-6,600,842 at 2014-11-11 07:42:12 (local time)---------------
Received Fragment 6,600,842-6,609,034 at 2014-11-11 07:42:12 (local time)---------------
Received Fragment 6,609,034-6,612,323 at 2014-11-11 07:42:12 (local time)---------------
Received Fragment 6,612,323-6,620,515 at 2014-11-11 07:42:13 (local time)---------------
Received Fragment 6,620,515-6,623,930 at 2014-11-11 07:42:13 (local time)---------------
Received Fragment 6,623,930-6,632,122 at 2014-11-11 07:42:13 (local time)---------------
Received Fragment 6,632,122-6,635,520 at 2014-11-11 07:42:13 (local time)---------------
Received Fragment 6,635,520-6,643,712 at 2014-11-11 07:42:14 (local time)---------------
Received Fragment 6,643,712-6,646,994 at 2014-11-11 07:42:14 (local time)---------------
Received Fragment 6,646,994-6,655,186 at 2014-11-11 07:42:15 (local time)---------------
Received Fragment 6,655,186-6,658,459 at 2014-11-11 07:42:15 (local time)---------------
Received Fragment 6,658,459-6,666,651 at 2014-11-11 07:42:15 (local time)---------------
Received Fragment 6,666,651-6,669,956 at 2014-11-11 07:42:15 (local time)---------------
Received Fragment 6,669,956-6,678,148 at 2014-11-11 07:42:16 (local time)---------------
Received Fragment 6,678,148-6,681,539 at 2014-11-11 07:42:16 (local time)---------------
Received Fragment 6,681,539-6,689,731 at 2014-11-11 07:42:17 (local time)---------------
Received Fragment 6,689,731-6,693,108 at 2014-11-11 07:42:17 (local time)---------------
Received Fragment 6,693,108-6,701,300 at 2014-11-11 07:42:18 (local time)---------------
Received Fragment 6,701,300-6,704,584 at 2014-11-11 07:42:18 (local time)---------------
Received Fragment 6,704,584-6,712,776 at 2014-11-11 07:42:19 (local time)---------------
Received Fragment 6,712,776-6,716,139 at 2014-11-11 07:42:19 (local time)---------------
Received Fragment 6,716,139-6,724,331 at 2014-11-11 07:42:20 (local time)---------------
Received Fragment 6,724,331-6,727,680 at 2014-11-11 07:42:20 (local time)---------------
Received Fragment 6,727,680-6,735,872 at 2014-11-11 07:42:21 (local time)---------------
Received Fragment 6,735,872-6,739,199 at 2014-11-11 07:42:21 (local time)---------------
Received Fragment 6,739,199-6,747,391 at 2014-11-11 07:42:22 (local

```
     shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 6,747,391-6,750,633 at 2014-11-11 07:42:22 (local
time)----------------
Received Fragment 6,750,633-6,758,825 at 2014-11-11 07:42:23 (local
time)----------------
Received Fragment 6,758,825-6,762,148 at 2014-11-11 07:42:23 (local
time)----------------
Received Fragment 6,762,148-6,770,340 at 2014-11-11 07:42:25 (local
time)----------------
Received Fragment 6,770,340-6,773,753 at 2014-11-11 07:42:25 (local
time)----------------
Received Fragment 6,773,753-6,781,945 at 2014-11-11 07:42:25 (local
time)----------------
Received Fragment 6,781,945-6,785,272 at 2014-11-11 07:42:25 (local
time)----------------
Received Fragment 6,785,272-6,793,464 at 2014-11-11 07:42:26 (local
time)----------------
Received Fragment 6,793,464-6,796,742 at 2014-11-11 07:42:26 (local
time)----------------
Received Fragment 6,796,742-6,804,934 at 2014-11-11 07:42:27 (local
time)----------------
Received Fragment 6,804,934-6,808,323 at 2014-11-11 07:42:27 (local
time)----------------
Received Fragment 6,808,323-6,816,515 at 2014-11-11 07:42:28 (local
time)----------------
Received Fragment 6,816,515-6,819,840 at 2014-11-11 07:42:28 (local
time)----------------
Received Fragment 6,819,840-6,828,032 at 2014-11-11 07:42:28 (local
time)----------------
Received Fragment 6,828,032-6,831,306 at 2014-11-11 07:42:28 (local
time)----------------
Received Fragment 6,831,306-6,839,498 at 2014-11-11 07:42:29 (local
time)----------------
Received Fragment 6,839,498-6,842,785 at 2014-11-11 07:42:29 (local
time)----------------
Received Fragment 6,842,785-6,850,977 at 2014-11-11 07:42:30 (local
time)----------------
Received Fragment 6,850,977-6,854,296 at 2014-11-11 07:42:30 (local
time)----------------
Received Fragment 6,854,296-6,862,488 at 2014-11-11 07:42:31 (local
time)----------------
Received Fragment 6,862,488-6,865,868 at 2014-11-11 07:42:31 (local
time)----------------
Received Fragment 6,865,868-6,874,060 at 2014-11-11 07:42:32 (local
time)----------------
Received Fragment 6,874,060-6,877,382 at 2014-11-11 07:42:32 (local
time)----------------
Received Fragment 6,877,382-6,885,574 at 2014-11-11 07:42:33 (local
time)----------------
Received Fragment 6,885,574-6,888,900 at 2014-11-11 07:42:33 (local
time)----------------
Received Fragment 6,888,900-6,897,092 at 2014-11-11 07:42:34 (local
time)----------------
Received Fragment 6,897,092-6,900,481 at 2014-11-11 07:42:34 (local
time)----------------
Received Fragment 6,900,481-6,908,673 at 2014-11-11 07:42:35 (local
time)----------------
Received Fragment 6,908,673-6,912,000 at 2014-11-11 07:42:35 (local
time)----------------
Received Fragment 6,912,000-6,920,192 at 2014-11-11 07:42:36 (local
time)----------------
Received Fragment 6,920,192-6,923,463 at 2014-11-11 07:42:36 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 6,923,463-6,931,655 at 2014-11-11 07:42:37 (local
time)----------------
Received Fragment 6,931,655-6,934,919 at 2014-11-11 07:42:37 (local
time)----------------
Received Fragment 6,934,919-6,943,111 at 2014-11-11 07:42:38 (local
time)----------------
Received Fragment 6,943,111-6,946,385 at 2014-11-11 07:42:38 (local
time)----------------
Received Fragment 6,946,385-6,954,577 at 2014-11-11 07:42:39 (local
time)----------------
Received Fragment 6,954,577-6,958,029 at 2014-11-11 07:42:39 (local
time)----------------
Received Fragment 6,958,029-6,966,221 at 2014-11-11 07:42:40 (local
time)----------------
Received Fragment 6,966,221-6,969,515 at 2014-11-11 07:42:40 (local
time)----------------
Received Fragment 6,969,515-6,977,707 at 2014-11-11 07:42:41 (local
time)----------------
Received Fragment 6,977,707-6,981,033 at 2014-11-11 07:42:41 (local
time)----------------
Received Fragment 6,981,033-6,989,225 at 2014-11-11 07:42:42 (local
time)----------------
Received Fragment 6,989,225-6,992,657 at 2014-11-11 07:42:42 (local
time)----------------
Received Fragment 6,992,657-7,000,849 at 2014-11-11 07:42:44 (local
time)----------------
Received Fragment 7,000,849-7,004,160 at 2014-11-11 07:42:44 (local
time)----------------
Received Fragment 7,004,160-7,012,352 at 2014-11-11 07:42:45 (local
time)----------------
Received Fragment 7,012,352-7,015,650 at 2014-11-11 07:42:45 (local
time)----------------
Received Fragment 7,015,650-7,023,842 at 2014-11-11 07:42:46 (local
time)----------------
Received Fragment 7,023,842-7,027,099 at 2014-11-11 07:42:46 (local
time)----------------
Received Fragment 7,027,099-7,035,291 at 2014-11-11 07:42:47 (local
time)----------------
Received Fragment 7,035,291-7,038,624 at 2014-11-11 07:42:47 (local
time)----------------
Received Fragment 7,038,624-7,046,816 at 2014-11-11 07:42:48 (local
time)----------------
Received Fragment 7,046,816-7,050,212 at 2014-11-11 07:42:48 (local
time)----------------
Received Fragment 7,050,212-7,058,404 at 2014-11-11 07:42:49 (local
time)----------------
Received Fragment 7,058,404-7,061,746 at 2014-11-11 07:42:49 (local
time)----------------
Received Fragment 7,061,746-7,069,938 at 2014-11-11 07:42:49 (local
time)----------------
Received Fragment 7,069,938-7,073,246 at 2014-11-11 07:42:49 (local
time)----------------
Received Fragment 7,073,246-7,081,438 at 2014-11-11 07:42:50 (local
time)----------------
Received Fragment 7,081,438-7,084,823 at 2014-11-11 07:42:50 (local
time)----------------
Received Fragment 7,084,823-7,093,015 at 2014-11-11 07:42:51 (local
time)----------------
Received Fragment 7,093,015-7,096,320 at 2014-11-11 07:42:51 (local
time)----------------
Received Fragment 7,096,320-7,104,512 at 2014-11-11 07:42:52 (local
time)----------------
Received Fragment 7,104,512-7,107,849 at 2014-11-11 07:42:52 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 7,107,849-7,116,041 at 2014-11-11 07:42:53 (local
time)----------------
Received Fragment 7,116,041-7,119,383 at 2014-11-11 07:42:53 (local
time)----------------
Received Fragment 7,119,383-7,127,575 at 2014-11-11 07:42:54 (local
time)----------------
Received Fragment 7,127,575-7,130,890 at 2014-11-11 07:42:54 (local
time)----------------
Received Fragment 7,130,890-7,139,082 at 2014-11-11 07:42:55 (local
time)----------------
Received Fragment 7,139,082-7,142,485 at 2014-11-11 07:42:55 (local
time)----------------
Received Fragment 7,142,485-7,150,677 at 2014-11-11 07:42:56 (local
time)----------------
Received Fragment 7,150,677-7,154,014 at 2014-11-11 07:42:56 (local
time)----------------
Received Fragment 7,154,014-7,162,206 at 2014-11-11 07:42:57 (local
time)----------------
Received Fragment 7,162,206-7,165,479 at 2014-11-11 07:42:57 (local
time)----------------
Received Fragment 7,165,479-7,173,671 at 2014-11-11 07:42:58 (local
time)----------------
Received Fragment 7,173,671-7,177,022 at 2014-11-11 07:42:58 (local
time)----------------
Received Fragment 7,177,022-7,185,214 at 2014-11-11 07:42:58 (local
time)----------------
Received Fragment 7,185,214-7,188,480 at 2014-11-11 07:42:58 (local
time)----------------
Received Fragment 7,188,480-7,196,672 at 2014-11-11 07:43:00 (local
time)----------------
Received Fragment 7,196,672-7,200,016 at 2014-11-11 07:43:00 (local
time)----------------
Received Fragment 7,200,016-7,208,208 at 2014-11-11 07:43:00 (local
time)----------------
Received Fragment 7,208,208-7,211,458 at 2014-11-11 07:43:00 (local
time)----------------
Received Fragment 7,211,458-7,219,650 at 2014-11-11 07:43:01 (local
time)----------------
Received Fragment 7,219,650-7,223,027 at 2014-11-11 07:43:01 (local
time)----------------
Received Fragment 7,223,027-7,231,219 at 2014-11-11 07:43:02 (local
time)----------------
Received Fragment 7,231,219-7,234,578 at 2014-11-11 07:43:02 (local
time)----------------
Received Fragment 7,234,578-7,242,770 at 2014-11-11 07:43:03 (local
time)----------------
Received Fragment 7,242,770-7,246,068 at 2014-11-11 07:43:03 (local
time)----------------
Received Fragment 7,246,068-7,254,260 at 2014-11-11 07:43:04 (local
time)----------------
Received Fragment 7,254,260-7,257,565 at 2014-11-11 07:43:04 (local
time)----------------
Received Fragment 7,257,565-7,265,757 at 2014-11-11 07:43:05 (local
time)----------------
Received Fragment 7,265,757-7,269,103 at 2014-11-11 07:43:05 (local
time)----------------
Received Fragment 7,269,103-7,277,295 at 2014-11-11 07:43:06 (local
time)----------------
Received Fragment 7,277,295-7,280,640 at 2014-11-11 07:43:06 (local
time)----------------
Received Fragment 7,280,640-7,288,832 at 2014-11-11 07:43:07 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 7,288,832-7,292,097 at 2014-11-11 07:43:07 (local time)----------------
Received Fragment 7,292,097-7,300,289 at 2014-11-11 07:43:08 (local time)----------------
Received Fragment 7,300,289-7,303,604 at 2014-11-11 07:43:08 (local time)----------------
Received Fragment 7,303,604-7,311,796 at 2014-11-11 07:43:09 (local time)----------------
Received Fragment 7,311,796-7,315,137 at 2014-11-11 07:43:09 (local time)----------------
Received Fragment 7,315,137-7,323,329 at 2014-11-11 07:43:09 (local time)----------------
Received Fragment 7,323,329-7,326,706 at 2014-11-11 07:43:09 (local time)----------------
Received Fragment 7,326,706-7,334,898 at 2014-11-11 07:43:10 (local time)----------------
Received Fragment 7,334,898-7,338,213 at 2014-11-11 07:43:10 (local time)----------------
Received Fragment 7,338,213-7,346,405 at 2014-11-11 07:43:11 (local time)----------------
Received Fragment 7,346,405-7,349,752 at 2014-11-11 07:43:11 (local time)----------------
Received Fragment 7,349,752-7,357,944 at 2014-11-11 07:43:12 (local time)----------------
Received Fragment 7,357,944-7,361,303 at 2014-11-11 07:43:12 (local time)----------------
Received Fragment 7,361,303-7,369,495 at 2014-11-11 07:43:13 (local time)----------------
Received Fragment 7,369,495-7,372,800 at 2014-11-11 07:43:13 (local time)----------------
Received Fragment 7,372,800-7,380,992 at 2014-11-11 07:43:14 (local time)----------------
Received Fragment 7,380,992-7,384,325 at 2014-11-11 07:43:14 (local time)----------------
Received Fragment 7,384,325-7,392,517 at 2014-11-11 07:43:15 (local time)----------------
Received Fragment 7,392,517-7,395,839 at 2014-11-11 07:43:15 (local time)----------------
Received Fragment 7,395,839-7,404,031 at 2014-11-11 07:43:15 (local time)----------------
Received Fragment 7,404,031-7,407,309 at 2014-11-11 07:43:15 (local time)----------------
Received Fragment 7,407,309-7,415,501 at 2014-11-11 07:43:16 (local time)----------------
Received Fragment 7,415,501-7,418,887 at 2014-11-11 07:43:16 (local time)----------------
Received Fragment 7,418,887-7,427,079 at 2014-11-11 07:43:17 (local time)----------------
Received Fragment 7,427,079-7,430,380 at 2014-11-11 07:43:17 (local time)----------------
Received Fragment 7,430,380-7,438,572 at 2014-11-11 07:43:18 (local time)----------------
Received Fragment 7,438,572-7,441,879 at 2014-11-11 07:43:18 (local time)----------------
Received Fragment 7,441,879-7,450,071 at 2014-11-11 07:43:19 (local time)----------------
Received Fragment 7,450,071-7,453,419 at 2014-11-11 07:43:19 (local time)----------------
Received Fragment 7,453,419-7,461,611 at 2014-11-11 07:43:20 (local time)----------------
Received Fragment 7,461,611-7,464,960 at 2014-11-11 07:43:20 (local time)----------------
Received Fragment 7,464,960-7,473,152 at 2014-11-11 07:43:21 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 7,473,152-7,476,463 at 2014-11-11 07:43:21 (local
time)----------------
Received Fragment 7,476,463-7,484,655 at 2014-11-11 07:43:21 (local
time)----------------
Received Fragment 7,484,655-7,487,947 at 2014-11-11 07:43:21 (local
time)----------------
Received Fragment 7,487,947-7,496,139 at 2014-11-11 07:43:22 (local
time)----------------
Received Fragment 7,496,139-7,499,465 at 2014-11-11 07:43:22 (local
time)----------------
Received Fragment 7,499,465-7,507,657 at 2014-11-11 07:43:23 (local
time)----------------
Received Fragment 7,507,657-7,511,035 at 2014-11-11 07:43:23 (local
time)----------------
Received Fragment 7,511,035-7,519,227 at 2014-11-11 07:43:24 (local
time)----------------
Received Fragment 7,519,227-7,522,547 at 2014-11-11 07:43:24 (local
time)----------------
Received Fragment 7,522,547-7,530,739 at 2014-11-11 07:43:25 (local
time)----------------
Received Fragment 7,530,739-7,534,018 at 2014-11-11 07:43:25 (local
time)----------------
Received Fragment 7,534,018-7,542,210 at 2014-11-11 07:43:26 (local
time)----------------
Received Fragment 7,542,210-7,545,619 at 2014-11-11 07:43:26 (local
time)----------------
Received Fragment 7,545,619-7,553,811 at 2014-11-11 07:43:27 (local
time)----------------
Received Fragment 7,553,811-7,557,120 at 2014-11-11 07:43:27 (local
time)----------------
Received Fragment 7,557,120-7,565,312 at 2014-11-11 07:43:29 (local
time)----------------
Received Fragment 7,565,312-7,568,615 at 2014-11-11 07:43:29 (local
time)----------------
Received Fragment 7,568,615-7,576,807 at 2014-11-11 07:43:30 (local
time)----------------
Received Fragment 7,576,807-7,580,106 at 2014-11-11 07:43:30 (local
time)----------------
Received Fragment 7,580,106-7,588,298 at 2014-11-11 07:43:31 (local
time)----------------
Received Fragment 7,588,298-7,591,661 at 2014-11-11 07:43:31 (local
time)----------------
Received Fragment 7,591,661-7,599,853 at 2014-11-11 07:43:32 (local
time)----------------
Received Fragment 7,599,853-7,603,210 at 2014-11-11 07:43:32 (local
time)----------------
Received Fragment 7,603,210-7,611,402 at 2014-11-11 07:43:33 (local
time)----------------
Received Fragment 7,611,402-7,614,704 at 2014-11-11 07:43:33 (local
time)----------------
Received Fragment 7,614,704-7,622,896 at 2014-11-11 07:43:34 (local
time)----------------
Received Fragment 7,622,896-7,626,183 at 2014-11-11 07:43:34 (local
time)----------------
Received Fragment 7,626,183-7,634,375 at 2014-11-11 07:43:35 (local
time)----------------
Received Fragment 7,634,375-7,637,747 at 2014-11-11 07:43:35 (local
time)----------------
Received Fragment 7,637,747-7,645,939 at 2014-11-11 07:43:36 (local
time)----------------
Received Fragment 7,645,939-7,649,280 at 2014-11-11 07:43:36 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt

Received Fragment 7,649,280-7,657,472 at 2014-11-11 07:43:37 (local
time)----------------
Received Fragment 7,657,472-7,660,779 at 2014-11-11 07:43:37 (local
time)----------------
Received Fragment 7,660,779-7,668,971 at 2014-11-11 07:43:38 (local
time)----------------
Received Fragment 7,668,971-7,672,280 at 2014-11-11 07:43:38 (local
time)----------------
Received Fragment 7,672,280-7,680,472 at 2014-11-11 07:43:39 (local
time)----------------
Received Fragment 7,680,472-7,683,757 at 2014-11-11 07:43:39 (local
time)----------------
Received Fragment 7,683,757-7,691,949 at 2014-11-11 07:43:40 (local
time)----------------
Received Fragment 7,691,949-7,695,345 at 2014-11-11 07:43:40 (local
time)----------------
Received Fragment 7,695,345-7,703,537 at 2014-11-11 07:43:41 (local
time)----------------
Received Fragment 7,703,537-7,706,834 at 2014-11-11 07:43:41 (local
time)----------------
Received Fragment 7,706,834-7,715,026 at 2014-11-11 07:43:42 (local
time)----------------
Received Fragment 7,715,026-7,718,366 at 2014-11-11 07:43:42 (local
time)----------------
Received Fragment 7,718,366-7,726,558 at 2014-11-11 07:43:44 (local
time)----------------
Received Fragment 7,726,558-7,729,910 at 2014-11-11 07:43:44 (local
time)----------------
Received Fragment 7,729,910-7,738,102 at 2014-11-11 07:43:45 (local
time)----------------
Received Fragment 7,738,102-7,741,440 at 2014-11-11 07:43:45 (local
time)----------------
Received Fragment 7,741,440-7,749,632 at 2014-11-11 07:43:46 (local
time)----------------
Received Fragment 7,749,632-7,752,925 at 2014-11-11 07:43:46 (local
time)----------------
Received Fragment 7,752,925-7,761,117 at 2014-11-11 07:43:47 (local
time)----------------
Received Fragment 7,761,117-7,764,485 at 2014-11-11 07:43:47 (local
time)----------------
Received Fragment 7,764,485-7,772,677 at 2014-11-11 07:43:48 (local
time)----------------
Received Fragment 7,772,677-7,775,965 at 2014-11-11 07:43:48 (local
time)----------------
Received Fragment 7,775,965-7,784,157 at 2014-11-11 07:43:49 (local
time)----------------
Received Fragment 7,784,157-7,787,527 at 2014-11-11 07:43:49 (local
time)----------------
Received Fragment 7,787,527-7,795,719 at 2014-11-11 07:43:50 (local
time)----------------
Received Fragment 7,795,719-7,799,011 at 2014-11-11 07:43:50 (local
time)----------------
Received Fragment 7,799,011-7,807,203 at 2014-11-11 07:43:52 (local
time)----------------
Received Fragment 7,807,203-7,810,512 at 2014-11-11 07:43:52 (local
time)----------------
Received Fragment 7,810,512-7,818,704 at 2014-11-11 07:43:53 (local
time)----------------
Received Fragment 7,818,704-7,822,102 at 2014-11-11 07:43:53 (local
time)----------------
Received Fragment 7,822,102-7,830,294 at 2014-11-11 07:43:54 (local
time)----------------
Received Fragment 7,830,294-7,833,600 at 2014-11-11 07:43:54 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 7,833,600-7,841,792 at 2014-11-11 07:43:55 (local
time)----------------
Received Fragment 7,841,792-7,845,085 at 2014-11-11 07:43:55 (local
time)----------------
Received Fragment 7,845,085-7,853,277 at 2014-11-11 07:43:55 (local
time)----------------
Received Fragment 7,853,277-7,856,580 at 2014-11-11 07:43:55 (local
time)----------------
Received Fragment 7,856,580-7,864,772 at 2014-11-11 07:43:57 (local
time)----------------
Received Fragment 7,864,772-7,868,082 at 2014-11-11 07:43:57 (local
time)----------------
Received Fragment 7,868,082-7,876,274 at 2014-11-11 07:43:58 (local
time)----------------
Received Fragment 7,876,274-7,879,678 at 2014-11-11 07:43:58 (local
time)----------------
Received Fragment 7,879,678-7,887,870 at 2014-11-11 07:43:59 (local
time)----------------
Received Fragment 7,887,870-7,891,172 at 2014-11-11 07:43:59 (local
time)----------------
Received Fragment 7,891,172-7,899,364 at 2014-11-11 07:44:00 (local
time)----------------
Received Fragment 7,899,364-7,902,664 at 2014-11-11 07:44:00 (local
time)----------------
Received Fragment 7,902,664-7,910,856 at 2014-11-11 07:44:01 (local
time)----------------
Received Fragment 7,910,856-7,914,244 at 2014-11-11 07:44:01 (local
time)----------------
Received Fragment 7,914,244-7,922,436 at 2014-11-11 07:44:02 (local
time)----------------
Received Fragment 7,922,436-7,925,760 at 2014-11-11 07:44:02 (local
time)----------------
Received Fragment 7,925,760-7,933,952 at 2014-11-11 07:44:03 (local
time)----------------
Received Fragment 7,933,952-7,937,243 at 2014-11-11 07:44:03 (local
time)----------------
Received Fragment 7,937,243-7,945,435 at 2014-11-11 07:44:04 (local
time)----------------
Received Fragment 7,945,435-7,948,741 at 2014-11-11 07:44:04 (local
time)----------------
Received Fragment 7,948,741-7,956,933 at 2014-11-11 07:44:05 (local
time)----------------
Received Fragment 7,956,933-7,960,270 at 2014-11-11 07:44:05 (local
time)----------------
Received Fragment 7,960,270-7,968,462 at 2014-11-11 07:44:07 (local
time)----------------
Received Fragment 7,968,462-7,971,819 at 2014-11-11 07:44:07 (local
time)----------------
Received Fragment 7,971,819-7,980,011 at 2014-11-11 07:44:08 (local
time)----------------
Received Fragment 7,980,011-7,983,334 at 2014-11-11 07:44:08 (local
time)----------------
Received Fragment 7,983,334-7,991,526 at 2014-11-11 07:44:09 (local
time)----------------
Received Fragment 7,991,526-7,994,845 at 2014-11-11 07:44:09 (local
time)----------------
Received Fragment 7,994,845-8,003,037 at 2014-11-11 07:44:10 (local
time)----------------
Received Fragment 8,003,037-8,006,426 at 2014-11-11 07:44:10 (local
time)----------------
Received Fragment 8,006,426-8,014,618 at 2014-11-11 07:44:11 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 8,014,618-8,017,920 at 2014-11-11 07:44:11 (local
time)----------------
Received Fragment 8,017,920-8,026,112 at 2014-11-11 07:44:12 (local
time)----------------
Received Fragment 8,026,112-8,029,402 at 2014-11-11 07:44:12 (local
time)----------------
Received Fragment 8,029,402-8,037,594 at 2014-11-11 07:44:13 (local
time)----------------
Received Fragment 8,037,594-8,040,906 at 2014-11-11 07:44:13 (local
time)----------------
Received Fragment 8,040,906-8,049,098 at 2014-11-11 07:44:14 (local
time)----------------
Received Fragment 8,049,098-8,052,399 at 2014-11-11 07:44:14 (local
time)----------------
Received Fragment 8,052,399-8,060,591 at 2014-11-11 07:44:15 (local
time)----------------
Received Fragment 8,060,591-8,063,942 at 2014-11-11 07:44:15 (local
time)----------------
Received Fragment 8,063,942-8,072,134 at 2014-11-11 07:44:16 (local
time)----------------
Received Fragment 8,072,134-8,075,401 at 2014-11-11 07:44:16 (local
time)----------------
Received Fragment 8,075,401-8,083,593 at 2014-11-11 07:44:17 (local
time)----------------
Received Fragment 8,083,593-8,086,937 at 2014-11-11 07:44:17 (local
time)----------------
Received Fragment 8,086,937-8,095,129 at 2014-11-11 07:44:18 (local
time)----------------
Received Fragment 8,095,129-8,098,472 at 2014-11-11 07:44:18 (local
time)----------------
Received Fragment 8,098,472-8,106,664 at 2014-11-11 07:44:19 (local
time)----------------
Received Fragment 8,106,664-8,110,080 at 2014-11-11 07:44:19 (local
time)----------------
Received Fragment 8,110,080-8,118,272 at 2014-11-11 07:44:20 (local
time)----------------
Received Fragment 8,118,272-8,121,551 at 2014-11-11 07:44:20 (local
time)----------------
Received Fragment 8,121,551-8,129,743 at 2014-11-11 07:44:22 (local
time)----------------
Received Fragment 8,129,743-8,133,030 at 2014-11-11 07:44:22 (local
time)----------------
Received Fragment 8,133,030-8,141,222 at 2014-11-11 07:44:23 (local
time)----------------
Received Fragment 8,141,222-8,144,534 at 2014-11-11 07:44:23 (local
time)----------------
Received Fragment 8,144,534-8,152,726 at 2014-11-11 07:44:24 (local
time)----------------
Received Fragment 8,152,726-8,156,071 at 2014-11-11 07:44:24 (local
time)----------------
Received Fragment 8,156,071-8,164,263 at 2014-11-11 07:44:25 (local
time)----------------
Received Fragment 8,164,263-8,167,597 at 2014-11-11 07:44:25 (local
time)----------------
Received Fragment 8,167,597-8,175,789 at 2014-11-11 07:44:26 (local
time)----------------
Received Fragment 8,175,789-8,179,128 at 2014-11-11 07:44:26 (local
time)----------------
Received Fragment 8,179,128-8,187,320 at 2014-11-11 07:44:27 (local
time)----------------
Received Fragment 8,187,320-8,190,698 at 2014-11-11 07:44:27 (local
time)----------------
Received Fragment 8,190,698-8,198,890 at 2014-11-11 07:44:28 (local

```
         shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 8,198,890-8,202,240 at 2014-11-11 07:44:28 (local
time)----------------
Received Fragment 8,202,240-8,210,432 at 2014-11-11 07:44:30 (local
time)----------------
Received Fragment 8,210,432-8,213,726 at 2014-11-11 07:44:30 (local
time)----------------
Received Fragment 8,213,726-8,221,918 at 2014-11-11 07:44:31 (local
time)----------------
Received Fragment 8,221,918-8,225,250 at 2014-11-11 07:44:31 (local
time)----------------
Received Fragment 8,225,250-8,233,442 at 2014-11-11 07:44:32 (local
time)----------------
Received Fragment 8,233,442-8,236,718 at 2014-11-11 07:44:32 (local
time)----------------
Received Fragment 8,236,718-8,244,910 at 2014-11-11 07:44:33 (local
time)----------------
Received Fragment 8,244,910-8,248,302 at 2014-11-11 07:44:33 (local
time)----------------
Received Fragment 8,248,302-8,256,494 at 2014-11-11 07:44:35 (local
time)----------------
Received Fragment 8,256,494-8,259,792 at 2014-11-11 07:44:35 (local
time)----------------
Received Fragment 8,259,792-8,267,984 at 2014-11-11 07:44:36 (local
time)----------------
Received Fragment 8,267,984-8,271,292 at 2014-11-11 07:44:36 (local
time)----------------
Received Fragment 8,271,292-8,279,484 at 2014-11-11 07:44:37 (local
time)----------------
Received Fragment 8,279,484-8,282,863 at 2014-11-11 07:44:37 (local
time)----------------
Received Fragment 8,282,863-8,291,055 at 2014-11-11 07:44:38 (local
time)----------------
Received Fragment 8,291,055-8,294,400 at 2014-11-11 07:44:38 (local
time)----------------
Received Fragment 8,294,400-8,302,592 at 2014-11-11 07:44:39 (local
time)----------------
Received Fragment 8,302,592-8,305,868 at 2014-11-11 07:44:39 (local
time)----------------
Received Fragment 8,305,868-8,314,060 at 2014-11-11 07:44:41 (local
time)----------------
Received Fragment 8,314,060-8,317,344 at 2014-11-11 07:44:41 (local
time)----------------
Received Fragment 8,317,344-8,325,536 at 2014-11-11 07:44:42 (local
time)----------------
Received Fragment 8,325,536-8,328,831 at 2014-11-11 07:44:42 (local
time)----------------
Received Fragment 8,328,831-8,337,023 at 2014-11-11 07:44:43 (local
time)----------------
Received Fragment 8,337,023-8,340,404 at 2014-11-11 07:44:43 (local
time)----------------
Received Fragment 8,340,404-8,348,596 at 2014-11-11 07:44:44 (local
time)----------------
Received Fragment 8,348,596-8,351,894 at 2014-11-11 07:44:44 (local
time)----------------
Received Fragment 8,351,894-8,360,086 at 2014-11-11 07:44:45 (local
time)----------------
Received Fragment 8,360,086-8,363,407 at 2014-11-11 07:44:45 (local
time)----------------
Received Fragment 8,363,407-8,371,599 at 2014-11-11 07:44:47 (local
time)----------------
Received Fragment 8,371,599-8,374,992 at 2014-11-11 07:44:47 (local
time)----------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 8,374,992-8,383,184 at 2014-11-11 07:44:48 (local
time)----------------
Received Fragment 8,383,184-8,386,560 at 2014-11-11 07:44:48 (local
time)----------------
Received Fragment 8,386,560-8,394,752 at 2014-11-11 07:44:49 (local
time)----------------
Received Fragment 8,394,752-8,398,063 at 2014-11-11 07:44:49 (local
time)----------------
Received Fragment 8,398,063-8,406,255 at 2014-11-11 07:44:50 (local
time)----------------
Received Fragment 8,406,255-8,409,565 at 2014-11-11 07:44:50 (local
time)----------------
Received Fragment 8,409,565-8,417,757 at 2014-11-11 07:44:51 (local
time)----------------
Received Fragment 8,417,757-8,421,041 at 2014-11-11 07:44:51 (local
time)----------------
Received Fragment 8,421,041-8,429,233 at 2014-11-11 07:44:52 (local
time)----------------
Received Fragment 8,429,233-8,432,665 at 2014-11-11 07:44:52 (local
time)----------------
Received Fragment 8,432,665-8,440,857 at 2014-11-11 07:44:54 (local
time)----------------
Received Fragment 8,440,857-8,444,142 at 2014-11-11 07:44:54 (local
time)----------------
Received Fragment 8,444,142-8,452,334 at 2014-11-11 07:44:55 (local
time)----------------
Received Fragment 8,452,334-8,455,652 at 2014-11-11 07:44:55 (local
time)----------------
Received Fragment 8,455,652-8,463,844 at 2014-11-11 07:44:56 (local
time)----------------
Received Fragment 8,463,844-8,467,232 at 2014-11-11 07:44:56 (local
time)----------------
Received Fragment 8,467,232-8,475,424 at 2014-11-11 07:44:58 (local
time)----------------
Received Fragment 8,475,424-8,478,720 at 2014-11-11 07:44:58 (local
time)----------------
Received Fragment 8,478,720-8,486,912 at 2014-11-11 07:44:59 (local
time)----------------
Received Fragment 8,486,912-8,490,207 at 2014-11-11 07:44:59 (local
time)----------------
Received Fragment 8,490,207-8,498,399 at 2014-11-11 07:45:00 (local
time)----------------
Received Fragment 8,498,399-8,501,707 at 2014-11-11 07:45:00 (local
time)----------------
Received Fragment 8,501,707-8,509,899 at 2014-11-11 07:45:01 (local
time)----------------
Received Fragment 8,509,899-8,513,222 at 2014-11-11 07:45:01 (local
time)----------------
Received Fragment 8,513,222-8,521,414 at 2014-11-11 07:45:02 (local
time)----------------
Received Fragment 8,521,414-8,524,773 at 2014-11-11 07:45:02 (local
time)----------------
Received Fragment 8,524,773-8,532,965 at 2014-11-11 07:45:04 (local
time)----------------
Received Fragment 8,532,965-8,536,273 at 2014-11-11 07:45:04 (local
time)----------------
Received Fragment 8,536,273-8,544,465 at 2014-11-11 07:45:05 (local
time)----------------
Received Fragment 8,544,465-8,547,851 at 2014-11-11 07:45:05 (local
time)----------------
Received Fragment 8,547,851-8,556,043 at 2014-11-11 07:45:06 (local
time)----------------
Received Fragment 8,556,043-8,559,360 at 2014-11-11 07:45:06 (local

```
        shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 8,559,360-8,567,552 at 2014-11-11 07:45:07 (local
time)----------------
Received Fragment 8,567,552-8,570,880 at 2014-11-11 07:45:07 (local
time)----------------
Received Fragment 8,570,880-8,579,072 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,579,072-8,582,376 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,582,376-8,590,568 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,590,568-8,593,876 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,593,876-8,602,068 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,602,068-8,605,352 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,605,352-8,613,544 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,613,544-8,616,931 at 2014-11-11 07:45:12 (local
time)----------------
Received Fragment 8,616,931-8,625,123 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,625,123-8,628,409 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,628,409-8,636,601 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,636,601-8,639,937 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,639,937-8,648,129 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,648,129-8,651,530 at 2014-11-11 07:45:13 (local
time)----------------
Received Fragment 8,651,530-8,659,722 at 2014-11-11 07:45:14 (local
time)----------------
Received Fragment 8,659,722-8,663,040 at 2014-11-11 07:45:14 (local
time)----------------
Received Fragment 8,663,040-8,671,232 at 2014-11-11 07:45:14 (local
time)----------------
Received Fragment 8,671,232-8,674,549 at 2014-11-11 07:45:14 (local
time)----------------
Received Fragment 8,674,549-8,682,741 at 2014-11-11 07:45:15 (local
time)----------------
Received Fragment 8,682,741-8,686,045 at 2014-11-11 07:45:15 (local
time)----------------
Received Fragment 8,686,045-8,694,237 at 2014-11-11 07:45:16 (local
time)----------------
Received Fragment 8,694,237-8,697,556 at 2014-11-11 07:45:16 (local
time)----------------
Received Fragment 8,697,556-8,705,748 at 2014-11-11 07:45:16 (local
time)----------------
Received Fragment 8,705,748-8,709,099 at 2014-11-11 07:45:16 (local
time)----------------
Received Fragment 8,709,099-8,717,291 at 2014-11-11 07:45:18 (local
time)----------------
Received Fragment 8,717,291-8,720,609 at 2014-11-11 07:45:18 (local
time)----------------
Received Fragment 8,720,609-8,728,801 at 2014-11-11 07:45:19 (local
time)----------------
Received Fragment 8,728,801-8,732,121 at 2014-11-11 07:45:19 (local
time)----------------
Received Fragment 8,732,121-8,740,313 at 2014-11-11 07:45:20 (local
time)----------------
```

Page 48

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 8,740,313-8,743,681 at 2014-11-11 07:45:20 (local time)----------------
Received Fragment 8,743,681-8,751,873 at 2014-11-11 07:45:21 (local time)----------------
Received Fragment 8,751,873-8,755,200 at 2014-11-11 07:45:21 (local time)----------------
Received Fragment 8,755,200-8,763,392 at 2014-11-11 07:45:22 (local time)----------------
Received Fragment 8,763,392-8,766,571 at 2014-11-11 07:45:22 (local time)----------------
Received Fragment 8,766,571-8,774,763 at 2014-11-11 07:45:24 (local time)----------------
Received Fragment 8,774,763-8,777,971 at 2014-11-11 07:45:24 (local time)----------------
Received Fragment 8,777,971-8,786,163 at 2014-11-11 07:45:25 (local time)----------------
Received Fragment 8,786,163-8,789,341 at 2014-11-11 07:45:25 (local time)----------------
Received Fragment 8,789,341-8,797,533 at 2014-11-11 07:45:26 (local time)----------------
Received Fragment 8,797,533-8,800,824 at 2014-11-11 07:45:26 (local time)----------------
Received Fragment 8,800,824-8,809,016 at 2014-11-11 07:45:28 (local time)----------------
Received Fragment 8,809,016-8,812,178 at 2014-11-11 07:45:28 (local time)----------------
Received Fragment 8,812,178-8,820,370 at 2014-11-11 07:45:29 (local time)----------------
Received Fragment 8,820,370-8,824,474 at 2014-11-11 07:45:29 (local time)----------------
Received Fragment 8,824,474-8,832,666 at 2014-11-11 07:45:29 (local time)----------------
Received Fragment 8,832,666-8,835,956 at 2014-11-11 07:45:29 (local time)----------------
Received Fragment 8,835,956-8,844,148 at 2014-11-11 07:45:30 (local time)----------------
Received Fragment 8,844,148-8,847,360 at 2014-11-11 07:45:30 (local time)----------------
Received Fragment 8,847,360-8,855,552 at 2014-11-11 07:45:30 (local time)----------------
Received Fragment 8,855,552-8,858,852 at 2014-11-11 07:45:30 (local time)----------------
Received Fragment 8,858,852-8,867,044 at 2014-11-11 07:45:31 (local time)----------------
Received Fragment 8,867,044-8,870,337 at 2014-11-11 07:45:31 (local time)----------------
Received Fragment 8,870,337-8,878,529 at 2014-11-11 07:45:32 (local time)----------------
Received Fragment 8,878,529-8,881,830 at 2014-11-11 07:45:32 (local time)----------------
Received Fragment 8,881,830-8,890,022 at 2014-11-11 07:45:33 (local time)----------------
Received Fragment 8,890,022-8,893,382 at 2014-11-11 07:45:33 (local time)----------------
Received Fragment 8,893,382-8,901,574 at 2014-11-11 07:45:34 (local time)----------------
Received Fragment 8,901,574-8,904,915 at 2014-11-11 07:45:34 (local time)----------------
Received Fragment 8,904,915-8,913,107 at 2014-11-11 07:45:35 (local time)----------------
Received Fragment 8,913,107-8,916,446 at 2014-11-11 07:45:35 (local time)----------------
Received Fragment 8,916,446-8,924,638 at 2014-11-11 07:45:36 (local

```
                shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)---------------
Received Fragment 8,924,638-8,928,021 at 2014-11-11 07:45:36 (local
time)---------------
Received Fragment 8,928,021-8,936,213 at 2014-11-11 07:45:37 (local
time)---------------
Received Fragment 8,936,213-8,939,520 at 2014-11-11 07:45:37 (local
time)---------------
Received Fragment 8,939,520-8,947,712 at 2014-11-11 07:45:39 (local
time)---------------
Received Fragment 8,947,712-8,950,991 at 2014-11-11 07:45:39 (local
time)---------------
Received Fragment 8,950,991-8,959,183 at 2014-11-11 07:45:40 (local
time)---------------
Received Fragment 8,959,183-8,962,510 at 2014-11-11 07:45:40 (local
time)---------------
Received Fragment 8,962,510-8,970,702 at 2014-11-11 07:45:41 (local
time)---------------
Received Fragment 8,970,702-8,974,010 at 2014-11-11 07:45:41 (local
time)---------------
Received Fragment 8,974,010-8,982,202 at 2014-11-11 07:45:42 (local
time)---------------
Received Fragment 8,982,202-8,985,602 at 2014-11-11 07:45:42 (local
time)---------------
Received Fragment 8,985,602-8,993,794 at 2014-11-11 07:45:43 (local
time)---------------
Received Fragment 8,993,794-8,997,111 at 2014-11-11 07:45:43 (local
time)---------------
Received Fragment 8,997,111-9,005,303 at 2014-11-11 07:45:45 (local
time)---------------
Received Fragment 9,005,303-9,008,593 at 2014-11-11 07:45:45 (local
time)---------------
Received Fragment 9,008,593-9,016,785 at 2014-11-11 07:45:46 (local
time)---------------
Received Fragment 9,016,785-9,020,172 at 2014-11-11 07:45:47 (local
time)---------------
Received Fragment 9,020,172-9,028,364 at 2014-11-11 07:45:48 (local
time)---------------
Received Fragment 9,028,364-9,031,680 at 2014-11-11 07:45:48 (local
time)---------------
Received Fragment 9,031,680-9,039,872 at 2014-11-11 07:45:49 (local
time)---------------
Received Fragment 9,039,872-9,043,011 at 2014-11-11 07:45:49 (local
time)---------------
Received Fragment 9,043,011-9,051,203 at 2014-11-11 07:45:51 (local
time)---------------
Received Fragment 9,051,203-9,054,358 at 2014-11-11 07:45:51 (local
time)---------------
Received Fragment 9,054,358-9,062,550 at 2014-11-11 07:45:52 (local
time)---------------
Received Fragment 9,062,550-9,065,680 at 2014-11-11 07:45:52 (local
time)---------------
Received Fragment 9,065,680-9,073,872 at 2014-11-11 07:45:54 (local
time)---------------
Received Fragment 9,073,872-9,077,133 at 2014-11-11 07:45:54 (local
time)---------------
Received Fragment 9,077,133-9,085,325 at 2014-11-11 07:45:55 (local
time)---------------
Received Fragment 9,085,325-9,088,447 at 2014-11-11 07:45:55 (local
time)---------------
Received Fragment 9,088,447-9,096,639 at 2014-11-11 07:45:57 (local
time)---------------
Received Fragment 9,096,639-9,101,102 at 2014-11-11 07:45:57 (local
time)---------------
```

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 9,101,102-9,109,294 at 2014-11-11 07:45:58 (local
time)---------------
Received Fragment 9,109,294-9,112,506 at 2014-11-11 07:45:58 (local
time)---------------
Received Fragment 9,112,506-9,120,698 at 2014-11-11 07:45:59 (local
time)---------------
Received Fragment 9,120,698-9,123,840 at 2014-11-11 07:45:59 (local
time)---------------
Received Fragment 9,123,840-9,132,032 at 2014-11-11 07:46:01 (local
time)---------------
Received Fragment 9,132,032-9,135,325 at 2014-11-11 07:46:01 (local
time)---------------
Received Fragment 9,135,325-9,143,517 at 2014-11-11 07:46:02 (local
time)---------------
Received Fragment 9,143,517-9,146,798 at 2014-11-11 07:46:02 (local
time)---------------
Received Fragment 9,146,798-9,154,990 at 2014-11-11 07:46:03 (local
time)---------------
Received Fragment 9,154,990-9,158,350 at 2014-11-11 07:46:03 (local
time)---------------
Received Fragment 9,158,350-9,166,542 at 2014-11-11 07:46:05 (local
time)---------------
Received Fragment 9,166,542-9,169,927 at 2014-11-11 07:46:05 (local
time)---------------
Received Fragment 9,169,927-9,178,119 at 2014-11-11 07:46:06 (local
time)---------------
Received Fragment 9,178,119-9,181,425 at 2014-11-11 07:46:06 (local
time)---------------
Received Fragment 9,181,425-9,189,617 at 2014-11-11 07:46:07 (local
time)---------------
Received Fragment 9,189,617-9,192,959 at 2014-11-11 07:46:07 (local
time)---------------
Received Fragment 9,192,959-9,201,151 at 2014-11-11 07:46:09 (local
time)---------------
Received Fragment 9,201,151-9,204,515 at 2014-11-11 07:46:09 (local
time)---------------
Received Fragment 9,204,515-9,212,707 at 2014-11-11 07:46:10 (local
time)---------------
Received Fragment 9,212,707-9,216,000 at 2014-11-11 07:46:10 (local
time)---------------
Received Fragment 9,216,000-9,224,192 at 2014-11-11 07:46:11 (local
time)---------------
Received Fragment 9,224,192-9,227,491 at 2014-11-11 07:46:11 (local
time)---------------
Received Fragment 9,227,491-9,235,683 at 2014-11-11 07:46:13 (local
time)---------------
Received Fragment 9,235,683-9,239,018 at 2014-11-11 07:46:13 (local
time)---------------
Received Fragment 9,239,018-9,247,210 at 2014-11-11 07:46:14 (local
time)---------------
Received Fragment 9,247,210-9,250,490 at 2014-11-11 07:46:14 (local
time)---------------
Received Fragment 9,250,490-9,258,682 at 2014-11-11 07:46:15 (local
time)---------------
Received Fragment 9,258,682-9,262,105 at 2014-11-11 07:46:15 (local
time)---------------
Received Fragment 9,262,105-9,270,297 at 2014-11-11 07:46:17 (local
time)---------------
Received Fragment 9,270,297-9,273,589 at 2014-11-11 07:46:17 (local
time)---------------
Received Fragment 9,273,589-9,281,781 at 2014-11-11 07:46:18 (local
time)---------------
Received Fragment 9,281,781-9,285,083 at 2014-11-11 07:46:18 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 9,285,083-9,293,275 at 2014-11-11 07:46:20 (local
time)----------------
Received Fragment 9,293,275-9,296,665 at 2014-11-11 07:46:20 (local
time)----------------
Received Fragment 9,296,665-9,304,857 at 2014-11-11 07:46:21 (local
time)----------------
Received Fragment 9,304,857-9,308,160 at 2014-11-11 07:46:21 (local
time)----------------
Received Fragment 9,308,160-9,316,352 at 2014-11-11 07:46:22 (local
time)----------------
Received Fragment 9,316,352-9,319,629 at 2014-11-11 07:46:22 (local
time)----------------
Received Fragment 9,319,629-9,327,821 at 2014-11-11 07:46:24 (local
time)----------------
Received Fragment 9,327,821-9,331,113 at 2014-11-11 07:46:24 (local
time)----------------
Received Fragment 9,331,113-9,339,305 at 2014-11-11 07:46:25 (local
time)----------------
Received Fragment 9,339,305-9,342,720 at 2014-11-11 07:46:25 (local
time)----------------
Received Fragment 9,342,720-9,350,912 at 2014-11-11 07:46:26 (local
time)----------------
Received Fragment 9,350,912-9,354,260 at 2014-11-11 07:46:26 (local
time)----------------
Received Fragment 9,354,260-9,362,452 at 2014-11-11 07:46:28 (local
time)----------------
Received Fragment 9,362,452-9,365,737 at 2014-11-11 07:46:28 (local
time)----------------
Received Fragment 9,365,737-9,373,929 at 2014-11-11 07:46:29 (local
time)----------------
Received Fragment 9,373,929-9,377,235 at 2014-11-11 07:46:29 (local
time)----------------
Received Fragment 9,377,235-9,385,427 at 2014-11-11 07:46:30 (local
time)----------------
Received Fragment 9,385,427-9,388,801 at 2014-11-11 07:46:30 (local
time)----------------
Received Fragment 9,388,801-9,396,993 at 2014-11-11 07:46:32 (local
time)----------------
Received Fragment 9,396,993-9,400,320 at 2014-11-11 07:46:32 (local
time)----------------
Received Fragment 9,400,320-9,408,512 at 2014-11-11 07:46:33 (local
time)----------------
Received Fragment 9,408,512-9,411,822 at 2014-11-11 07:46:33 (local
time)----------------
Received Fragment 9,411,822-9,420,014 at 2014-11-11 07:46:34 (local
time)----------------
Received Fragment 9,420,014-9,423,332 at 2014-11-11 07:46:34 (local
time)----------------
Received Fragment 9,423,332-9,431,524 at 2014-11-11 07:46:35 (local
time)----------------
Received Fragment 9,431,524-9,434,814 at 2014-11-11 07:46:35 (local
time)----------------
Received Fragment 9,434,814-9,443,006 at 2014-11-11 07:46:36 (local
time)----------------
Received Fragment 9,443,006-9,446,471 at 2014-11-11 07:46:36 (local
time)----------------
Received Fragment 9,446,471-9,454,663 at 2014-11-11 07:46:37 (local
time)----------------
Received Fragment 9,454,663-9,457,922 at 2014-11-11 07:46:37 (local
time)----------------
Received Fragment 9,457,922-9,466,114 at 2014-11-11 07:46:38 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 9,466,114-9,469,420 at 2014-11-11 07:46:38 (local
time)----------------
Received Fragment 9,469,420-9,477,612 at 2014-11-11 07:46:40 (local
time)----------------
Received Fragment 9,477,612-9,480,990 at 2014-11-11 07:46:40 (local
time)----------------
Received Fragment 9,480,990-9,489,182 at 2014-11-11 07:46:41 (local
time)----------------
Received Fragment 9,489,182-9,492,480 at 2014-11-11 07:46:41 (local
time)----------------
Received Fragment 9,492,480-9,500,672 at 2014-11-11 07:46:42 (local
time)----------------
Received Fragment 9,500,672-9,503,872 at 2014-11-11 07:46:42 (local
time)----------------
Received Fragment 9,503,872-9,512,064 at 2014-11-11 07:46:43 (local
time)----------------
Received Fragment 9,512,064-9,515,281 at 2014-11-11 07:46:43 (local
time)----------------
Received Fragment 9,515,281-9,523,473 at 2014-11-11 07:46:44 (local
time)----------------
Received Fragment 9,523,473-9,526,739 at 2014-11-11 07:46:44 (local
time)----------------
Received Fragment 9,526,739-9,534,931 at 2014-11-11 07:46:46 (local
time)----------------
Received Fragment 9,534,931-9,538,203 at 2014-11-11 07:46:46 (local
time)----------------
Received Fragment 9,538,203-9,546,395 at 2014-11-11 07:46:47 (local
time)----------------
Received Fragment 9,546,395-9,549,604 at 2014-11-11 07:46:47 (local
time)----------------
Received Fragment 9,549,604-9,557,796 at 2014-11-11 07:46:48 (local
time)----------------
Received Fragment 9,557,796-9,561,729 at 2014-11-11 07:46:48 (local
time)----------------
Received Fragment 9,561,729-9,569,921 at 2014-11-11 07:46:49 (local
time)----------------
Received Fragment 9,569,921-9,573,225 at 2014-11-11 07:46:49 (local
time)----------------
Received Fragment 9,573,225-9,581,417 at 2014-11-11 07:46:50 (local
time)----------------
Received Fragment 9,581,417-9,584,640 at 2014-11-11 07:46:50 (local
time)----------------
Received Fragment 9,584,640-9,592,832 at 2014-11-11 07:46:52 (local
time)----------------
Received Fragment 9,592,832-9,596,117 at 2014-11-11 07:46:52 (local
time)----------------
Received Fragment 9,596,117-9,604,309 at 2014-11-11 07:46:53 (local
time)----------------
Received Fragment 9,604,309-9,607,620 at 2014-11-11 07:46:53 (local
time)----------------
Received Fragment 9,607,620-9,615,812 at 2014-11-11 07:46:54 (local
time)----------------
Received Fragment 9,615,812-9,619,121 at 2014-11-11 07:46:54 (local
time)----------------
Received Fragment 9,619,121-9,627,313 at 2014-11-11 07:46:55 (local
time)----------------
Received Fragment 9,627,313-9,630,682 at 2014-11-11 07:46:55 (local
time)----------------
Received Fragment 9,630,682-9,638,874 at 2014-11-11 07:46:56 (local
time)----------------
Received Fragment 9,638,874-9,642,196 at 2014-11-11 07:46:56 (local
time)----------------
Received Fragment 9,642,196-9,650,388 at 2014-11-11 07:46:58 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 9,650,388-9,653,725 at 2014-11-11 07:46:58 (local
time)----------------
Received Fragment 9,653,725-9,661,917 at 2014-11-11 07:46:59 (local
time)----------------
Received Fragment 9,661,917-9,665,280 at 2014-11-11 07:46:59 (local
time)----------------
Received Fragment 9,665,280-9,673,472 at 2014-11-11 07:47:00 (local
time)----------------
Received Fragment 9,673,472-9,676,800 at 2014-11-11 07:47:00 (local
time)----------------
Received Fragment 9,676,800-9,684,992 at 2014-11-11 07:47:01 (local
time)----------------
Received Fragment 9,684,992-9,688,297 at 2014-11-11 07:47:01 (local
time)----------------
Received Fragment 9,688,297-9,696,489 at 2014-11-11 07:47:03 (local
time)----------------
Received Fragment 9,696,489-9,699,779 at 2014-11-11 07:47:03 (local
time)----------------
Received Fragment 9,699,779-9,707,971 at 2014-11-11 07:47:04 (local
time)----------------
Received Fragment 9,707,971-9,711,292 at 2014-11-11 07:47:04 (local
time)----------------
Received Fragment 9,711,292-9,719,484 at 2014-11-11 07:47:05 (local
time)----------------
Received Fragment 9,719,484-9,722,864 at 2014-11-11 07:47:05 (local
time)----------------
Received Fragment 9,722,864-9,731,056 at 2014-11-11 07:47:06 (local
time)----------------
Received Fragment 9,731,056-9,734,348 at 2014-11-11 07:47:06 (local
time)----------------
Received Fragment 9,734,348-9,742,540 at 2014-11-11 07:47:07 (local
time)----------------
Received Fragment 9,742,540-9,745,849 at 2014-11-11 07:47:07 (local
time)----------------
Received Fragment 9,745,849-9,754,041 at 2014-11-11 07:47:09 (local
time)----------------
Received Fragment 9,754,041-9,757,390 at 2014-11-11 07:47:09 (local
time)----------------
Received Fragment 9,757,390-9,765,582 at 2014-11-11 07:47:17 (local
time)----------------
Received Fragment 9,765,582-9,768,960 at 2014-11-11 07:47:17 (local
time)----------------
Queued at position 193 at 2014-11-11 07:47:17 (local time)----------------
--- FileStatus Message received at 2014-11-11 07:47:17 (local time)----------------
Client reports having the complete file
Queued at position 192 at 2014-11-11 07:47:18 (local time)----------------
--- FileStatus Message received at 2014-11-11 08:14:58 (local time)----------------
Client reports having the complete file
--- FileStatus Message received at 2014-11-11 08:14:58 (local time)----------------
Client reports having the complete file
Received Fragment 9,768,960-9,777,152 at 2014-11-11 08:14:59 (local
time)----------------
Received Fragment 9,777,152-9,780,445 at 2014-11-11 08:14:59 (local
time)----------------
Received Fragment 9,780,445-9,788,637 at 2014-11-11 08:15:00 (local
time)----------------
Received Fragment 9,788,637-9,791,914 at 2014-11-11 08:15:00 (local
time)----------------
Received Fragment 9,791,914-9,800,106 at 2014-11-11 08:15:02 (local
time)----------------
Received Fragment 9,800,106-9,803,429 at 2014-11-11 08:15:02 (local
time)----------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 9,803,429-9,811,621 at 2014-11-11 08:15:02 (local time)---------------
Received Fragment 9,811,621-9,815,005 at 2014-11-11 08:15:02 (local time)---------------
Received Fragment 9,815,005-9,823,197 at 2014-11-11 08:15:04 (local time)---------------
Received Fragment 9,823,197-9,826,534 at 2014-11-11 08:15:04 (local time)---------------
Received Fragment 9,826,534-9,834,726 at 2014-11-11 08:15:05 (local time)---------------
Received Fragment 9,834,726-9,838,082 at 2014-11-11 08:15:05 (local time)---------------
Received Fragment 9,838,082-9,846,274 at 2014-11-11 08:15:06 (local time)---------------
Received Fragment 9,846,274-9,849,627 at 2014-11-11 08:15:06 (local time)---------------
Received Fragment 9,849,627-9,857,819 at 2014-11-11 08:15:07 (local time)---------------
Received Fragment 9,857,819-9,861,120 at 2014-11-11 08:15:07 (local time)---------------
Received Fragment 9,861,120-9,869,312 at 2014-11-11 08:15:08 (local time)---------------
Received Fragment 9,869,312-9,872,628 at 2014-11-11 08:15:08 (local time)---------------
Received Fragment 9,872,628-9,880,820 at 2014-11-11 08:15:10 (local time)---------------
Received Fragment 9,880,820-9,884,164 at 2014-11-11 08:15:10 (local time)---------------
Received Fragment 9,884,164-9,892,356 at 2014-11-11 08:15:11 (local time)---------------
Received Fragment 9,892,356-9,895,647 at 2014-11-11 08:15:11 (local time)---------------
Received Fragment 9,895,647-9,903,839 at 2014-11-11 08:15:12 (local time)---------------
Received Fragment 9,903,839-9,907,228 at 2014-11-11 08:15:12 (local time)---------------
Received Fragment 9,907,228-9,915,420 at 2014-11-11 08:15:13 (local time)---------------
Received Fragment 9,915,420-9,918,748 at 2014-11-11 08:15:13 (local time)---------------
Received Fragment 9,918,748-9,926,940 at 2014-11-11 08:15:14 (local time)---------------
Received Fragment 9,926,940-9,930,224 at 2014-11-11 08:15:14 (local time)---------------
Received Fragment 9,930,224-9,938,416 at 2014-11-11 08:15:15 (local time)---------------
Received Fragment 9,938,416-9,941,773 at 2014-11-11 08:15:15 (local time)---------------
Received Fragment 9,941,773-9,949,965 at 2014-11-11 08:15:17 (local time)---------------
Received Fragment 9,949,965-9,953,280 at 2014-11-11 08:15:17 (local time)---------------
Received Fragment 9,953,280-9,961,472 at 2014-11-11 08:15:18 (local time)---------------
Received Fragment 9,961,472-9,964,780 at 2014-11-11 08:15:18 (local time)---------------
Received Fragment 9,964,780-9,972,972 at 2014-11-11 08:15:19 (local time)---------------
Received Fragment 9,972,972-9,976,284 at 2014-11-11 08:15:19 (local time)---------------
Received Fragment 9,976,284-9,984,476 at 2014-11-11 08:15:20 (local time)---------------
Received Fragment 9,984,476-9,987,782 at 2014-11-11 08:15:20 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)---------------
Received Fragment 9,987,782-9,995,974 at 2014-11-11 08:15:21 (local
time)---------------
Received Fragment 9,995,974-9,999,369 at 2014-11-11 08:15:21 (local
time)---------------
Received Fragment 9,999,369-10,007,561 at 2014-11-11 08:15:22 (local
time)---------------
Received Fragment 10,007,561-10,010,890 at 2014-11-11 08:15:22 (local
time)---------------
Received Fragment 10,010,890-10,019,082 at 2014-11-11 08:15:23 (local
time)---------------
Received Fragment 10,019,082-10,022,384 at 2014-11-11 08:15:23 (local
time)---------------
Received Fragment 10,022,384-10,030,576 at 2014-11-11 08:15:24 (local
time)---------------
Received Fragment 10,030,576-10,033,935 at 2014-11-11 08:15:24 (local
time)---------------
Received Fragment 10,033,935-10,042,127 at 2014-11-11 08:15:26 (local
time)---------------
Received Fragment 10,042,127-10,045,440 at 2014-11-11 08:15:26 (local
time)---------------
Received Fragment 10,045,440-10,053,632 at 2014-11-11 08:15:27 (local
time)---------------
Received Fragment 10,053,632-10,057,071 at 2014-11-11 08:15:27 (local
time)---------------
Received Fragment 10,057,071-10,065,263 at 2014-11-11 08:15:28 (local
time)---------------
Received Fragment 10,065,263-10,068,500 at 2014-11-11 08:15:28 (local
time)---------------
Received Fragment 10,068,500-10,076,692 at 2014-11-11 08:15:29 (local
time)---------------
Received Fragment 10,076,692-10,079,982 at 2014-11-11 08:15:29 (local
time)---------------
Received Fragment 10,079,982-10,088,174 at 2014-11-11 08:15:30 (local
time)---------------
Received Fragment 10,088,174-10,091,519 at 2014-11-11 08:15:30 (local
time)---------------
Received Fragment 10,091,519-10,099,711 at 2014-11-11 08:15:31 (local
time)---------------
Received Fragment 10,099,711-10,102,990 at 2014-11-11 08:15:31 (local
time)---------------
Received Fragment 10,102,990-10,111,182 at 2014-11-11 08:15:32 (local
time)---------------
Received Fragment 10,111,182-10,114,510 at 2014-11-11 08:15:32 (local
time)---------------
Received Fragment 10,114,510-10,122,702 at 2014-11-11 08:15:34 (local
time)---------------
Received Fragment 10,122,702-10,126,116 at 2014-11-11 08:15:34 (local
time)---------------
Received Fragment 10,126,116-10,134,308 at 2014-11-11 08:15:35 (local
time)---------------
Received Fragment 10,134,308-10,137,600 at 2014-11-11 08:15:35 (local
time)---------------
Received Fragment 10,137,600-10,145,792 at 2014-11-11 08:15:36 (local
time)---------------
Received Fragment 10,145,792-10,148,785 at 2014-11-11 08:15:36 (local
time)---------------
Received Fragment 10,148,785-10,156,977 at 2014-11-11 08:15:37 (local
time)---------------
Received Fragment 10,156,977-10,159,922 at 2014-11-11 08:15:37 (local
time)---------------
Received Fragment 10,159,922-10,168,114 at 2014-11-11 08:15:38 (local
time)---------------

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
Received Fragment 10,168,114-10,173,557 at 2014-11-11 08:15:38 (local
time)---------------
Received Fragment 10,173,557-10,181,749 at 2014-11-11 08:15:39 (local
time)---------------
Received Fragment 10,181,749-10,184,808 at 2014-11-11 08:15:40 (local
time)---------------
Received Fragment 10,184,808-10,193,000 at 2014-11-11 08:15:41 (local
time)---------------
Received Fragment 10,193,000-10,196,007 at 2014-11-11 08:15:41 (local
time)---------------
Received Fragment 10,196,007-10,204,199 at 2014-11-11 08:15:42 (local
time)---------------
Received Fragment 10,204,199-10,207,228 at 2014-11-11 08:15:42 (local
time)---------------
Received Fragment 10,207,228-10,215,420 at 2014-11-11 08:15:43 (local
time)---------------
Received Fragment 10,215,420-10,218,490 at 2014-11-11 08:15:43 (local
time)---------------
Received Fragment 10,218,490-10,226,682 at 2014-11-11 08:15:44 (local
time)---------------
Received Fragment 10,226,682-10,229,760 at 2014-11-11 08:15:44 (local
time)---------------
Received Fragment 10,229,760-10,237,952 at 2014-11-11 08:15:45 (local
time)---------------
Received Fragment 10,237,952-10,241,214 at 2014-11-11 08:15:45 (local
time)---------------
Received Fragment 10,241,214-10,249,406 at 2014-11-11 08:15:47 (local
time)---------------
Received Fragment 10,249,406-10,252,744 at 2014-11-11 08:15:47 (local
time)---------------
Received Fragment 10,252,744-10,260,936 at 2014-11-11 08:15:48 (local
time)---------------
Received Fragment 10,260,936-10,264,252 at 2014-11-11 08:15:48 (local
time)---------------
Received Fragment 10,264,252-10,272,444 at 2014-11-11 08:15:49 (local
time)---------------
Received Fragment 10,272,444-10,275,807 at 2014-11-11 08:15:49 (local
time)---------------
Received Fragment 10,275,807-10,283,999 at 2014-11-11 08:15:50 (local
time)---------------
Received Fragment 10,283,999-10,287,325 at 2014-11-11 08:15:50 (local
time)---------------
Received Fragment 10,287,325-10,295,517 at 2014-11-11 08:15:51 (local
time)---------------
Received Fragment 10,295,517-10,298,855 at 2014-11-11 08:15:51 (local
time)---------------
Received Fragment 10,298,855-10,307,047 at 2014-11-11 08:15:52 (local
time)---------------
Received Fragment 10,307,047-10,310,418 at 2014-11-11 08:15:52 (local
time)---------------
Received Fragment 10,310,418-10,318,610 at 2014-11-11 08:15:53 (local
time)---------------
Received Fragment 10,318,610-10,321,920 at 2014-11-11 08:15:53 (local
time)---------------
Received Fragment 10,321,920-10,330,112 at 2014-11-11 08:15:55 (local
time)---------------
Received Fragment 10,330,112-10,333,364 at 2014-11-11 08:15:55 (local
time)---------------
Received Fragment 10,333,364-10,341,556 at 2014-11-11 08:15:56 (local
time)---------------
Received Fragment 10,341,556-10,344,859 at 2014-11-11 08:15:56 (local
time)---------------
Received Fragment 10,344,859-10,353,051 at 2014-11-11 08:15:57 (local

shareazaLE_76.172.3.11_debe7a9eab95e7656141668cb450b0c5_DownloadHeaders.txt
time)----------------
Received Fragment 10,353,051-10,356,375 at 2014-11-11 08:15:57 (local
time)----------------
Received Fragment 10,356,375-10,364,567 at 2014-11-11 08:15:58 (local
time)----------------
Received Fragment 10,364,567-10,367,947 at 2014-11-11 08:15:58 (local
time)----------------
Received Fragment 10,367,947-10,376,139 at 2014-11-11 08:15:59 (local
time)----------------
Received Fragment 10,376,139-10,379,393 at 2014-11-11 08:15:59 (local
time)----------------
Received Fragment 10,379,393-10,387,585 at 2014-11-11 08:16:00 (local
time)----------------
Received Fragment 10,387,585-10,390,869 at 2014-11-11 08:16:00 (local
time)----------------
Received Fragment 10,390,869-10,399,061 at 2014-11-11 08:16:01 (local
time)----------------
Received Fragment 10,399,061-10,402,438 at 2014-11-11 08:16:01 (local
time)----------------
Received Fragment 10,402,438-10,410,630 at 2014-11-11 08:16:02 (local
time)----------------
Received Fragment 10,410,630-10,414,080 at 2014-11-11 08:16:02 (local
time)----------------
Received Fragment 10,414,080-10,422,272 at 2014-11-11 08:16:03 (local
time)----------------
Received Fragment 10,422,272-10,424,639 at 2014-11-11 08:16:03 (local
time)----------------
Received Fragment 10,424,639-10,432,831 at 2014-11-11 08:16:04 (local
time)----------------
Received Fragment 10,432,831-10,435,193 at 2014-11-11 08:16:04 (local
time)----------------
Received Fragment 10,435,193-10,443,385 at 2014-11-11 08:16:05 (local
time)----------------
Received Fragment 10,443,385-10,445,863 at 2014-11-11 08:16:05 (local
time)----------------
Received Fragment 10,445,863-10,454,055 at 2014-11-11 08:16:06 (local
time)----------------
Received Fragment 10,454,055-10,456,424 at 2014-11-11 08:16:06 (local
time)----------------
Received Fragment 10,456,424-10,464,616 at 2014-11-11 08:16:07 (local
time)----------------
Received Fragment 10,464,616-10,467,004 at 2014-11-11 08:16:07 (local
time)----------------
Received Fragment 10,467,004-10,475,196 at 2014-11-11 08:16:08 (local
time)----------------
Received Fragment 10,475,196-10,477,654 at 2014-11-11 08:16:08 (local
time)----------------
Received Fragment 10,477,654-10,485,846 at 2014-11-11 08:16:10 (local
time)----------------
Received Fragment 10,485,846-10,490,246 at 2014-11-11 08:16:10 (local
time)----------------
Received Fragment 10,490,246-10,498,438 at 2014-11-11 08:16:10 (local
time)----------------
Received Fragment 10,498,438-10,506,240 at 2014-11-11 08:16:10 (local
time)----------------
Received Fragment 10,506,240-10,510,157 at 2014-11-11 08:16:10 (local
time)----------------

U.S. v. Hartman, SA CR 15-63-JLS

Government's Supplemental Briefing Opposing
Defendant's Motion to Compel Discovery

Exhibit C

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEW MEXICO

 3
    UNITED STATES OF AMERICA,
 4

 5                      Plaintiff,

 6    vs.                            No.11-CR-1690

 7
    JOHN A. CROWE,
 8

 9                      Defendant.

10         _____

11    TRANSCRIPT OF PROCEEDINGS, TESTIMONY OF TAMI LOEHRS

12                  MOTION TO SUPPRESS

13         _____

14                   May 10, 2012
                     4:46 p.m.
15
    HEARD BEFORE:   HONORABLE MARTHA VAZQUEZ
16                  United States District Judge
                    Santa Fe, New Mexico
17

18

19                A P P E A R A N C E S

20    For the Plaintiff: Charlyn Rees, AUSA
                         Raul Torrez, AUSA
21

22    For the Defendant: Jon Paul Rion, Esq.

23

24

25
```

1                      I N D E X

2                                              <u>Page</u>

3                  <u>W I T N E S S E S</u>

4     Tami Loehrs

5          Direct Examination by Mr. Rion       3

6          Cross-Examination by Ms. Rees        28

7          Redirect Examination by Mr. Rion     47

8

9     Reporter's Certificate                    52

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  THE COURT:  You may call your witness.

 2                  MR. TORREZ:  Government rests.

 3                  THE COURT:  I'm sorry.  I just assumed you

 4     rested because you told me you had two witnesses.

 5                  MR. RION:  How does the Court wish to proceed?

 6     To simply get through the hearing?

 7                  THE COURT:  Yes.

 8                  MR. RION:  However late it goes?

 9                  THE COURT:  I presume you're not going to keep

10     me here until midnight.

11                  MR. RION:  No, but I would anticipate this

12     witness is going to take a couple of hours to get

13     through.  It's essentially that it's our expert, so we're

14     going through the same information.

15                  THE COURT:  Well, let's get started.

16                  MR. RION:  Okay.  Good afternoon.  Please be

17     seated.

18                        TAMI LOEHRS

19     having been sworn, testified under oath as follows:

20                      DIRECT EXAMINATION

21     BY MR. RION:

22          Q.   State your name, please.

23          A.   Tami Loehrs.

24          Q.   And your occupation?

25          A.   I'm a computer forensics expert and the owner
```

1    of Loehrs and Associates, a computer forensics company in

2    Tucson, Arizona.

3          THE COURT:  Excuse me.  I'm sorry to interrupt

4    you right from the beginning, but I'm going to have to

5    ask you to please slow down and, if you could, speak into

6    the microphone.  Our court reporter has been at this all

7    day long, and she would appreciate it if you could be a

8    little slower than our previous witness.  Thank you.

9          THE WITNESS:  Okay.

10   Q.    (Mr. Rion) :  How many years have you been in

11   the field of computer forensics?

12         A.   13.

13         Q.   And what is your training?

14         A.   I have a bachelor of science in information

15   systems.  I have hundreds of hours of specific computer

16   forensics training.  I am EnCase certified.  I'm FTK

17   certified.  I'm a certified hacking forensic expert, and

18   I am a certified computer forensic expert.

19         Q.   And have you -- how many cases have you looked

20   at during your career?

21         A.   Somewhere around 300, 400.

22         Q.   And have you testified in a court of law prior

23   to this?

24         A.   Approximately 60 times in state and federal

25   courts throughout the United States and Puerto Rico.

1      Q.    And has your testimony always been on the issue

2   of computer forensics?

3      A.    Yes.

4      Q.    Other than your education and then your

5   certifications that you received, have you participated

6   in any type of writings or speakings or anything of that

7   nature?

8      A.    Yes.  I've given presentations for years, again

9   all over the country, to various organizations on

10  computer forensics.

11     Q.    And specifically as it relates to peer-to-peer

12  programs, what is your training and experience as relates

13  to that field?

14     A.    I have actually been testing and researching

15  peer-to-peer software based on cases -- I've had

16  peer-to-peer cases since I think as early as 2004, 2005.

17  So we've been testing peer-to-peer software to see how it

18  performs doing forensic exams on cases that involve

19  peer-to-peer investigations, and comparing the forensic

20  findings with the software and how it works.

21           I have prepared affidavits regarding some

22  issues that we found, and testified in hearings regarding

23  this issue.

24     Q.    And you've testified a little bit about some of

25  the qualifications or certifications that you've had.

1    Are any of those certifications related to peer-to-peer

2    software programs?

3         A.    Not specifically to peer-to-peer, no.

4         Q.    But to file programs in general?

5         A.    Well, to forensics.  I mean, some of the

6    training that I've received involves peer-to-peer file

7    sharing.

8         Q.    You said EnCase.  Is that something that

9    reviews images and text that would be stored on a

10   computer?

11        A.    Yes, EnCase is.  I think it's the world leader

12   in forensic tools.  It's a piece of software that allows

13   us to conduct a forensic examination, recover things from

14   unallocated space, things that a normal user would not be

15   able to access.

16        Q.    And to be EnCase certified, what types of

17   procedures do you have to go through?

18        A.    I took courses with EnCase, had to be approved

19   to take their certification process, then you have to

20   pass a written test; I think you have to score 80% or

21   higher.  Then they send you a practical exam, where you

22   actually conduct a forensic exam, answer some questions.

23   You get graded on that.  Once you become certified, you

24   have to continue to get education credits to maintain

25   your certification.

1      Q.    And the other certifications that you have, do

2   they relate specifically to forensics, as well?

3      A.    Yes.   FTK is the second-leading forensic tool

4   used throughout the world.   Very similar process in

5   getting certified:   A written test, a practical exam.

6           MR. RION:   Your Honor, at this time I would

7   tender this witness as an expert in the field of forensic

8   computer forensics.

9           THE COURT:   Any objection?

10          MS. REES:   No, Your Honor.

11          THE COURT:   All right.   She will be so accepted

12   by this Court.

13   Q.    (Mr. Rion) :   In this case, were you asked to

14   view various documents and then draw some

15   conclusions from them?

16      A.    Yes.

17      Q.    And as part of that, did you actually come to

18   Santa Fe or to Albuquerque and actually view the computer

19   for multiple days to try to determine the substance of

20   what's on this computer and how it got there?

21      A.    Yes.   I conducted a preliminary forensics exam

22   on the computer in Albuquerque.

23      Q.    I want to start with really the software that's

24   involved in these programs, and the necessity of them for

25   a complete analysis.

1              Tell me how available is this Shareaza,

2    depending on how you want to pronounce it, Shareaza LE

3    software, how available is that to you as a forensic

4    analyst?

5         A.   It is not available to me.  It's available only

6    to law enforcement.

7         Q.   And so if you wanted to simply analyze the

8    software itself, would you be able to do so absent a

9    court order or the consent of the government?

10        A.   No.

11        Q.   There's been also some testimony about some

12   other programs such as GnuWatch and Peer Spectre.

13   Generally, what do you know of those?

14        A.   Well, Peer Spectre -- and I'm kind of confused

15   because it seems that GnuWatch is the same thing as Peer

16   Spectre, they just changed the name, because it used to

17   be referred to as Peer Spectre.  And my understanding is

18   that software monitors the Gnutella network for SHA

19   values and file names, and simply creates lists of these

20   file names and SHA values at IP addresses around the

21   world.

22             I have been -- I don't know how Peer Spectre

23   works because I have been unable to test it.

24        Q.   And is Peer Spectre and GnuWatch, however you

25   want to pronounce it, are they also programs that you, as

1    a private citizen, are not -- do not have access to?

2         A.   That's correct.

3         Q.   And, absent a court order or the government

4    consenting, would you be able to analyze the metadata or

5    the programming or any of the source codes to make a

6    determination how it works?

7         A.   No, I would not.

8         Q.   Do you have concerns that -- now today you

9    heard about two other groups using maybe even unknown

10   information.  There's a group called CPS and another

11   group that's also utilizing various softwares to then

12   view people's computers at some level.

13        A.   I believe they referred to TLO.

14        Q.   And have you ever had an experience where

15   either TLO or CPS would simply share the processes that

16   they go through to gain information on people to generate

17   cases such as this?

18        A.   I have not heard of those two until this case.

19        Q.   Now, do you have concerns -- let's start this

20   way.  Is software, whether it's government or private,

21   let's just say government, software in general, does it

22   have the ability to go into private spaces of a person's

23   computer?

24        A.   Software has the ability to do whatever the

25   programmer programs it to do.  So, if a programmer

1    programs the software to go into a private space, then

2    yes, it would have that ability.

3        Q.   And is there software that could be created

4    that could have the ability to go not only into -- well,

5    to search e-mails, to go into peer-to-peer sharing

6    spaces, into private downloaded areas, anything in your

7    hard drive, is there software that's able to get into

8    those areas, absent firewalls and things like that?

9        A.   Sure.  I mean, again, I don't know any specific

10   piece of software you're referring to, but it's --

11   software is simply programming code that tells it what to

12   do.  So any -- it's like no different than what a virus

13   is programmed to go into a computer.  Software is based

14   on what the programmer designs it to do.

15       Q.   And what is it that goes into the computer, if

16   you will, for noncomputer people?  If a software program

17   is designed to go and search a person's computer, what is

18   it that's going into the computer?

19       A.   Well, it's depends on the piece of software.

20   But software is, it's machine code.  It's talking to

21   other pieces of software and machine language.  It's not

22   what the user sees.

23            So, you know, just using something like Peer

24   Spectre as an example, part of the reason I have these

25   issues is because I have worked on cases where Peer

1    Spectre has identified file names and SHA values of files

2    that had already been deleted when Peer Spectre

3    identified them as being on a computer, which leads me to

4    believe that the software isn't looking at the actual

5    file that exists, it's going into the system files of the

6    file-sharing software and reading information that may

7    not have been updated yet, that's not accurate, because

8    the software doesn't constantly update and correct

9    itself.

10            So, inaccurate information may be sitting on a

11   user's computer that this software is coming in and

12   reading, and it's not what actually exists at the time.

13       Q.   And if the testimony of prior experts is that

14   their belief is that Shareaza and things like that, if a

15   file is deleted, doesn't go past -- it's not on a browser

16   list, and that that information is being gained, is it

17   from the system file or something deeper in the computer,

18   as a possibility?

19       A.   Well, again, it's -- this is all scientific.

20   It needs to be tested.  It's not about what somebody's

21   belief is.  They believe it's not.  I have found evidence

22   that it does.  So, it's not -- it should be tested.  It's

23   about testing a piece of software and seeing how it

24   performs and what it does.

25       Q.   As to what your specific findings have been,

1    can you tell the Court specifically what was found

2    through your analysis, when and where?

3        A.    I worked on a case in Ohio where Peer Spectre

4    provided a list of IP addresses, or a list of file names,

5    SHA values that were found at a suspect IP address.  When

6    I was able to go and view the evidence, do a forensic

7    exam in that case, I found the files that Peer Spectre

8    had identified on the list, and I was actually able to

9    find the metadata that told me when those files had been

10   deleted, and Peer Spectre reported the files as being

11   shared and I don't know the exact date, let's say

12   March 2nd, and I found metadata showing that file had

13   been deleted on March 1st.  So, there's no way that

14   that file could have existed on the computer when Peer

15   Spectre read it as being available.

16            Now, I know how that happens, because when you

17   delete a file in LimeWire or FrostWire, and I've tested

18   this, it doesn't automatically update the system file

19   that records that file name and that SHA value.  So as a

20   user, I delete a file and the file is gone to me.  But

21   until LimeWire or FrostWire is restarted, the file name

22   still exists on the computer in the system file.

23            So that file name and that SHA value is being

24   read as a file that's available for sharing when in fact

25   it's been deleted.  Now, once the computer is rebooted or

1    the software is restarted, it will clear that list out

2    and it will no longer show up.  The problem is, people

3    don't restart their computers or restart their software

4    sometimes for days, weeks, or months, so this false

5    information sits in the system files and it's being read

6    by the software.

7         Q.   Are system files generally shared files or not?

8         A.   Well, the system file is where the sharing

9    occurs.  It doesn't occur by the file that the user sees

10   on the computer.  It occurs in the system files that are

11   created by the software.  It's happening behind the

12   scenes.  Again, it's computer language talking to

13   computer language, not what we see.

14        Q.   You have concerns that either Peer Spectre or

15   GnuWatch or Shareaza LE, that the programs that's being

16   utilized go beyond the shared space in a computer?

17        A.   I have concerns that not only do they go beyond

18   the shared space -- and when I say the shared space, I

19   guess I would say the space that the user has knowledge

20   of being shared -- but that they produce inaccurate

21   information that the -- of items the user doesn't

22   actually have.

23        Q.   At the time --

24        A.   At the time it's reporting it, exactly.

25        Q.   Which could be -- there's two explanations.

1    The one explanation is that it's going deeper into the

2    deleted space, if you will, or into --

3           A.    It could.  That's the problem, I don't know

4    where the software is going.  I don't know, once it gets

5    to the computer to read this information, I don't know

6    where it's taking the information from.  I don't know if

7    it's taking it from only shared locations.  I don't know.

8                THE COURT:  Excuse me.  Can I ask a question at

9    this point before I get lost?  If it is deleted, then how

10   can it be shared?

11               THE WITNESS:  It can't.  If you tried to

12   download that file, you would see it available.  If you

13   tried to download it, you'd get an error message, you

14   wouldn't be able to download it.  The software can only

15   read the name and the SHA value, so the file isn't

16   physically there.

17               THE COURT:  Then how was it -- I thought the

18   testimony was that the Agent -- is it Pilon?  I don't

19   want to butcher your name, I'm sorry.  How, what is your

20   explanation, then, as an expert, when you heard the

21   testimony that Agent Pilon was able to download it?

22               THE WITNESS:  Once he started using that

23   particular software, yes, what he downloaded was a file

24   that existed.  I don't know if it was a file that was

25   knowingly shared by the user, but that file did exist or

1    he would not have been able to download it.

2              But there were things that happened before that

3    step in the investigation, and that is, files are being

4    identified at an IP address.

5              THE COURT:  I'm sorry to interrupt you.  You

6    may go ahead.

7              MR. RION:  Thank you.

8    Q.    (Mr. Rion) :  Specifically, then, as to -- you

9    did a forensic analysis as relates to this computer

10   as part of Mr. Crowe's case, correct?

11        A.    Yes.  And again I would confirm that is a

12   preliminary analysis, not a complete forensic analysis.

13        Q.    And explain -- do they allow Mr. Crowe's

14   computer to be released to your lab?

15        A.    No, they do not.

16        Q.    Is there actually laws that would prohibit that

17   as a standard, at least, interpretation of laws?

18        A.    Yes.  The Adam Walsh Act has been interpreted

19   that I cannot have that evidence in my lab.

20        Q.    And does that limit your ability to analyze

21   certain things?

22        A.    Severely.

23        Q.    But nonetheless, to some extent, you're able to

24   analyze some things and do so accurately, correct?

25        A.    Absolutely.

1        Q.    Now, in this specific case, you had information

2    from the affidavits for the search warrant as it relates

3    to two images that were allegedly -- they were found by

4    the Shareaza program.   Correct?

5        A.    Correct.

6        Q.    And in your analysis of the computer, did you

7    attempt to find those two titles, images, SHA values,

8    et cetera?

9        A.    I did.

10       Q.    And what was your -- what were the results?

11       A.    Well, the first thing I did was obviously go by

12   the file names and search through allocated space to see

13   if I could find those file names of those files, that

14   they existed as an active file.   I did not find those

15   file names.

16           I actually scrolled through the gallery view of

17   the images that are on the computer, and we're talking

18   50-, 60-, 70,000 images on a computer, to see if I found

19   anything indicative of child pornography that might have

20   been one of those images.   And I did not see anything in

21   that gallery view.

22           So the next step is I go and I ran a key word

23   search through unallocated space for the file names to

24   determine if I could find where the files existed, if

25   they ever existed.   And then I was able to find those

1   file names with the file path of where they were prior to

2   them being deleted.  Now, I didn't get to pull the actual

3   image itself, but I was able to find the file names.

4        Q.   And why wouldn't you be able to pull the actual

5   image itself?

6        A.   Because the key word search goes and finds text

7   fragments.  In order to find the actual image, I would

8   have to run a forensic process called image carving.

9   What that does is it goes through the unallocated space

10   of the computer and finds every instance of a header and

11   a footer that tells it, that's an image.  And it goes

12   through, brings that image back so that I can view it.

13   Those processes take a very long time.  They're very

14   labor-intensive on the computer.  It's very difficult to

15   perform any other tasks while those are being done.

16   Carving files can take days to complete, and I don't have

17   that kind of time.  So, I did not go in and carve those

18   images.

19             Even if I had, I didn't see the images from the

20   undercover investigation.  The images haven't been

21   provided to me.  So if I had gone through this entire

22   carving process and recovered 200,000 images, there's no

23   way I could look through 200,000 images and try to guess

24   which ones were from the undercover investigation.

25        Q.   So, but you were able to find the titles that

1    would have been connected to those images --

2        A.    Correct.

3        Q.    -- at some point?  Now, when you -- did those

4    titles and the paths that were connected with those, the

5    file paths, do they appear to be written over in any way,

6    compromised in any way?

7        A.    No, if they were overwritten, I wouldn't have

8    found them.  So I found them as whole fragments.

9        Q.    And did you -- were you able to make a

10   determination as to where those images were in

11   Mr. Crowe's computer?

12       A.    Yes.  They were under the User's folder.  Under

13   the user called User, and I believe it was then

14   Documents, and FrostWire.

15       Q.    Would that have been in shared space or

16   unshared space from which -- from the path at any time

17   that you could tell?

18       A.    Based on the settings in FrostWire, both the

19   default settings and the settings that I found on

20   Mr. Crowe's computer, the root of the FrostWire folder

21   was not a shared location.  The shared locations were

22   specifically set out and they were actually the default

23   locations, I believe, for the new version and the older

24   version.  But, no, it was not identified as a location

25   that would have been shared.

1        Q.   And is that at any time that had been

2   downloaded and viewed and whatever else happened to that

3   image, was that ever in a shared space that you could see

4   from the file path that you identified?

5        A.   I didn't find any evidence of that, no.

6        Q.   Okay.  And so what can you draw -- can you draw

7   any conclusions to a reasonable degree of computer

8   certainty or scientific certainty as to whether or not

9   those images were ever in a shared space?

10       A.   Based on the forensic evidence I found, those

11  images were not in a shared location.  That's all I can

12  say.  Again, things have been deleted.  But based on the

13  forensic evidence that I uncovered, those files were not

14  in a shared folder.

15       Q.   And neither at the time that you saw them or at

16  any time of their path that you were able to view?

17       A.   I found no evidence of them being in there in

18  the past, correct.

19       Q.   Now, did that cause you some concern as far as

20  the scope in which the Shareaza program goes into a

21  person's computer, then?

22       A.   It causes several concerns, yes, that any

23  file-sharing software that's looking at that computer,

24  how it's getting those files.

25       Q.   And to adequately make a determination as to

1    how it is that that computer program got to that image,

2    what would you need to do?

3         A.    Test the computer program to find out what it's

4    doing.

5         Q.    Is there any other way to do it?

6         A.    Not that I know of.  I mean, that's what we do

7    in forensics.  We test software all the time to determine

8    how it reacts with the computer, what it's doing, what

9    files it's reading, what files it's creating.  That's how

10   we do this work.

11        Q.    Now, in this case, you were hired by us in

12   early spring sometime?

13        A.    Yes.  I believe it was February or March,

14   sometime around there.

15        Q.    And as a result of you being hired, did you

16   then come down here to then view the computers?

17        A.    Yes.

18        Q.    And during that process, from the date you were

19   hired until, frankly, mid-April sometime, did you receive

20   various documents from our office?

21        A.    I did.

22        Q.    And did those documents come at different

23   times?

24        A.    They did.  I got some stuff early on via

25   e-mail.  I got -- I think we had some hard copy stuff

1    sent later on.  But yes, we got them in different pieces.

2         Q.   Okay.  Just to clear it up, in your affidavit,

3    it states that there's no indication that you had that

4    these images had been downloaded.  Now that you've seen

5    more information that we've actually provided to you some

6    time ago, after you wrote your affidavit, what is your

7    opinion on that?

8         A.   Again, to clarify my affidavit, when I said I

9    saw no documentation, what I'm speaking about are log

10   files.  In the past, when files are downloaded from a

11   single source in an undercover investigation, those files

12   are tracked with software that creates logs.  The log

13   file will -- for one file, you may have 20, 30, 40 lines

14   in the log file showing how that file came, how that file

15   was downloaded from the suspect to the undercover

16   computer.

17        Those logs are created by publicly available

18   software that we test.  I've seen the logs, I know

19   they're accurate.  And when I see those logs, there's no

20   question that that file has been downloaded.  In this

21   case, I saw no logs of any downloads whatsoever.  Now, I

22   did see discovery that I believe came in paper form after

23   I prepared my affidavit that I did not see at the time

24   that has some logging in it, but I have never seen those

25   types of logs before.  So, I don't know what to tell you,

1    other than it does appear there's some kind of logging

2    showing files being downloaded but I don't know what

3    created that log.

4         Q.   Fair enough.  Are you able at this time to have

5    an opinion as to whether or not software in this case

6    that was utilized violated the Fourth Amendment?

7         A.   No, not without testing it.

8         Q.   Are you able to have an opinion in this case

9    from what you viewed outside looking in as to at least

10   from a forensic analysis that you've completed as to

11   whether or not there are significant issues raised by

12   your forensic evaluation of the computer as to whether or

13   not the software went beyond the open shared space of the

14   computer?

15        A.   Yes.  There are definitely issues that I think

16   need to be addressed and tested and analyzed more

17   completely.

18        Q.   The computer program in this case -- you were

19   shown, as part of the discovery, a list of -- a file list

20   that was generated in this case, correct?

21        A.   Yes.

22        Q.   And in that case, in that list, did it state

23   who the peer-to-peer network that was being utilized,

24   what that was?

25        A.   The software?

1      Q.   Yes.

2      A.   Yes.  I believe it reported LimeWire 4.21.3.

3      Q.   Okay.  And then when you analyzed the computer

4  from the information that you had, what information did

5  you receive?

6      A.   There was no LimeWire software on the computer.

7  I found FrostWire.

8      Q.   And do you have an explanation?  You've heard

9  testimony about that.  Is there any other explanation, or

10  do you accept that explanation?

11      A.   To be -- again, I don't know.  I don't know why

12  their software reported it as LimeWire.  I do know that

13  LimeWire and FrostWire -- although in FrostWire's screen

14  shot, I think they even showed it in one of their

15  exhibits, FrostWire specifically says it is not related

16  to LimeWire in any way.  If you believe that, then it

17  couldn't possibly call itself LimeWire, if it's not

18  related in any way.

19          I also know from testing that LimeWire, the

20  word "limewire" is actually in the FrostWire code, so

21  there has to be some relation.  But I don't know why they

22  reported LimeWire instead of FrostWire.

23      Q.   Are there various degrees of people's

24  experience with computers?

25      A.   Absolutely.

1        Q.    And when you do a forensic evaluation of a

2   computer, are you able to determine that person's level

3   of sophistication while you're looking at their computer?

4        A.    Actually, yes, we do look for levels of

5   sophistication.

6        Q.    And if you could tell the Court, how is it that

7   you can make those determinations, what you're looking

8   for?

9        A.    People with higher levels of computer knowledge

10  tend to use specific tools.  They may use programs, for

11  example, Internet browsers.  It used to be that everyone

12  used Internet Explorer.  If you were a more advanced

13  user, you've gone out and gotten Firefox.  Different --

14  just different tools that make people appear obviously

15  more advanced with a computer.

16        Actions that have occurred on the computer.

17  Has this person been in the registry, changing things in

18  the registry files?  If somebody is in there running

19  command language through the computer, I could tell you

20  they're a more advanced user.

21        Even in file-sharing applications, what we look

22  for is, are all the settings on the user's computer the

23  default settings, indicating the user installed the

24  software by just hitting next, next, next, and didn't

25  change anything?  Or has that user gone in and actually

1    changed some settings to customize them?  It gives them a

2    little bit higher knowledge of that software, what's

3    going on.

4        Q.   And in this case, in viewing the computer

5    that's related to Mr. Crowe, do you have an opinion as to

6    his level of sophistication, at least with this computer?

7        A.   I mean, I didn't see anything that would

8    indicate that he had a high level of computer knowledge.

9    His FrostWire application, although I haven't completed

10   my analysis of everything, appeared to be set in the

11   defaults.  I didn't see anything customized.

12       Q.   Have you finished your evaluation of that

13   program, as far as how things were set up?

14       A.   No.  I have not completed my forensic analysis

15   in any way.

16       Q.   In part, is it because of simply proximity you

17   have to the computer?

18       A.   Yes, absolutely.

19       Q.   In part, is it because of the need to have

20   software to view it?

21       A.   Well, yes.  We came to this issue so I didn't

22   continue with my analysis because we wanted to test the

23   software.

24       Q.   Are there protective orders that this Court

25   could put into place that would protect the software

 1    itself for government use, while at the same time

 2    allowing experts to look at it to determine the level of

 3    its intrusion into a person's computer?

 4         A.    Absolutely.  We work under protective orders

 5    all the time for numerous reasons.

 6         Q.    Were you able to determine in this case when it

 7    was that anything was deleted on Mr. Crowe's computer?

 8         A.    I have not done analysis on the deletion, no.

 9    That is fairly time-consuming.

10         Q.    Were you able to make a determination as to

11    when the FrostWire program was even installed in the

12    computer?

13         A.    The FrostWire application appears for the first

14    time on February 2nd.  So, again, without doing a

15    complete analysis, it's my opinion that that's when it

16    was installed.

17         Q.    And so within a month's time or so, the

18    government is -- within about a month of the installation

19    of the program, the government is receiving information

20    about the activity.  Is that a fair statement?

21         A.    Correct, yes.  And actually I think it was

22    before that, because I believe it was March when the

23    Shareaza was actually used, and I believe that that

24    computer was identified prior to that by some other

25    software that we're not sure.

1      Q.    Okay.   Is there any literature that's been

2  provided to non-police officers that describes the scope

3  of the computer programs of GnuWatch or Peer Spectre or

4  anything else that CPS is using?

5      A.    No.   It's under pretty tight wraps.

6      Q.    Is there any analogy that you can -- why would

7  it be necessary in this field to get the software to

8  analyze it?   Are there analogies you can draw from other

9  fields that -- where it's been allowed in those things

10  that would make any sense to you?

11      A.    Well, again, forensics is a scientific field.

12  Computer forensics is no different than body forensics in

13  the fact that things need to be tested, evaluated, and

14  validated.   You talked about the DUI, the breathalyzer.

15  I actually worked with an attorney who challenged the

16  breathalyzer software.   It's very much the same thing.

17          You know, we were supposed to just believe that

18  the breathalyzer software worked properly, and that it

19  didn't -- there were no problems with it.   And as it

20  turned out when it was finally able to be tested, there

21  were problems with it.   And it was based on, you know,

22  again, years of cases where they believe that this

23  breathalyzer software had problems.   When they finally

24  got to test it, they realized that it did have problems.

25  I don't see this as being any different than that.

```
 1              MR. RION:  Thank you very much.

 2              THE COURT:  Thank you.  You may cross-examine.

 3              MS. REES:  Thank you, Your Honor.

 4                         CROSS-EXAMINATION

 5    BY MS. REES:

 6         Q.   Good evening.  Is it Loehrs?

 7         A.   It's Loehrs.

 8         Q.   I knew I was mispronouncing it.  You said you

 9    were a certified computer expert?

10         A.   Yes.

11         Q.   Is that a self-title you've given yourself?

12         A.   No, that's a certificate that I got.  I took

13    the -- I took the classes and the test, it's called a

14    CCFE.  It's a certificate.

15         Q.   Okay.  Would you agree that to be a certified

16    computer forensic examiner, in that field, there's no

17    specific classes an examiner must take?  There's no

18    standard credentials to be a certified computer expert?

19         A.   Well, to be certified, I think you have to have

20    a certificate in whatever you're being certified in.

21         Q.   Who certifies you?

22         A.   For the CCFE?

23         Q.   Correct.

24         A.   That was -- oh.  I think it was through

25    InfoSec?
```

1        Q.    Okay.   To be a computer forensic examiner, you

2    don't need to be certified, do you?

3        A.    Oh, no.   Anyone can call themselves a computer

4    forensic examiner.

5        Q.    But you look to the requisite training you've

6    had to determine if you, in fact, are a computer forensic

7    examiner, correct?

8        A.    Yes, I looked at training and certificates.

9        Q.    How many examinations have you done that

10   involved P2P investigations similar to using Shareaza LE?

11       A.    I don't know the total number.   It's probably

12   somewhere between 30 and 60.

13       Q.    And in these 30 to 60 cases, do you know of any

14   case where the evidence suggests the government's use of

15   Shareaza LE went beyond the publicly available program

16   and was able to search in greater capacity?

17       A.    Not specifically.   Shareaza LE, no.

18       Q.    So you have no case that suggests that Shareaza

19   LE, in your 30 to 60 cases that you've examined, not one

20   suggests that Shareaza LE somehow encroached or went

21   beyond the publicly available file-sharing program.

22       A.    Not specifically, no.

23       Q.    Now, I understand that you said you need to

24   test the computer program like Shareaza LE.   In these 30

25   to 60 cases that you've previously testified in, did you

1    ever seek a court order to access software such as

2    Shareaza LE, Peer Spectre, GnuWatch, or CPS?

3         A.   Many times, yes.

4         Q.   Have you ever been granted that court order?

5         A.   I have a -- I participated in a hearing in

6    Phoenix on this issue asking to test Peer Spectre and

7    several other that's part of the suite, I guess, of

8    software.  The judge has -- it's currently, it's active.

9    He hasn't made a decision yet.

10        Q.   Okay.  Have there been cases that there have

11   been decisions?

12        A.   Not that I've been involved in.

13        Q.   To your knowledge, has any computer examiner

14   ever been allowed access to software such as Peer Spectre

15   GnuWatch, Shareaza LE, or CPS?

16        A.   Not non-law enforcement, not that I'm aware of.

17        Q.   Now, you talked about a particular case in Ohio

18   where the file had been deleted but it was subsequently

19   downloaded using peer-to-peer?

20        A.   No, no.  It was identified by Peer Spectre as a

21   file name and a SHA value available for sharing.  It was

22   never actually downloaded.

23        Q.   Okay.  Did I understand correctly that file was

24   later determined to be deleted?

25        A.   That's correct.

1      Q.   So just so we're clear, if I try to download

2  something, I can't actually download a file that has been

3  deleted?

4      A.   Absolutely not.

5      Q.   And the fact that you found evidence through a

6  SHA value or the file name, that suggests to you the file

7  once existed, correct?

8      A.   Correct.

9      Q.   So, if we're here looking for evidence of child

10  pornography for a search warrant and we have things like

11  file names, would you believe that certain file names are

12  evidence of child pornography-related conduct?

13      A.   No.

14      Q.   You wouldn't?

15      A.   Not necessarily.

16      Q.   Okay.  Well, let's talk about SHA values.

17  Would you agree that SHA values can be evidence of child

18  pornography-related conduct?

19      A.   They can be.

20      Q.   Okay.  Let's talk about if I go into a

21  peer-to-peer file sharing program and I see a large

22  volume of files that suggest child pornography, doesn't

23  that indicate to you that a person has an interest in

24  child pornography?

25      A.   If you go in and see a large volume of nothing

```
 1     but child pornography names, probably it's -- that's

 2     probably indicative of somebody who knows they're getting

 3     child pornography.

 4          Q.    Okay, great.  And if I actually download files

 5     from somebody and they are in fact child pornography, I

 6     actually see it, doesn't that indicate to you there's

 7     evidence of child pornography on that computer?

 8          A.    Yes.

 9          Q.    And that was the situation in this case,

10     correct?

11          A.    Two files were downloaded that identified as

12     child pornography, yes.

13          Q.    So there was reason for New Mexico State Police

14     to believe that child pornography existed on Mr. Crowe's

15     computer, correct?

16          A.    Yes.

17          Q.    What's that name of the Ohio case that you're

18     referring to?

19          A.    I believe it was Dillen.

20          Q.    D-I-L-L-A --

21          A.    D-I-L-L-E-N.

22          Q.    And was it a state or federal case?

23          A.    State.

24          Q.    Do you know which county?

25          A.    Cuyahoga County, I believe.
```

1      Q.   Are you aware that Shareaza LE has been beta

2  tested?

3      A.   I heard testimony.

4      Q.   Okay.  Is beta testing a form of scientific

5  testing, based upon your training and experience, to

6  insure accuracy?

7      A.   No, because it's got to be, it's got to be

8  tested by -- I mean, it's got to be tested by both sides.

9  You can't just --

10     Q.   I'm not asking if it has to be tested by both

11 sides.  I'm asking, is beta testing a way to insure that

12 something is accurate?

13     A.   I don't know what's involved in their beta

14 testing.  I would have to know more details about what

15 their beta testing involved.

16     Q.   Let's presume for sake of argument that the

17 beta testing showed there was no difference between

18 Shareaza LE and the publicly available file-sharing

19 program.  Does that suggest scientific reliability?

20     A.   No, because even the publicly available

21 software has issues.  So, no.

22     Q.   All right.  What did you -- what materials did

23 you review prior to your examination?

24     A.   I had -- and again, I'm not sure about

25 everything.  I know I reviewed the indictment.  I

1    reviewed a couple of police reports, but I didn't have

2    them all.  I reviewed a couple of search warrants.

3         Q.   Did you review the New Mexico State Police

4    search warrant?

5         A.   Yeah, I believe -- I had two search warrants.

6         Q.   Let's be clear here.  You actually have it in

7    front of you, but I'll just hand it to you.  It's

8    Government's Exhibit S-7.  Please look at that and tell

9    me if that's the search warrant that you reviewed.

10        A.   Yes, that looks like it.

11        Q.   So you had this prior to your examination?

12        A.   Correct.

13        Q.   And you said after your examination, you

14   received subsequent materials from defense.  What, if

15   anything, did you receive after the fact?

16        A.   I don't know.  There's a lot of stuff.  I have

17   no idea what all of that is.

18        Q.   Okay.  Can I have that back, please?  Thank

19   you.

20             When did you begin your examination?

21        A.   When was I here.

22        Q.   Last month?

23        A.   I believe so.  Yeah, it was in April, yes.

24        Q.   How many days did your examination last?

25        A.   I was only here for a couple days.

1      Q.   How many hours a day would you spend examining

2  the media?

3      A.   I'm usually there all day.

4      Q.   So, 8:00 to 5:00?

5      A.   Yeah, whatever they allow me.

6      Q.   Ever take a break?

7      A.   I use the restroom.

8      Q.   Okay.  Take lunch?

9      A.   No.  I usually go grab something.  Sometimes I

10  grab something to eat, sometimes I don't.

11      Q.   So, let's say you spent approximately what, 16

12  hours, 17 hours reviewing the evidence?

13      A.   Correct.  In front of the evidence, yes.

14      Q.   Okay.  And would you agree that a forensic

15  examination is -- it's tedious and methodical?

16      A.   Very.

17      Q.   There's a lot of information in computers?

18      A.   Yes.

19      Q.   And relevant evidence, you agree, could be

20  located anywhere on that computer?

21      A.   Absolutely.

22      Q.   And your job as the examiner is to try to find

23  relevant evidence, correct?

24      A.   Yes.

25      Q.   You don't want to inadvertently overlook

1     pertinent or relevant evidence?

2          A.   Absolutely.

3          Q.   And can I presume you conducted a thorough

4     examination?

5          A.   Oh, there's no way I could conduct a thorough

6     examination in two days.

7          Q.   So is it fair to say you could have missed

8     relevant pieces?

9          A.   Absolutely.

10         Q.   Things like the files that were actually

11    downloaded?

12         A.   Yes.

13         Q.   Okay.  Will you concede that you missed those

14    files?

15         A.   Yes.  He said they were in the cache and I

16    didn't run any forensic processes so I couldn't possibly

17    have seen them.

18         Q.   I understand.  Now, you said in the course of

19    your examination, you look for levels of sophistication

20    of the user.  Correct?

21         A.   Yes.

22         Q.   I want to be clear.  When you do your

23    examination, that only tells you the manner the computer

24    was at the time of seizure, correct?

25         A.   Yes.

1      Q.   Okay.  It doesn't tell you exactly what the

2  settings are when law enforcement originally noticed this

3  computer in March of 2011, does it?

4      A.   You can go search for the props files in

5  unallocated space and try to get props files from back on

6  that date, but again, I haven't been able to run the

7  processes.

8      Q.   And I heard you say the word "try."  There's no

9  guarantee you can find those files?

10     A.   Well, there's never a guarantee in forensics.

11     Q.   People can delete files, correct?

12     A.   Oh, absolutely.

13     Q.   People can wipe files?

14     A.   Yes, they can.

15     Q.   People can turn off programs?

16     A.   Yes.

17     Q.   People can update programs?

18     A.   Yes.

19     Q.   So user settings can change?

20     A.   Yes.

21     Q.   And so your opinions only relate to the

22  computer at the time of the seizure, correct?

23     A.   Correct.

24     Q.   Your opinions do not relate to at the time New

25  Mexico State Police conducted their investigation?

1       A.    Correct.

2       Q.    Now, you talked about the level of the

3  sophistication.  Did you know that Mr. Crowe had actually

4  renamed files?  Did you see that anywhere in the

5  investigation?

6       A.    I don't know.

7       Q.    You don't know?  You don't recall?

8       A.    I mean, everyone renames files.

9       Q.    Did you know that Mr. Crowe had actually

10  spliced videos to create a video of different -- of

11  stepdaughters apparently he was filming?

12       A.    I'm not aware.

13       Q.    Did you know Mr. Crowe had changed user

14  settings?

15       A.    I am not sure, again.

16       Q.    Did you know Mr. Crowe had updated his software

17  to turn off file sharing?

18       A.    I don't know he did that.

19       Q.    Do these things, assuming they're true, suggest

20  to you some level of sophistication?

21       A.    Not necessarily.

22       Q.    Now, in your report, or in your affidavit I

23  guess I should say, it suggests to me as a reader that

24  you believe New Mexico State Police simply initiated

25  their investigation based upon analyzing SHA values.  Was

1    that your initial impression?

2        A.   I was very unsure about what they did based on

3    the affidavit and, again, the government's response to

4    the motion.  I wasn't sure if files had actually been

5    downloaded, or they talk about -- they talk about file

6    listings.  So to be honest with you, I wasn't sure and I

7    didn't see any logs.

8        Q.   Okay.  So, when you look at the affidavit, when

9    it says, "On each of these dates, the software was able

10   to log and directly download a file from the suspect

11   computer," there's some misunderstanding with the words

12   "directly download"?

13       A.   Yeah.  Again, maybe it's me as a forensic

14   expert, I'm looking for documentation of evidence of it.

15       Q.   Again, let's talk about documentation of

16   evidence.  I understand you might want to look at logs.

17   But going back to the search warrant, if you again read

18   on, it says, "Affiant also examined the logs in reference

19   to the files which had been downloaded from the suspect's

20   computer.  Affiant noted the following information for a

21   file downloaded."

22            So is there -- is there a discrepancy in that

23   use of the term "downloads," and then the subsequent

24   images that were described?

25       A.   Yeah.  I guess I don't trust anything unless I

1    see it.  If they talked about logs, I was wondering why

2    no logs had been provided.

3        Q.   So you don't trust the work of law enforcement?

4        A.   No, it's not that at all.  I don't trust

5    anything until I've seen the actual evidence.  That's me

6    as a forensic expert.

7        Q.   You do understand this is a sworn affidavit,

8    correct?

9        A.   Oh, I do.

10       Q.   Somebody went before a judge and said, I swear

11   the whole contents are the truth?

12       A.   Yeah, seen it a lot.

13       Q.   And so even though it's sworn, you still didn't

14   take it at its face value?

15       A.   I did not see documentation of downloads,

16   that's all I can tell you.  That's what I was looking

17   for.

18       Q.   Okay.  And you're aware when law enforcement

19   downloads from a suspect's computer, it's a direct

20   download, correct?

21       A.   Well, it depends on the law enforcement officer

22   and the investigation.  I've heard testimony on all kinds

23   of cases about different undercover investigations and

24   downloads.

25       Q.   Okay.

1      A.   They're not always direct.

2      Q.   Are you aware that law enforcement sometimes

3   has the capabilities to directly download from a subject?

4      A.   Yes.

5      Q.   Okay.  And so, assuming that to be true, and

6   assuming law enforcement actually received a download,

7   there's no way those files could have been corrupted,

8   unable to be opened, partial, anything of that nature,

9   correct?

10      A.   Well, that's not true, because you can directly

11   download -- again, we've tested it.  I can directly

12   connect to a user's computer and download an incomplete

13   file, a partial file, a corrupted file.  So, yes, that

14   can be done.

15      Q.   I didn't ask if it can be.  If there's evidence

16   in this case to suggest that law enforcement actually

17   downloaded two files and they physically looked at the

18   files and described them, that does not indicate those

19   files which they downloaded were corrupted, partial,

20   unable to be opened, or unable to be viewed.  Correct?

21      A.   For those two files, that's correct.

22      Q.   Okay.  Now, you said you examined the

23   FrostWire.props file on Mr. Crowe's computer?

24      A.   Yes.

25      Q.   And again, the data in the FrostWire.props file

1    was only as it was -- or you can only testify as to it

2    was configured at the time the search warrant was

3    executed, correct?

4         A.   Correct.

5         Q.   You cannot testify how it was configured at the

6    time New Mexico State Police conducted their

7    investigation, correct?

8         A.   Not with that particular file, that's correct.

9         Q.   Okay.  So you would agree that the data within

10   a FrostWire.prop file can change?

11        A.   It can.

12        Q.   So, hypothetically, if I download an image or

13   if I share my files today, New Mexico State Police

14   catches me and I turn it off tomorrow, you wouldn't

15   necessarily find evidence of that sharing, correct?

16        A.   I may.

17        Q.   But you may not.

18        A.   I may not.

19        Q.   Okay.  And in a similar comparison, if I

20   designate a particular folder as sharing today, and

21   change that folder to a different sharing folder

22   tomorrow, you may not find that original file in the

23   FrostWire.props, correct?

24        A.   That is correct.

25        Q.   So the fact that a file was not found in the

```
 1   FrostWire.props at the time of your examination does not

 2   mean it wasn't being shared when New Mexico State Police

 3   conducted their investigation, does it?

 4        A.   I have no evidence of that.  I have no opinion.

 5   I have no evidence that shows it was shared.  I only have

 6   evidence that shows it wasn't, that's all.

 7        Q.   So as you sit here on the stand, you cannot say

 8   it was not shared?

 9        A.   I have no evidence that it was in a shared

10   location, that's all I can tell you.

11        Q.   That was at the time of your examination.

12        A.   Correct.

13        Q.   But you cannot speak as to what happened in

14   March of 2011?

15        A.   Nobody knows what happened in March of 2011,

16   that's correct.

17        Q.   So those files absolutely could have been in a

18   shared folder which Mr. Crowe designated?

19        A.   Again, I found no evidence of that.

20        Q.   So the answer is, yes, they could have been,

21   correct?

22        A.   It's possible.  Anything's possible.

23        Q.   Now, according to your sworn affidavit, you

24   forensically examined numerous computers using FrostWire.

25   Correct?
```

1      A.   Correct.

2      Q.   And you've also researched, downloaded, and

3  tested most versions of FrostWire?

4      A.   Correct.

5      Q.   And have you researched, downloaded, and tested

6  version 4.21.3?

7      A.   I don't know.  Again, I'd have to go to the lab

8  and see all the materials we have.

9      Q.   Do you know if you've researched, downloaded,

10  and tested 4.21.6, which you found on Mr. Crowe's

11  computer?

12      A.   Again -- actually, I think we have actually

13  tested the .6 version.

14      Q.   Okay.  And you said you read documentation

15  prepared by FrostWire?

16      A.   Yes.

17      Q.   You posted on their websites?

18      A.   No, I haven't posted on their websites.  We've

19  been on their knowledge base.

20      Q.   Okay.  You participated in message boards,

21  things of that nature?

22      A.   Yes.

23      Q.   And you've given presentations about FrostWire?

24      A.   Yes.

25      Q.   On a scale of one to ten, one being no

1    experience and ten being completely knowledgeable, how

2    would you rate your expertise regarding FrostWire?

3         A.   Oh, I have no idea.  I know it fairly well, but

4    I couldn't possibly know everything.  I don't know.  I

5    hate -- I don't know what, to give you a six, a seven, an

6    eight.  I have no idea.

7         Q.   A six, seven, eight, let's go with that.  Would

8    you agree that FrostWire version 4.21.6 is a more recent

9    update than FrostWire 4.21.3?

10        A.   Absolutely.

11        Q.   And so does that suggest to you that if 4.21.3

12   was originally seen at the time of the initial

13   investigation, and 4.21.6 was seen at the time of the

14   later -- at the time of the examination, that software

15   was in fact updated?

16        A.   That's correct.

17        Q.   Now, you also said that 4.21.6 was installed on

18   the defendant's computer in February 2nd, 2011.  Did I

19   understand that correctly?

20        A.   That's bad wording.  The software was installed

21   February 2nd, the version on his computer is 4.21.6.

22   Again, having completed my analysis, I have no reason to

23   dispute that 4.21.3 was the one originally installed on

24   the 2nd.

25        Q.   So that might just be a typographical error in

1    your affidavit?

2        A.   No, it's combining the install date of

3    FrostWire with the version that's currently on there.

4    It's poorly worded.

5        Q.   Fair enough, I do it all the time.

6             Now, you were also concerned because the New

7    Mexico State Police originally identified the P2P program

8    as LimeWire 4.21.3?

9        A.   Correct.

10       Q.   Okay?  Would you agree that FrostWire is a

11   modification of LimeWire?

12       A.   It says it's not, but I believe it is.

13       Q.   Okay.  So, under the guise of you believe it

14   is, essentially what we're saying is FrostWire takes a

15   lot of the data codes of LimeWire and they may modify it

16   or tweak it to whatever their interest is?

17       A.   Correct.

18       Q.   Do you have anything to suggest that what

19   Sergeant Pilon testified to either this morning or early

20   afternoon, that anything to negate the suggestion that,

21   although the peer-to-peer software was identified as

22   LimeWire, it was actually FrostWire?

23       A.   No, I have no reason to negate that.

24       Q.   In all of the P2P investigations that you have

25   participated in, so 30 to 60 similar to this case, is

1    child pornography found in most of those investigations?

2        A.   Oh, that's what they're about.

3        Q.   So, you'd say yes?

4        A.   In some form or another.

5        Q.   So, based upon that, when you have an

6    investigation similar to this, it's absolutely reasonable

7    and reliable to believe that there's evidence on that

8    computer related to child pornography, correct?

9        A.   Well, yes.

10       Q.   Okay.

11           MS. REES:  Nothing further, Your Honor.

12           THE COURT:  Redirect?

13           MR. RION:  Just briefly.

14               REDIRECT EXAMINATION

15   BY MR. RION:

16       Q.   If I understand correctly, you not only found

17   the title for those two images, but you also found a

18   pathway?

19       A.   Correct.

20       Q.   That pathway, did it appear to be written over

21   or adulterated?

22       A.   No.

23       Q.   And through that pathway, did you find any

24   evidence it had ever been in a shared space?

25       A.   No.

1        Q.    Now, you're not here to say that the government

2   didn't have probable cause to search the computer,

3   correct?

4        A.    No.

5        Q.    You're here to express an opinion about the

6   need to view the instrumentality for gaining that

7   probable cause.

8        A.    Correct.  I question the tools being used in

9   the very beginning that are identified in these

10  computers.

11       Q.    Are you aware of any testing that was done on

12  any of this software by independent parties, including

13  those that wouldn't have an interest in law enforcement?

14       A.    No.

15            MR. RION:  Thank you.

16            THE COURT:  Is there anything further?

17            MR. RION:  Not of this witness.

18            THE COURT:  Thank you very much for your

19  testimony.  You may step down.

20            MR. RION:  Your Honor, it's my memory that the

21  expert, Sergeant Pilon, testified that he knows they

22  received the information from other organizations, but

23  was not aware as to the software that they utilized to

24  gain that information.

25            That's -- I just want to make sure that that

1   was everyone's understanding.  I wanted to recall him for

2   that specific question.  If that seemed to be the answer

3   that was given, then I need not recall him as a witness.

4            THE COURT:  That was your testimony, was it not

5   sir?

6            SERGEANT PILON:  Yes, it was, Your Honor.

7            THE COURT:  Thank you.

8            MR. RION:  With that, the defense has no other

9   witnesses, Your Honor.

10           THE COURT:  All right.  It is late, I'm not

11  going to request closing statements.  If you wish to

12  prepare something in writing, you're both welcome to do

13  it simultaneously.  And I'll give you -- I think five

14  days is reasonable.  Otherwise, that should conclude it.

15  That concludes the evidence by both parties.  Thank you

16  very much for the presentation.

17           There is nothing further?

18           MR. RION:  I guess we're resting subject to the

19  Court's determination of the software issue.  We filed a

20  motion asking for --

21           THE COURT:  You didn't file a motion.  There

22  was a reply.  There's no motion.

23           MR. RION:  I thought that we had a branch in

24  our -- asking the Court to --

25           THE COURT:  It's not how we do things anywhere.

1          THE COURT:  All right.  So, is there anything

2    further on this matter?

3          MR. RION:  Well, subject to, I guess, the reply

4    I'll put into another memorandum, that would be the only

5    thing.

6          THE COURT:  All right.  Thank you very much,

7    everyone, for your presentations.  We will be in recess.

8          MS. REES:  Your Honor, just real quickly, you

9    said five days?  I'm sorry.  I didn't hear you.

10          THE COURT:  Yes.  I'm going to take this matter

11    under advisement, but if you'd like to make closing

12    arguments in writing, I'd like them simultaneously, and

13    you will have five days to do so.

14          MS. REES:  So until next Thursday?  Until next

15    Thursday.

16          THE COURT:  Next Thursday will be fine.  Thank

17    you very much, everyone.  We'll be in recess.

18          (Proceedings in recess at 5:49 p.m.)

19

20

21

22

23

24

25

1

2                    REPORTER'S CERTIFICATE

3

4       I, SUSAN B. SPERRY, do hereby certify that I did

5  report in stenographic shorthand the proceedings as set

6  forth herein, pages 1 through 51, inclusive, and that I

7  was an Official Federal Court Reporter at that time.

8       WITNESS MY HAND AND SEAL this 12th day of May, 2012.

9

10

11                    _____

12                    Susan B. Sperry, RDR, CRR, CBC

13

14

15

16

17

18

19

20

21

22

23

24

25

                    Susan B. Sperry, RDR, CRR, CBC
                         (505)577-4470