UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 15-00063(A)-JLS | Date | October 27, 2015 |
|---|---|---|---|

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Terry Guerrero | Deborah Parker | Anne Gannon and Sandy Leal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TODD CHRISTIAN HARTMAN | X | X | | Andrea Jacobs, DFPD | X | X | |
| | | | | Cuauhtemoc Ortega, DFPD | X | X | |

**Proceeding**   EVIDENTIARY HEARING - MOTIONS TO SUPPRESS - DAY 1

Case called. Court and counsel confer. Motion to exclude witnesses granted. Evidentiary Hearing commences. Witnesses called, sworn, and testify. Exhibits identified and admitted.

In-camera hearing held re Los Angeles County Sheriff's Department's Objection and Application to Quash Subpoena filed October 23, 2015. Courtroom closed, except as to Custodian of Records, Silvia Sigala and Attorney Rina Mathevosian. Transcript of this proceeding **ORDERED SEALED**. The Court, having reviewed the submitted documents, orders limited disclosure and issues limited protective order as set forth on the record. Submitted documents shall remain lodged with the court.

Evidentiary hearing resumes. Witnesses called, sworn, and testify. Exhibits identified and admitted. Evidentiary Hearing ordered CONTINUED to **October 28, 2015 at 2:00 p.m.**

|  | 2 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | tg | | |