UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 15-00063(A)-JLS | Date | October 28, 2015 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Terry Guerrero | Deborah Parker | Anne Gannon and Sandy Leal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TODD CHRISTIAN HARTMAN | X | X | | Andrea Jacobs, DFPD | X | X | |
| | | | | Cuauhtemoc Ortega, DFPD | X | X | |

**Proceeding**   EVIDENTIARY HEARING - MOTIONS TO SUPPRESS - DAY 2

    Evidentiary hearing resumes. Witnesses called, sworn, and testify. Exhibits identified and admitted. List of Exhibits and Witnesses filed.  Receipt for Release of Exhibits filed.

    Counsel for each side shall file a single brief no longer than ten pages, in lieu of final summation, based on the evidence presented and as described by the Court, which shall be filed no later than Friday, November 7, 2015. Matters stand submitted upon the filing of the closing briefs.

|  |  | 2 | : | 40 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | tg | | |