# LIST OF EXHIBITS AND WITNESSES

| | | |
|---|---|---|
| **Case Number** | SACR 15-00063(A)-JLS | **Title** United States of America v. Todd Christian Hartman |
| **Judge** | JOSEPHINE L. STATON | |
| **Dates of Trial or Hearing** | October 27, 2015, October 28, 2015 | |
| **Court Reporters or Tape No.** | Deborah Parker | |
| **Deputy Clerks** | Terry Guerrero | |

FILED
CLERK, U.S. DISTRICT COURT
October 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TG_____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Anne Gannon, AUSA | Cuauhtemoc Ortega, DFPD |
| Sandy Leal, AUSA | Andrea Jacobs, DFPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Tammy Loehrs - Sworn/Testified 10/27/15 | Govt. |
| | | | J | 10/27/15 | 10/27/15 | Excerpt of Exhibit B to the Supplemental Response | |
| | | | K | 10/27/15 | 10/27/15 | Excerpt of Exhibit B to the Supplemental Response | |
| | | | | | | Curtis Klocke - Sworn/Testified 10/27/15 | Govt. |
| 2 | 10/27/15 | 10/28/1 | | | | Ariel photo of defendant's residence/surrounding area | |
| 3 | 10/27/15 | 10/28/15 | | | | Photo of the front of defendant's residence | |
| | | | | | | Philip Mainolofi - Sworn/Testified 10/27/15 | Govt. |
| | | | | | | Theresa Bard - Sworn/Testified 10/28/15 | Defense |
| | | | | | | David Syvock - Sworn/Testified 10/28/15 | Defense |
| | | | I | 10/28/15 | 10/28/15 | CD Containing Video Clips 1-6 UNDER SEAL | |
| | | | A | 10/28/15 | 10/28/15 | Personnel Assignments List | |
| | | | | | | Kim Speakman, Jr. - Sworn/Testified 10/28/15 | Defense |
| | | | F | 10/28/15 | 10/28/15 | Agent Speakman's Weapon Photo 2 | |
| | | | G | 10/28/15 | 10/28/15 | Agent Speakman's Weapon Photo 2 | |
| | | | | | | Todd Hartman - Sworn/Testified 10/28/15 | |
| 4 | 10/28/15 | 10/28/15 | | | | DVD containing interview of defendant UNDER SEAL | |

G-65 (03/07)       **LIST OF EXHIBITS AND WITNESSES**       Page ____ of ____