HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CUAUHTÉMOC ORTEGA (Bar No. 257443)
(E-Mail: Cuauhtemoc_Ortega@fd.org)
ANDREA JACOBS (Bar No. 236892)
Deputy Federal Public Defender
(E-mail: Andrea_Jacobs@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>            Defendant. | Case No. SA CR 15-63-JLS<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL BRIEFING; DECLARATION OF COUNSEL** |

Defendant Todd Christian Hartman, through undersigned counsel, hereby applies *ex parte* to the Court for an order that he be allowed to file post-hearing supplemental briefing in support of Defendant's Motion to Suppress Evidence. This application is based on the attached declaration of counsel.

                              Respectfully submitted,

                              HILARY POTASHNER
                              Federal Public Defender

DATED: November 10, 2015      By:  /s/ *Cuauhtémoc Ortega & Andrea Jacobs*
                              CUAUHTÉMOC ORTEGA & ANDREA JACOBS
                              Deputy Federal Public Defenders

**DECLARATION OF COUNSEL**

I, Cuauhtémoc Ortega, state and declare the following:

1. I am a Deputy Federal Public Defender. Along with Andrea Jacobs, I represent Todd Christian Hartman in this matter.

2. On Friday, November 7, 2015, the government filed Government's Post-Hearing Supplemental Briefing Opposing Defendant's Motions to Suppress Evidence and Compel Discovery ("government's briefing"). Earlier on that same date, defendant filed Summation Brief Re Motion to Compel Discovery Pursuant to Fed. R. Crim. P. 16; Exhibits A-E ("defense briefing").

3. Defense counsel recall that the Court ordered post-hearing briefing on the motion to compel discovery only, given the technical nature of the testimony. Defense counsel further recall that the Court took the motion to suppress under submission following completion of the testimony, and that the Court did not request additional briefing as to that motion.

4. The government's briefing contains argument regarding the motion to suppress. Defense counsel did not address the motion to suppress in the defense briefing in light of their understanding of the Court's instructions.

5. Given the government's submission, defendant respectfully requests leave to file a five page brief regarding the motion to suppress by this Friday, November 13, 2015.

6. The government has no objection to this application.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 10, 2015      By /s/ *Cuauhtemoc Ortega*
                                  CUAUHTEMOC ORTEGA