HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CUAUHTEMOC ORTEGA (Bar No. 257443)
(E-Mail: Cuauhtemoc_Ortega@fd.org)
ANDREA JACOBS (Bar No. 236892)
Deputy Federal Public Defender
(E-mail: Andrea_Jacobs@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TODD CHRISTIAN HARTMAN, <br><br> Defendant. | Case No. SA CR 15-63-JLS <br><br> **[PROPOSED]** <br><br> **ORDER PERMITTING SUPPLEMENTAL BRIEFING AS TO DEFENDANT HARTMAN** |

Good cause having been shown, defendant's Unopposed *Ex Parte* Application to File Supplemental Briefing is granted. Defendant may file a brief, not to exceed five pages, addressing the evidence received regarding the motion to suppress only, by Friday November 13, 2015.

IT IS SO ORDERED.

DATED: November __, 2015

_____
HON. JOSEPHINE L. STATON
United States District Judge