# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> TODD CHRISTIAN HARTMAN, <br>     Defendant. | Case No. SA CR 15-63-JLS <br><br> **ORDER PERMITTING SUPPLEMENTAL BRIEFING AS TO DEFENDANT HARTMAN** |

Good cause having been shown, defendant's Unopposed *Ex Parte* Application to File Supplemental Briefing is granted. Defendant may file a brief, not to exceed five pages, addressing the evidence received regarding the motion to suppress only, by Friday November 13, 2015.

IT IS SO ORDERED.

DATED: November 12, 2015

                                            JOSEPHINE L. STATON
                                            HON. JOSEPHINE L. STATON
                                            United States District Judge