FILED 2015 NOV 18 PM 3:06 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2015 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. 15-63(B)-JLS |
|---|---|
| Plaintiff, | S E C O N D |
| v. | S U P E R S E D I N G |
| | I N D I C T M E N T |
| TODD CHRISTIAN HARTMAN, | [18 U.S.C. §§ 2252A(a)(1), (b)(1): Transportation of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about November 11, 2014, in Orange County, within the Central District of California, defendant TODD CHRISTIAN HARTMAN knowingly transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, at least one image of child pornography, as defined in Title 18, United States Code, Sections

2256(8)(A), knowing that the image was child pornography, namely, a video titled "(~pthc center~)(opva)(2013) Cumming over loli_s pussy 2010 7yo_and_Dad BRILLIANT.wmv."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(1), (b)(1)]

On or about December 29, 2014, in Orange County, within the Central District of California, defendant TODD CHRISTIAN HARTMAN knowingly transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, at least one image of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A), knowing that the image was child pornography, namely, a video titled "Kidcam - Mirey-12Y (2010)phtc!!.avi."

## COUNT THREE

[18 U.S.C. § 2252A(a)(5)(B), (b)(2)]

On or about February 5, 2015, in Orange County, within the Central District of California, defendant TODD CHRISTIAN HARTMAN knowingly possessed a Western Digital hard drive, bearing serial number WMAT12150203, that contained at least one image of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using material that had been mailed, and shipped and transported in and affecting interstate and foreign

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

commerce by any means, including by computer, knowing that the image was child pornography.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

ANNE C. GANNON
Assistant United States Attorney
Santa Ana Branch Office