# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>8:15-CR-00063(B)-JLS</u>     Recorder: <u>CS 11/23/2015</u>     Date: <u>11/23/2015</u>

Present: The Honorable <u>Karen E. Scott</u>, U.S. Magistrate Judge

Court Clerk: <u>Jazmin Dorado</u>     Assistant U.S. Attorney: <u>S. Tenley and C. Burgart</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Todd Christian Hartman, Custody | C. Ortega, DFPD, Appointed | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Second Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Second Superseding Indictment.

This case was previously assigned to the calendar of District Judge Josephine L. Staton.
    All dates previously set remain.

PIA: <u>00 : 5</u>
Initials of Deputy Clerk: <u>klh</u>

cc: Statistics Clerk, PSALA USMSA