CUAUHTEMOC ORTEGA (Bar No. 257443)
ANDREA JACOBS (Bar No. 236892)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 15-63(B)-JLS |
| v. | |
| TODD CHRISTIAN HARTMAN | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, |
| DEFENDANT. | (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

[X] is approved. The matter is set on calendar for hearing before:

[ ] District Judge _____

[X] Magistrate Judge __Jay C. Gandhi__

on __Thursday, December 10, 2015__ at __2:30__ [ ] a.m. [X] p.m.

in courtroom __6A__.

[ ] is not approved.

[ ] Other: _____

An interpreter is [ ] required [✓] is not required. Language _____
Defendant is [✓] in custody [ ] not in custody.

Clerk, U. S. District Court

__December 4, 2015__ __Kristee Hopkins__ __714-338-4776__
Date                 Deputy Clerk         Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: [ ] Probation  [ ] Interpreter's Office  [X] PSA.

cc: USM-SA