# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

[CLEAR FORM]

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. SA CR 15-0063(B) JLS    CourtSmart CS 12/10/2015    Date: December 10, 2015

Present: The Honorable Jay C. Gandhi, U.S. Magistrate Judge

| Kristee Hopkins | Anne Gannon | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Todd Christian Hartman

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: Cuauhtemoc Ortega; Andrea Jacobs

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

- ☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
- ☐ Witnesses CST (see separate list).    ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $ _____ .**    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
- ☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .
- ☐ Release Order Issued - Release No. _____ .
- ☐ Other: _____

**PROCEEDINGS:**  ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED  ☑ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $** _____
☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☐ Other _____

Release Order Issued - Release No. _____                         : 20

Deputy Clerk Initials  kh