```
EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON (Cal. Bar No. 214198)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92627
     Telephone: (714) 338-3548
     E-mail:    anne.gannon@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  SA CR 15-63(B)-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO EXTEND TIME TO FILE A NOTICE OF APPEAL OF THE COURT'S RULING ON MOTION TO SUPPRESS EVIDENCE |
| v. | |
| TODD CHRISTIAN HARTMAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Anne C. Gannon, hereby applies to the Court ex parte to extend the time to file a notice of appeal of the Court's ruling on the Motion to Suppress Evidence filed by defendant TODD CHRISTIAN HARTMAN pursuant to Fed. R. App. P. 4(b)(4).

\\
\\
\\
\\
\\
\\

1  This application is based upon the attached memorandum of points
2  and authorities, the files and records in this case, and such further
3  evidence and argument as the Court may permit.
4  Dated: December 23, 2015            Respectfully submitted,

                                       EILEEN M. DECKER
                                       United States Attorney

                                       DENNISE D. WILLETT
                                       Assistant United States Attorney
                                       Chief, Santa Ana Branch Office

                                         /s/
                                       ANNE C. GANNON
                                       Assistant United States Attorney

                                       Attorneys for Respondent
                                       UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

On November 24, 2015, the Court entered its ruling granting, in part, and denying, in part, the motion of defendant TODD CHRISTIAN HARTMAN ("defendant") to suppress evidence resulting from an interview of defendant conducted at the time his home was searched pursuant to a search warrant ("Court's Order").  Pursuant to Fed. R. App. P. 4(b)(1)(B)(i), the government is required to file a notice of appeal in the district court within 30 days of the entry of judgment or order being appealed.

However, only the Solicitor General may "[d]etermin[e] whether and to what extent, appeals will be taken by the Government to all appellate courts (including petitions for rehearing en banc and petitions to such courts for the issuance of extraordinary writs)." 28 C.F.R. § 0.20(b); see also United States Attorneys' Manual § 9-2.170.  The Solicitor General makes the determination only after undersigned counsel completes their analysis of the case and the United States Attorney's Office for the Central District of California and the Appellate Section of the Criminal Division of the Department of Justice in Washington, D.C., consider whether the government should pursue an appeal.  After the Criminal Division of the Department of Justice has completed its review of this case, there will be a similar multi-layer review process within the Office of the Solicitor General.

Moreover, the government intends to file this week a Motion to Reconsider and/or Amend the Court's Order to strike adverse credibility findings.  Accordingly, out of an abundance of caution and for good cause, the government respectfully requests the Court to

extend the time to file a notice of appeal of the Court's Order on defendant's motion to suppress, which otherwise must be filed by this Thursday, December 24, 2015, and would deprive the Court of jurisdiction over this matter. Specifically, the government respectfully requests that the Court extend the time to file a notice of appeal of the Court's Order on the motion to suppress by 30 days, to January 22, 2016.

On December 23, 2015, the government contacted counsel for defendant, Deputy Federal Public Defenders Cuauhtemoc Ortega and Andrea Jacobs, via email. The government informed defense counsel that it would be filing this <u>ex parte</u> application and asked for their position. Deputy Federal Public Defender Andrea Jacobs responded that they oppose this request.

**II. CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court extend the time to file a notice of appeal of the Court's Order on defendant's motion to suppress to January 22, 2016.