UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>    Defendant. | No. SA CR 15-63(B)-JLS<br><br>ORDER TO EXTEND TIME<br>TO FILE A NOTICE OF APPEAL OF THE<br>COURT'S RULING ON MOTION TO<br>SUPPRESS EVIDENCE |

    Before the Court is the government's Ex Parte Application to extend time to file a notice of appeal of the Court's ruling on Defendant's Motion to Suppress. (App., Doc. 95.) The deadline to file a notice of appeal of the above ruling is Thursday, December 24, 2015. (App. at 3.) The government fails to explain why it waited until the day before this deadline to file its Application, which provides no opportunity for the Defendant to properly oppose the request. Nevertheless, for good cause shown, the Court grants a brief extension of 7 days. It is hereby ordered that the time to file a notice of appeal of the above ruling is extended to **December 31, 2015**. Any opposition to further extension of this time must be filed no later than Tuesday, December 29, 2015.

    IT IS SO ORDERED.

December 23, 2015
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE