## CASE SUPPLEMENTAL REPORT

Printed: 05/26/2015 06:16

| | |
|---|---|
| **Newport Beach Police Department** | OCA: ▇ |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** OPEN / ACTIVE  **Case Mng Status:** OPEN/ACTIVE  **Occurred:** 10/16/2014

**Offense:** POSSESS/ETC OBSCENE MATTER OF MINOR IN SEXUAL ACT

**Investigator:** SYVOCK, D. (1313)  **Date / Time:** 05/20/2015 11:16:37, Wednesday
**Supervisor:** JONES, D. (992)  **Supervisor Review Date / Time:** 05/20/2015 12:10:25, Wednesday
**Contact:**  **Reference:** Detective Follow-up

---

On 02/05/2015, members of the Orange County Child Exploitation Task Force (OCCETF), including detectives from the Newport Beach Police Department, executed a search warrant at ▇, upstairs unit, Newport Beach, CA reference possession and distribution of child pornography.

While approaching the residence a female, matching the description of Judy Rae Hartman, was seen driving a ▇ from the location. A DMV query revealed the vehicle leaving the location was registered to Judy Rae Hartman at ▇, Newport Beach, CA. This vehicle and Judy were listed on the search warrant.

At my request, a Newport Beach Police Officer, driving a marked Newport Beach Police SUV stopped Judy a short distance from the residence. I responded to the location and identified myself as a Newport Beach Police Detective and advised Judy that I had a search warrant for her residence, her person and her vehicle. Judy was cooperative and provided me with the keys to her residence where agents from the task force executed the search warrant.

Upon entry into the house I made contact with Todd Hartman at the front door. I immediately identified myself as a detective with the Newport Beach Police Department and advised Todd that he was not under arrest. I also informed Todd that we were at the residence to serve a search warrant for the possession and distribution of child pornography.

During my initial contact with Todd I advised him that I had conducted an investigation involving a peer to peer network in which an Internet Protocol (IP) address had been identified as sharing child pornography and was registered to his residence. Todd spontaneously stated that he knew what I was talking about and that he was responsible for using the peer to peer network. Todd also indicated that while using the peer to peer network he downloaded child pornography. I advised Todd that I would like to further discuss his use of the peer to peer network and he agreed to speak with me inside his residence.

NBPD Detective Fox and I subsequently met with Todd in a private bedroom to the rear of the residence. As I began the interview, I again advised Todd that he was not under arrest and he was free to leave. Todd subsequently stated that he would stay and speak with us. The following is a summary of my interview with Hartman:

After explaining the scope of the investigation, Todd admitted to using the Edonkey peer to peer network to download indecent images of children. Todd stated that he first began using the peer to peer network in early 2000 to download images depicting anime (Japanese animated productions featuring hand drawn or computerized images). While downloading these images, Todd found files depicting what he described as images of children engaged in sexual activities. Todd stated that he then developed a "morbid curiosity" for these indecent images and began seeking them

---

Investigator Signature  Supervisor Signature