UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 15-00063 JLS                                      Date: January 4, 2016

Title:  United States v. Todd Christian Hartman

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter      NONE

|  Terry Guerrero  | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Todd Christian Hartman | Not | X | | Cuauhtemoc Ortega (FPD) | Not | X | |
| | | | | Andrea L Jacobs (FPD) | Not | X | |

**PROCEEDINGS: (IN CHAMBERS)**     **ORDER DENYING AS MOOT EX PARTE APPLICATION TO EXTEND TIME**

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR RECONSIDERATION**

　　　The Court has considered the Defendant's Opposition to the Government's Ex Parte Application for an Extension of Time to File Notice of Appeal. Before the filing of the Defendant's Opposition, the Court granted the Government a short extension of time to appeal. (Doc. 96.)  In the interim, the Government filed a Motion for Reconsideration of the Order it seeks to appeal. (Doc. 97.) At the time the Government filed its Motion for Reconsideration, the extended time period in which to appeal had not yet expired.

　　　A motion for reconsideration that is filed within the time period for the filing of a notice of appeal tolls the time period for the filing of a notice of appeal until 30 days after a denial of the motion for reconsideration.  See United States v. Belgarde, 300 F.3d 1177, 1180 (9th Cir. 2002). Therefore, to the extent that the Court has not already granted the Government's Ex Parte Application, it is DENIED as moot.

　　　Defendant is directed to file any Opposition brief to the Motion for Reconsideration no later than January 15, 2016.  The Government may file an optional Reply brief no later than seven days after the filing of Defendant's Opposition brief.  Upon the Government's filing (or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 15-00063 JLS                                      Date: January 4, 2016
Title:  United States v. Todd Christian Hartman

upon the expiration of the time period for the Government's filing), the matter will stand submitted.

    **IT IS SO ORDERED.**

                              Initials of Preparer:   tg