

1:35    1   right that I was talking about.

2   Q    Okay.  So that walkway to the right is how you would

3   then reach the back unit; is that correct?

4   A    Yes, ma'am.

1:33:44   5   Q    And you submitted a declaration in this case; is that

6   correct?

7   A    Yes.

8   Q    And you indicated that you saw a police raid at the

9   Hartman home, in February 2015?

1:34:01   10   A    Yes, ma'am.

11   Q    Do you remember the date in February that occurred?

12   A    I don't remember the date, exactly.  I remember what

13   happened.

14   Q    Was it a -- do you know if it was a weekday or a

1:34:11   15   weekend?

16   A    I want to say weekday.  Probably -- I don't know what

17   weekday it was.  I had to wake up to go to work.  It

18   happened around 7:30 in the morning, give or take.

19   Q    What time do you go to work?

1:34:28   20   A    I usually wake up right around that exact time.  Go to

21   work right around 8:00 o'clock, or so.

22   Q    8:00 o'clock?

23   A    Uh-huh.

24   Q    And you're saying that this occurred somewhere around

1:34:37   25   7:30?

*DEBORAH D. PARKER, U.S. COURT REPORTER*

85

better view.

Q    How long did you peek out of the window for this better

view?

A    It that was only about 10 seconds, also.

Q    And then, did you go to any other part of your house or

outside of your house to watch what was going on?

A    Not at first.  I got ready.  And then when I was

getting ready to leave to work, I went outside in the front

door in the front of the house and then kind of observed

some more before I left to go to work.

Q    When you were leaving at 8:00 o'clock, let's say?

A    Around about.  Maybe a little later, because I was a

little slower.

Q    A little slow that day?

A    Well, prasticating.  You know, kind of watch and see.

Q    Okay.  So then you went back outside at that point?

A    Yes.

Q    And did you -- how long did you stay outside to watch

what was going on?

A    Maybe another 10 minutes.

Q    Okay.

A    I talked to her -- his mother for a second.  And at

that time, I seen him coming out.

Q    Okay.  When you say you "seen him coming out," are you

referring to Mr. Hartman?

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1:    :33  1   A     Yes, ma'am.

2   Q     You saw him at some time after 8:00 o'clock, coming out

3  of his house?

4   A     Yes.

1:37:39  5   Q     And when you -- when he's coming out of his house, are

6  you referring to the door up on top of the deck?

7   A     Yes, ma'am.

8   Q     Okay.  So at 8:00 -- sometime after 8:00, 8:15-ish,

9  he's coming out of the house?

1:37:55 10   A     Yes.

11   Q     And where did you go, if you know?

12   A     Down the stairs.  And then, I don't see where he went

13  after that.

14   Q     Okay.  Was he walking with anyone, or by himself?

1:38:06 15   A     There was a cop behind him.  He was all the way naked

16  in his boxers.  And then, there's one, two -- no, there's

17  one cop in the front and two cops behind him, escorting him

18  down.

19   Q     Down the stairs.  And then to some unknown location?

1:38:22 20   A     Yeah.  Because where I was sitting, I couldn't see if

21  he went left or right; and then, that's when I left.

22   Q     And you made this observation when you were outside the

23  front of your house with Ms. Hartman, Mr. Hartman's mother?

24   A     I wasn't standing next to her, but, yes.  I was out

1:38:38 25  front across the street perfect view, staring directly at

DEBORAH D. PARKER, U.S. COURT REPORTER

1:42  1    the house and everything.

2    Q    Okay.  And then, they went somewhere where you couldn't

3    see them from the bottom of the stairwell?

4    A    Yes, ma'am.

1:38:50  5    Q    So let's go back to when you heard the loud knocking,

6    you didn't see Mr. Hartman, correct?

7    A    No.

8    Q    When you peeked your head out of door of your house,

9    that first time when you heard the loud knocking, you didn't

1:39:05  10   see Mr. Hartman at all?

11   A    No.

12   Q    Okay.  And then, you went back in the house and you

13   went to the back window and you looked up at Mr. Hartman's

14   residence, correct?

1:39:14  15   A    Yes.

16   Q    And you did not see Mr. Hartman again?

17   A    No.

18   Q    Okay.  It was only about 45 minutes later, do you see

19   Mr. Hartman leaving his house, correct?

1:39:24  20   A    Yes.  Maybe 30, 40, somewhere in that zone, yes.

21   Q    Okay.  Now, after he left -- after he left going down

22   the stairs -- when he was going down the stairs with an

23   officer behind him and in front of him, you said he was

24   naked just in boxers, correct?

1:39:43  25   A    Yes.

*DEBORAH D. PARKER, U.S. COURT REPORTER*



only, but I don't know 100 percent because there's a railing

that's there, so some people they were higher, I couldn't

quite see everything and some were a little lower which I

had a better view at, so I don't know if every single one of

them were holding a weapon.

Q    Okay.  Now, the knock has already occurred.  They've

already -- you've heard this shouting.

Do you see Mr. Hartman?

A    No.

Q    Did you ever see Mr. Hartman out on the deck when

you're looking at that back window?

A    No.

Q    So when you say the officers removed an adult male from

the home, that's from the front of the house view, seeing

Mr. Hartman being brought down the stairs --

A    Yes, ma'am.

Q    -- about 45 minutes later?  Okay.

Is that correct?

A    Yes.

Q    Were there any other neighbors outside that you

observed?

A    A couple.

Q    Who?

A    I do not know.  I did not talk or ask.  Only when (sic)

I actually recognized as (sic) name and everything was his

147

02:38:28   1    two people lived at the residence?

          2    A     Yes.

          3    Q     Mr. Hartman?

          4    A     Correct.

02:38:33   5    Q     And his mother?

          6    A     Correct.

          7    Q     And you knew it was a small apartment?

          8    A     I didn't know how small.  I only went to the front

          9    door.  I didn't go inside the residence at that point.

02:38:45 10    Q     Could you tell it was one of those sort of split condo

         11    units?

         12    A     I knew it was an upstairs unit, and that's all I knew.

         13    I didn't go inside the house.

         14    Q     Were you aware of the approximate square footage before

02:38:59 15    executing the search warrant?

         16    A     I don't believe so.

         17    Q     What would you estimate it to be?

         18         MS. GANNON:  Objection, Your Honor.

         19         Calls for speculation.  Relevance.

02:39:07 20         THE COURT:  Overruled.

         21         If you can give an estimate.

         22         THE WITNESS:  I have no idea.

         23    BY MS. JACOBS:

         24    Q     Maybe less than 600 square feet?

02:39:16 25    A     I don't know.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

148

02:39:19  1    Q    But you would agree that it was a small apartment?

          2    A    After we got inside, I would agree it was a small

          3    apartment.

          4    Q    Before the search warrant, did you get any information

02:39:30  5    on -- I'm trying to think of the word.  But, basically, the

          6    parameters of the apartment, how many bedrooms it was?

          7    A    I didn't know how many bedrooms the apartment was,

          8    prior to the search warrant.

          9    Q    So before you execute search warrants normally you

02:39:46 10    don't do any investigation on the size or the layout of the

         11    home to be searched?

         12    A    There's cases where we're able to get information on

         13    houses that will tell us what the square footage is.  In

         14    this case, I don't know that we did that.

02:40:05 15    Q    But you could determine at least from the outside that

         16    it was small?

         17              MS. GANNON:  Objection, Your Honor.

         18              Relevance.  Asked and answered.

         19              MS. JACOBS:  I didn't ask if he could tell it from

02:40:13 20    the outside.

         21              THE COURT:  Wait for a ruling when there's an

         22    objection.  No argument.

         23              The objection is overruled.

         24              THE WITNESS:  Could you repeat the question?

         25    ////

149

BY MS. JACOBS:

Q     I said could you tell from the outside that the apartment was small?

A     I could tell from the outside that the apartment -- that the apartment was small, but I didn't have any idea what size it was.

Q     Okay.  How long should it take to do a protective sweep of an apartment that small?

A     There's no set amount of time.

Q     In your experience?

A     It depends on a number of factors:  What's inside the house, what they have to search.

      So to set a time frame, I have no -- we're not going to rush it.  We're going to take our time to do a sweep of the house.

Q     And there's several purposes of a protective sweep, right?

A     Well, the number one purpose is for protection to make sure there's nobody else inside the house.

Q     Right.  Officer safety?

A     Correct.

Q     Another purpose is to search for weapons?

A     Correct.

Q     And you knew there were no weapons, going into the search, correct?

Exhibit A, p. 8

155

02:46:58    1    wrote up the operations plan would have picked who was going

            2    on it.

            3    Q     So you didn't write up the operations plan?

            4    A     I did not.

02:47:07    5    Q     Now, in your declaration in this case, you said that

            6    one of your roles during the search warrant was to provide

            7    the parameter security, correct?

            8    A     Correct.

            9    Q     And what were your other designated roles?

02:47:21   10    A     To conduct the interview.

           11    Q     Any others?

           12    A     That was it.

           13    Q     The person who did the operation plan, was that also

           14    the person in charge of assigning their people -- other

02:47:34   15    people their roles during the execution?

           16    A     That would be correct.

           17    Q     Was that person present at your -- I guess your pre-op

           18    meeting early that morning?

           19    A     Yes.

02:47:47   20    Q     You just don't remember who it was?

           21    A     I don't remember.

           22    Q     So you weren't the person in charge of the search

           23    warrant execution?

           24    A     There were two roles at the search warrant briefing:

02:47:59   25    One is to go over the operations plan.  One is to go over

156

02:48:03   1    the scope of the investigation so the search team knows what

        2    they're looking for once they go into the house.

        3            My job was to cover the portion of the scope of

        4    the investigation.

02:48:13   5    Q    And once you're actually there and everyone is doing

        6    their roles, who's the lead?

        7    A    It would have been whoever wrote up the operations plan

        8    or the group supervisor that was in the room during the

        9    execution of the search warrant.

02:48:28 10    Q    So if you look at Exhibit A, again, would you be able

       11    to remember who that person was?

       12            MS. GANNON:  Objection, Your Honor.

       13            Asked and answered.

       14            THE COURT:  Overruled.

02:48:36 15            He said he couldn't remember.  She's asking if

       16    this could refresh his recollection.

       17            THE WITNESS:  I still don't know, based on that

       18    because that's not a complete portion -- that's not a

       19    complete operations plan.  It doesn't have all the pages to

02:48:57 20    it.

       21    BY MS. JACOBS:

       22    Q    Were there additional people that aren't on that list

       23    that were present?

       24    A    No.  But there's other pages that would indicate who

02:49:05 25    prepared the document and that would give me a better idea

157

02:49:11    1   who was in charge of the people outside the room.

2   Q    So you just don't remember if you had a question that

3   day who you would go and ask your question to?

4   A    The question regarding what?

02:49:21    5   Q    Anything that happened that day?

6   A    Well, if I had a question regarding the forensics, I

7   would go to the forensic examiner.  If I had a question

8   about if there were any problems with the entry, I would

9   talk to some of the other people.  There was nobody,

02:49:34   10   specifically, I would have gone to, to ask a question.

11   Q    Okay.  So then there were multiple agencies during the

12   search warrant execution but no one was really in command of

13   everyone?

14   A    The group supervisor is in command.  I mean, he's

02:49:51   15   ultimately in charge.  But I wouldn't necessarily go to him

16   to ask a question regarding the investigation.  I was in

17   charge of the investigation.

18   Q    Okay.  You were in charge of the investigation?

19   A    Absolutely.

02:50:05   20   Q    Okay.  Did you tell that to Mr. Hartman?

21   A    I don't know if I specifically told him that I was in

22   charge.  I told him what my role was.

23   Q    Okay.  When Mr. Hartman exited the apartment, I think

24   you had said you heard --

02:50:26   25        Well, let me ask you this first:  You said you

*DEBORAH D. PARKER, U.S. COURT REPORTER*

225

04:26:21  1   A    No.

2   Q    So you didn't leave the apartment with the officers at

3   the conclusion of the search, did you?

4   A    No.

04:26:29  5   Q    And you were wearing the sweatshirt that we see in the

6   video from the time the officers gave it to you until they

7   left; isn't that correct?

8   A    Yes.

9   Q    And you were never escorted by the officers down the

04:26:39  10  stairs, approximately, 45 minutes after the officers

11  arrived?

12  A    No.

13  Q    Now, in your declaration, you said that you suffer from

14  insomnia.

04:26:48  15       Do you recall that?

16  A    Yes.

17  Q    And the search warrant was executed, approximately,

18  7:00 a.m., on February 5th.

19       Isn't that true?

04:26:55  20  A    Yes.

21  Q    And your declaration states that the last time you

22  slept was on February 2nd from, approximately, 12:00 o'clock

23  a.m. to 4:00 a.m.

24       Do recall that in your declaration?

04:27:09  25  A    Yes.

*DEBORAH D. PARKER, U.S. COURT REPORTER*