EILEEN M. DECKER
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON
Assistant United States Attorney
California State Bar No. 214198
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3548
     Facsimile:  (714) 338-3561
     Email: Anne.Gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR 15-063(B)-JLS |
|---|---|
| Plaintiff, | STATUS REPORT RE: EFFORTS TO ARRANGE TESTING OF SOFTWARE PURSUANT TO THE COURT'S NOVEMBER 24, 2015 DISCOVERY ORDER AND DECEMBER 15, 2015 PROTECTIVE ORDER; EXHIBITS |
| v. | |
| TODD CHRISTIAN HARTMAN, | |
| Defendant. | |

Plaintiff, the United States of America, through its counsel of record Assistant United States Attorney Anne C. Gannon, hereby submits a status report setting forth the government's efforts to comply with the Court's November 24, 2015 order granting defendant's motion to compel discovery ("Discovery Order"; docket #87.).  The Court's December 15, 2015 Protective Order detailing the protections and procedures for the disclosure of items that were the subject of the Discovery Order included a provision that the government shall notify the Court if it is not able to accommodate a request for a

1

demonstration or testing of the Protected Software by January 8, 2016. (docket #94, ¶ 11.) The government has made substantial progress but is requesting additional time because items pivotal to the requested testing are in the possession of a non-governmental entity and the government must consult with this private entity that, in addition to possessing the key software and data, owns the intellectual property of the software system.

On December 18, 2015, the government was notified by the defense that its expert was requesting to conduct testing on the software the week of January 18, 2016. According to the request, the expert's preference was to conduct the testing at a government facility in Tucson, Arizona and would need two computers and full internet access. In the process of making the necessary arrangements, the government obtained additional information about the legal status of the software at issue, specifically, the software is a suite of tools known as the Child Protection System ("CPS"). CPS is the intellectual property of a private, 501(c)(3) organization, Child Rescue Coalition. See Exhibit A, attached hereto. In order to access and use CPS, a license issued by Child Rescue Coalition is required. See Exhibit B, attached hereto. This license limits who may access CPS and how the software and data can be used. Id. The government consulted with a Child Rescue Coalition representative and discussed whether the organization would voluntarily agree to expand an existing government license or create a new license to accommodate a demonstration and/or testing in this case. On January 7, 2016, the defense sent the government a more detailed request that set forth a

testing protocol much broader than what the government had previously discussed with the Child Rescue Coalition representative.

The government in an effort to facilitate this testing and reach an accommodation with Child Rescue Coalition without additional litigation is making arrangements for a conference call next week with defense counsel, the government, and the Child Rescue Coalition representative.  To date, the government has disclosed to the defense a CPS manual obtained from Child Rescue Coalition and is working with the Newport Beach Police Department and counsel for the Department of Homeland Security – Homeland Security Investigations to disclose other responsive documents in the possession of the government.  The government will file a status report with the Court on or before January 19, 2016 if it is not able to facilitate defendant's request.

Dated: 1/8/16

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

       /s/ Anne C. Gannon
ANNE C. GANNON
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA