\*\*\* The Child Protection System (CPS)  - Acceptable Use Requirements \*\*\*

By using this tool you acknowledge and agree to:

I understand all software utilizing to The Child Protection System (CPS) requires a license. Licenses are issued to individual investigators and can only be used by the license holder unless otherwise authorized by the intellectual property owner.  Where software is restricted to law enforcement agency use, users must discontinue use of the system if they are no longer in good standing with their law enforcement agency.  Individuals who change agencies must obtain a new license so as to preserve historic or transactional data.

I am the authorized user associated with this license and am in good standing with my law enforcement agency. I am authorized by my agency to investigate or assist in the investigation of child exploitation crimes.

This software supports active law enforcement investigations; therefore no persons shall publicly demonstrate this system or the software provided without the expressed permission of the software owner. Users who expose data obtained through this system to non-law enforcement without expressed permission may have their licenses suspended.

Users of the provided software shall not reverse engineer or in any other way attempt to circumvent the intellectual property rights of the software owner or server provider.  Those using the software must conform to the license and use agreements established by the owners of both client and server applications.

I understand that records related to peer-to-peer investigations are stored on servers belonging to a credentialed law enforcement entity.  I understand that other participating law enforcement agencies may have need to access that data where it is appropriate and related to their investigations.  I understand that this information will remain permanently available to all related agencies, even if I cease to use the system or withdraw in any way from law enforcement.

Users of this system are required to deconflict their investigations. If you use the query system to identify offenders you are free to conduct your investigation in the manner supported by your agency but you are required to log your investigative interest in the given IP, moniker, etc. using the provided tools.  You shall not use this system in conjunction with investigations that initiate investigations outside of your jurisdiction unless you have received a previous agreement from the corresponding jurisdiction (This does not apply to situations where the investigative lead appeared to originate in your jurisdiction but was later determined to be elsewhere).

No user of the system may sell or otherwise profit from the use of the CPS, the resulting leads, or related software without the expressed permission of the intellectual property owner.  Approved tools that are offered for distribution must be free to law enforcement, authorized to work the related investigations. Additionally, all training materials developed for tools offered for distribution must be made available to all users of the related software without cost for use or distribution.  This information is law enforcement sensitive.

With the exception of peer-to-peer locate information, all data must be verified with the appropriate source agency prior to any law enforcement action.

Shared data may be segregated as needed to maintain operational security.  System activity is logged on law enforcement servers only.  Communications with other servers from these applications is not logged.

Use of this system, the software and the related data and features is a privilege and may be revoked at any time.

Additional guidelines and requirements will be added as the situation warrants.

Unconfirmed Subscriber Data provided by TLO is unconfirmed.  It originates from a variety of sources and is subject to omission, alteration or misrepresentation.  Do not use this data for probable cause.  It must be confirmed through other investigative means that are acceptable with your agency and prosecuting attorney.  TLO provides no warranty or guarantee of any kind regarding data provided free to law enforcement and assumes no responsibility for the use of software or resulting information.  You agree to indemnify, defend and hold harmless TLO and its suppliers from any and all claims arising from or relating to your use of the software or data obtained from TLO. Commercially reasonable efforts will be made to keep these servers available and the resulting services shall remain perpetually free to law enforcement engaged in child exploitation investigations.

Failure to follow any of these conditions may result in the suspension or revocation of your license.