HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JASON HANNAN (Bar No. 290841)
(E-Mail: Jason_Hannan@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
TODD CHRISTIAN HARTMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>    v.<br><br>TODD CHRISTIAN HARTMAN<br><br>         Defendant. | Case No. SA CR 15-00063-JLS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Jason Hannan, hereby notifies the Court that this case has been reassigned to him for all further proceedings.

Please make all necessary changes adding Deputy Federal Public Defender JASON HANNAN and removing Deputy Federal Public Defender Cuauhtemoc Ortega from the court's case management/electronic filing system in this case.

                              Respectfully submitted,

                              HILARY POTASHNER
                              Federal Public Defender

DATED: January 20, 2016    By  */s/ Jason Hannan*
                              JASON HANNAN
                              Deputy Federal Public Defender