EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON (CA Bar No. 157866)
Assistant United States Attorney
Chief, Criminal Division
ANNE C. GANNON (CA Bar No. 214198)
Assistant United States Attorney
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-5010
        E-mail:     Lawrence.Middleton@usdoj.gov
                    Anne.Gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          No. SA CR 15-63-JLS

            Plaintiff,             GOVERNMENT'S MOTION TO DISMISS
                                   CASE
                 v.

TODD CHRISTIAN HARTMAN,

            Defendant.


        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

and by leave of court endorsed hereon, the United States Attorney for

the Central District of California hereby moves to dismiss the above-

\\

\\

\\

\\

\\

\\

referenced case without prejudice as to defendant Todd Christian Hartman.

Dated: January 20, 2016          Respectfully submitted,

                                 EILEEN M. DECKER
                                 United States Attorney


                                 _____/s/_____
                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 ANNE C. GANNON
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA