UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>TODD CHRISTIAN HARTMAN,<br><br>    Defendant. | No. SA CR 15-63-JLS<br><br>ORDER |

   The Government's Motion to Dismiss the above-referenced case without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure as to defendant Todd Christian Hartman is hereby GRANTED.  The detention order previously entered is VACATED and the United States Marshals Service is ORDERED to process defendant Todd Christian Hartman's release from custody FORTHWITH.

   Release Order issued, No. 18670.

   IT IS SO ORDERED.

January 21, 2016
DATE

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE